**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
C.H. Mason                        10-12-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below:          ☐ No

1. Article Addressed to:

   Mike Swindle
   c/o Hyundai Motor Manufacturing, LLC
   700 Hyundai Blvd.
   Montgomery, AL 36105

   07cv908  S+C

Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7003 1680 0001 9885 3771

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540