IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **TAMMY EDWARDS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NUMBER:** |
| **v.** ) | **2:07-cv-908-MHT** |
| ) | |
| **HYUNDAI MOTOR MANUFACTURING** ) | |
| **ALABAMA, LLC, and MIKE SWINDLE,** ) | |
| **individually,** ) | |
| ) | |
| **Defendants.** ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, Defendant Hyundai Motor Manufacturing Alabama, LLC ("HMMA") hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Hyundai Motor Manufacturing Alabama, LLC is a single member limited liability company. Its single member is Hyundai Motor America, whose parent company is Hyundai Motor Company, Ltd, which is traded on the Korean Stock Exchange.

Respectfully submitted this 31st day of October, 2007.

/s/  Brian R. Bostick
J. TRENT SCOFIELD (SCO024)
BRIAN R. BOSTICK (BOS015)
**OGLETREE, DEAKINS, NASH,**
 **SMOAK & STEWART, P.C.**
One Federal Place, Suite 1000

        1819 Fifth Avenue North  
        Birmingham, AL 35203  
        (205) 328-1900  
        brian.bostick@odnss.com  
        Attorneys for Defendants  
        Hyundai Motor Manufacturing Alabama, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that on the 31st day of October, 2007, I electronically filed the foregoing Corporate/Conflict Disclosure Statement with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kenneth D. Haynes
Alicia K. Haynes
Haynes & Haynes, P.C.
1600 Woodmere Drive
Birmingham, Alabama  35226
(205) 879-0377

J. Tobias Dykes
Constangy, Brooks & Smith
One Federal Place
1819 Fifth Avenue North, Suite 900
Birmingham, Alabama  35203

                                            /s/ Brian R. Bostick
                                            OGLETREE, DEAKINS, NASH,
                                            SMOAK & STEWART, P.C.
                                            One Federal Place, Suite 1000
                                            1819 Fifth Avenue North
                                            Birmingham, Alabama 35203
                                            Telephone: (205)328-1900
                                            Facsimile: (205)328-6000
                                            brian.bostick@odnss.com