IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

TAMMY EDWARDS )
_____, )
)
Plaintiff, )
)
v. ) CASE NO. 2:07-cv-00908-MHT-SRW
)
HYUNDAI MOTOR MANUFACTURING, ET AL. )
_____, )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW ___MIKE SWINDLE___, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

_____                    /s/J. Tobias Dykes
Date                                (Signature)

J. Tobias Dykes
(Counsel's Name)

Mike Swindle, Defendant
Counsel for (print names of all parties)

Suite 900, One Federal Place, 1819 Fifth Avenue North
Birmingham, AL 35203
Address, City, State Zip Code

205-252-9321
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

## CERTIFICATE OF SERVICE

I, __J. TOBIAS DYKES_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __ELECTRONIC MAIL____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __1ST__ day of __NOVEMBER__ 20_07_, to:

Kenneth D. Haynes and Alicia K. Haynes, c/o Haynes & Haynes, P.C., 1600 Woodmere Drive, Birmingham, AL 35226 and

J. Trent Scofield and Brian R. Bostick, c/o Ogletree, Deakins, One Federal Place, Ste 1000, 1819 Fifth Ave. No., Birmingham, AL 35203

| | |
|---|---|
| 11/1/2007 | /s/J. Tobias Dykes |
| Date | Signature |