**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **TAMMY EDWARDS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **2:07-cv-908-MHT** |
| **HYUNDAI MOTOR** | ) | |
| **MANUFACTURING ALABAMA, LLC,** | ) | |
| **and MIKE SWINDLE, individually,** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

**JOINT MOTION TO AMEND UNIFORM SCHEDULING ORDER**

---

COME NOW the parties and move this Honorable Court to amend its Uniform Scheduling Order to continue the discovery deadline and the dispositive motion deadline for an additional sixty (60) days, and to move the case to the Court's February 2, 2009 trial setting with a pretrial hearing scheduled to correspond with this new trial setting. As grounds therefore, the parties state:

1.    This Court entered a Scheduling Order on November 26, 2007, setting the deadline for discovery in this matter for June 2, 2008.

2.    This Court set the dispositive motion deadline for (90) days prior to the pretrial hearing, which is set October 27, 2008. The dispositive motion deadline is currently July 29, 2008.

3.    This court has scheduled this matter for a pretrial conference on October

27, 2008, with trial during the term December 1, 2008.

4.      The parties have previously conducted written discovery in the case. The parties had previously scheduled depositions to take place during the week of May 12, 2008.  However, due to a medical emergency in the family of Plaintiff's counsel beyond the control of the parties, the depositions have been cancelled.  The parties are in the process of rescheduling these depositions.

5.      The parties have conferred and have scheduling conflicts between these three sets of lawyers that make it necessary for the parties to request this extension. Counsel for all parties have extensive work schedules over the remaining existing discovery period.

6.      The granting of this extension will allow the parties to complete their needed discovery without prejudicing any party.

7.      The parties request an extension of the discovery deadline and the dispositive motion deadline by an additional (60) days, with trial commencing during this court's term commencing February 2, 2009, and the pretrial conference to be rescheduled to a date consistent with this new trial date.

**WHEREFORE**, the parties jointly move for a continuance of the discovery deadline and the dispositive motion deadline by an additional sixty (60) days and the continuance of the pretrial hearing and the trial setting with new deadlines as follows:

Discovery deadline, **August 1, 2008**; Dispositive motion deadline, **September 29, 2008**; Trial term commencing **February 2, 2009**; and Pretrial Conference rescheduled to a new date consistent with this new trial setting.

THIS WILL CERTIFY THAT ALL PARTIES HAVE AGREED TO THE ABOVE AND HAVE AGREED THAT BRIAN R. BOSTICK WILL E-FILE THE FOREGOING JOINT MOTION TO AMEND UNIFORM SCHEDULING ORDER.

May 12, 2008
Date


/s/ Alicia K. Haynes
Alicia K. Haynes
**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama   35226
Attorney for Plaintiff

/s/ Brian Bostick
Brian R. Bostick
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
One of the Attorneys for Hyundai Motor Manufacturing Alabama, LLC


/s/ J. Tobias Dykes
J. Tobias Dykes
**CONSTANGY,   BROOKS   & SMITH, LLC**
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama   35203
Attorney for Mike Swindle