IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TAMMY EDWARDS,                    )
                                  )
       Plaintiff,                 )
                                  )      CIVIL ACTION NO.
       v.                         )       2:07cv908-MHT
                                  )
HYUNDAI MOTOR                     )
MANUFACTURING ALABAMA,            )
LLC, and MIKE SWINDLE,            )
individually,                     )
                                  )
       Defendants.                )
```

ORDER

The court having been orally informed what the "medical emergency in the family" was, it is ORDERED as follows:

(1) The motion to amend (Doc. No. 17) is granted to the extent set forth in this order.

(2) The uniform scheduling order (Doc. No. 13) is modified in the following respects:

(A) The deadline for completing discovery is extended to June 20, 2008.

(B) The deadline for dispositive motions is extended to August 8, 2008.

(C) All other deadlines are unchanged.

DONE, this the 23rd day of May, 2008.


   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE