IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


TAMMY EDWARDS,                    )
                                  )
        Plaintiff,                )
                                  )        CIVIL ACTION NO.
        v.                        )         2:07cv908-MHT
                                  )
HYUNDAI MOTOR                     )
MANUFACTURING ALABAMA,            )
LLC, and MIKE SWINDLE,            )
individually,                     )
                                  )
        Defendants.               )

ORDER

It is ORDERED as follows:

(1) The motion to extend discovery (Doc. No. 19) is granted.

(2) The parties are allowed an additional 30 days to complete discovery.

DONE, this the 25th day of June, 2008.


                        ___/s/ Myron H. Thompson___
                        UNITED STATES DISTRICT JUDGE