IN THE UNITED STATES DISTRICT COURT RECEIVED
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2000 AUG -8 P 1: 30

| | | |
|---|---|---|
| TAMMY EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NUMBER: |
| v. | ) | 2:07-cv-908-MHT |
| | ) | |
| HYUNDAI MOTOR MANUFACTURING | ) | |
| ALABAMA, LLC, and MIKE SWINDLE, | ) | |
| individually, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO FILE PORTIONS OF THE
## RECORD UNDER SEAL BY DEFENDANT
## HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC

COMES NOW Defendant Hyundai Motor Manufacturing Alabama, LLC ("HMMA"),

and moves this Court for an order permitting it to file under seal portions of its Evidentiary

Submission in support of its Motion for Summary Judgment. As grounds for this motion,

HMMA state as follows:

1.     HMMA is filing contemporaneously herewith a Motion for Summary Judgment,

with supporting brief and evidence.

2.     This action involves allegations and claims by Plaintiff, Tammy Edwards

("Plaintiff"), against HMMA and Mike Swindle concerning alleged sexual harassment and

retaliation during Edwards' employment at the HMMA manufacturing plant in Montgomery,

Alabama.

3.     On May 5, 2008, the Court entered a Protective Order. The Order limits access to

confidential proprietary information produced by HMMA during this litigation and confidential

information related to Plaintiff's medical and financial information produced by the Plaintiff. (Court Doc. No. 16).

4.    There are several exhibits to the depositions that are both relevant to HMMA's Motion for Summary Judgment and subject to the terms of the Court's Protective Order.  In addition, portions of Plaintiff's deposition address her medical information.

5.    HMMA proposes to file the following portions of Plaintiff's deposition and documents that were produced through the course of discovery as Confidential pursuant to the Protective Order under seal as each contains sensitive, private and confidential information:

Plaintiff's Deposition:

Deposition pages with Confidential medical information:
25, 26, 49 – 52, 97 – 99, 307 – 312, 355-360

| | |
|---|---|
| Ex. 4 | ER record from Chilton Medical Center (D-1472) |
| Ex. 15 | Medical records from Dr. Poczatek's office and Short-Term Disability Application (D-01790 – 10798) |
| Ex. 16 | Current Medical Information dated August 18, 2006 (D-01569) |
| Ex. 18 | December 14, 2006 letter from Standard Insurance (D-02040 – 2043) |
| Ex. 19 | January 26, 2007 memo produced by Standard Insurance (D-02061) |
| Ex. 20 | April 24, 2007 Letter from Standard Insurance (D-02039) |
| Ex. 21 | April 30, 2007 Letter from Standard Insurance (D-02029-2030) |
| Ex. 22 | May 3, 2007 fax and records from Standard Insurance (D-2022-2028) |
| Ex. 23 | June 14, 2007 Letter from Standard Insurance (D-02001-2004) |
| Ex. 25 | July 30, 2007 Letter from Alicia Haynes with medical records (D-01995-1998) |
| Ex. 26 | November 28, 2007 Letter from Standard Insurance (D-01946-1949) |
| Ex. 27 | January 21, 2008 Letter from Standard Insurance (D-01924-1934) |
| Ex. 28 | Documents from Dept. of Industrial Relations (D-01299-1313) |

Mike Swindle's Deposition:

| | |
|---|---|
| Ex. 1 | Mike Swindle's personnel file (D-00446-656) |
| Ex. 7 | August 26, 2006 Serious Misconduct Letter (D-00249-251) |
| Ex. 10 | HMMA Training Attendance Sheets (D-00391-395) |

Stacye Jones Deposition:

| | |
|---|---|
| Ex. 14 | Employee interviews (D-00205-247) |

| Ex. 15 | August 1, 2006 email and Team Relations Memo (D-00665-678) |
| Ex. 16 | August 7, 2006 email and Team Relations Memo (D-00679-701) |
| Ex. 17 | August 7, 2006 email and Team Relations Memo (D-00702-720) |
| Ex. 18 | August 11, 2006 Team Relations Memo (D-00195-197) |
| Ex. 19 | August 10, 2006 email (D-00252) |

Tom Bondy's Deposition:

| Ex. 28 | Clinic Visit notes (D-01866) |

Wendy Warner Deposition:

| Ex. 41 | Correspondence from Standard Insurance (0387-397) |
| Ex. 42 | December 14, 2006 Letter from Standard Insurance (0374-377) |
| Ex. 43 | January 21, 2008 Medical Documentation Review (D-1927-1934) |
| Ex. 44 | Plaintiff's payroll records (D-01283-1284) |

6.    Contemporaneously to filing this Motion, HMMA has e-filed its Submission of Evidence noting that the documents described in paragraph 5 above have been filed under seal.

7.    A proposed order is attached hereto as Exhibit A.

**WHEREFORE PREMISES CONSIDERED**, Defendant HMMA respectfully requests that this Court grant its motion to file portions of its Evidentiary Submission to its Motion for Summary Judgment under seal.

Respectfully submitted this 8th day of August, 2008.

Timothy A. Palmer
J. Trent Scofield
Brian R. Bostick
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203
Telephone: (205)328-1900
Facsimile: (205)328-6000
brian.bostick@odnss.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2008, I filed the foregoing Defendant's Motion to Seal to the Clerk of the Court, and served the following attorneys of record by hand delivery:

Kenneth D. Haynes
Alicia K. Haynes
Haynes & Haynes, P.C.
1600 Woodmere Drive
Birmingham, Alabama  35226

J. Tobias Dykes
Constangy, Brooks & Smith
One Federal Place
1819 Fifth Avenue North, Suite 900
Birmingham, Alabama  35203

_____
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TAMMY EDWARDS,

Plaintiff,

v.

HYUNDAI MOTOR
MANUFACTURING
ALABAMA, LLC, and MIKE
SWINDLE, individually,

Defendants.

CIVIL ACTION NUMBER

2:07-cv-908-MHT

## ORDER

The Motion to File Portions of the Record Under Seal filed on August 8, 2008, by

Defendant Hyundai Motor Manufacturing Alabama, LLC is hereby granted.  The Clerk

of Court is directed to file the following documents, which were produced as Confidential

pursuant to the Protective Order (Court Doc. No. 16), under seal:


Plaintiff's Deposition:

Deposition pages with Confidential medical information:
25, 26, 49 – 52, 97 – 99, 307 – 312, 355-360


| | |
|---|---|
| Ex. 4 | ER record from Chilton Medical Center (D-1472) |
| Ex. 15 | Medical records from Dr. Poczatek's office and Short-Term Disability Application (D-01790 – 10798) |
| Ex. 16 | Current Medical Information dated August 18, 2006 (D-01569) |
| Ex. 18 | December 14, 2006 letter from Standard Insurance (D-02040 – 2043) |
| Ex. 19 | January 26, 2007 memo produced by Standard Insurance (D-02061) |
| Ex. 20 | April 24, 2007 Letter from Standard Insurance (D-02039) |
| Ex. 21 | April 30, 2007 Letter from Standard Insurance (D-02029-2030) |

Ex. 22          May 3, 2007 fax and records from Standard Insurance (D-2022-2028)
Ex. 23          June 14, 2007 Letter from Standard Insurance (D-02001-2004)
Ex. 25          July 30, 2007 Letter from Alicia Haynes with medical records (D-01995-
                1998)
Ex. 26          November 28, 2007 Letter from Standard Insurance (D-01946-1949)
Ex. 27          January 21, 2008 Letter from Standard Insurance (D-01924-1934)
Ex. 28          Documents from Dept. of Industrial Relations (D-01299-1313)

Mike Swindle's Deposition:

Ex. 1           Mike Swindle's personnel file (D-00446-656)
Ex. 7           August 26, 2006 Serious Misconduct Letter (D-00249-251)
Ex. 10          HMMA Training Attendance Sheets (D-00391-395)

Stacye Jones Deposition:

Ex. 14          Employee interviews (D-00205-247)
Ex. 15          August 1, 2006 email and Team Relations Memo (D-00665-678)
Ex. 16          August 7, 2006 email and Team Relations Memo (D-00679-701)
Ex. 17          August 7, 2006 email and Team Relations Memo (D-00702-720)
Ex. 18          August 11, 2006 Team Relations Memo (D-00195-197)
Ex. 19          August 10, 2006 email (D-00252)

Tom Bondy's Deposition:

Ex. 28          Clinic Visit notes (D-01866)

Wendy Warner Deposition:

Ex. 41          Correspondence from Standard Insurance (0387-397)
Ex. 42          December 14, 2006 Letter from Standard Insurance (0374-377)
Ex. 43          January 21, 2008 Medical Documentation Review (D-1927-1934)
Ex. 44          Plaintiff's payroll records (D-01283-1284)


                                    _____
                                    UNITED STATES DISTRICT COURT JUDGE

# EXHIBIT A