## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| TAMMY EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. |
| HYUNDAI MOTOR | ) | 2:07cv908-MHT |
| MANUFACTURING ALABAMA, | ) | |
| LLC, and MIKE SWINDLE, | ) | |
| Individually, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT MIKE SWINDLE'S
## MOTION FOR PARTIAL SUMMARY JUDGMENT

Plaintiff Tammy Edwards ("plaintiff") filed this lawsuit against defendants Hyundai Motor Manufacturing Alabama, LLC ("HMMA") and Mike Swindle alleging that HMMA created a hostile work environment because of her sex in violation of Title VII of the Civil Rights Act of 1964, as amended, that HMMA discriminated against her because of her sex in violation of Title VII of the Civil Rights Act of 1964, as amended, that HMMA violated the Family and Medical Leave Act, that HMMA retaliated against her in violation of Title VII of the Civil Rights Act of 1964, as amended, that HMMA negligently hired, trained, supervised, and retained employees, specifically defendant Swindle, that defendants HMMA and Swindle intentionally inflicted emotional distress upon

her, that defendant Swindle invaded her privacy, that defendants HMMA and Swindle assaulted and battered her, and that defendants HMMA and Swindle slandered her. Pursuant to Rule 56 of the Federal Rules of Civil Procedure, defendant Swindle moves this Court for partial summary judgment on plaintiff's claims of invasion of privacy and intentional infliction of emotional distress against him for the following reasons:[1]

1.    Plaintiff's intention infliction of emotional distress claim fails because the alleged conduct of defendant Swindle arises to no more than mere insults, indignities, threats, annoyances, petty oppression or other trivialities.

2.    Plaintiff's invasion of privacy claim fails because the alleged conduct of defendant Swindle would not cause sufficient outrage or mental suffering, shame or humiliation to a person of ordinary sensibilities to amount to an invasion of privacy.

In support of his Motion for Partial Summary Judgment, defendant Swindle adopts the evidentiary submissions of defendant HMMA. Defendant Swindle further relies on his Brief in Support of his Motion for Partial Summary Judgment.

Therefore, based on the evidentiary submissions and the arguments in Defendant Swindle's Brief in Support of his Motion for Partial Summary Judgment, defendant Mike Swindle respectfully requests that this Court grant

---

[1] Defendant HMMA is simultaneously moving for summary judgment on all of plaintiff's claims against it.

465160.1

summary judgment as to plaintiff's claims of intentional infliction of emotional distress and invasion of privacy against him.

Respectfully submitted,

*/s/J. Tobias Dykes*
J. Tobias Dykes (ASB-0483-E66J)
E-Mail:  tdykes@constangy.com
CONSTANGY, BROOKS & SMITH, LLC
Suite 900, One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
Telephone:  (205) 252-9321
Facsimile:   (205) 323-7674

**Counsel for Defendant Mike Swindle**

465160.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kenneth D. Haynes
Alicia K. Haynes
**Haynes & Haynes, P.C.**
1600 Woodmere Drive
Birmingham, AL  35226
(205) 879-0377

Timothy A. Palmer
J. Trent Scofield
Brian R. Bostick
**Ogletree, Deakins, Nash,**
   **Smoak & Steward, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL  35203
(205) 328-1900

This 8th day of August, 2008.

*/s/J. Tobias Dykes*
Attorney for Mike Swindle

- 4 –

465160.1