IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| TAMMY EDWARDS, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:07cv908-MHT |
| | ) | |
| HYUNDAI MOTOR MANUFACTURING ALABAMA, LLC, and MIKE SWINDLE, individually, | ) ) ) ) ) | |
|    Defendants. | ) | |

### ORDER

It is ORDERED that the motion to file portions of the record under seal (Doc. No. 22) is granted.

DONE, this the 11th day of August, 2008.

                                   /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**