# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **TAMMY EDWARDS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | 2:07-CV-908-MHT |
| ) | |
| **HYUNDAI MOTOR** ) | |
| **MANUFACTURING ALABAMA, LLC,** ) | |
| **and MIKE SWINDLE, Individually,** ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO AMEND SUBMISSION ORDER
## TO ALLOW FOR SUMMARY JUDGMENT REPLY BRIEF

Defendants Hyundai Motor Manufacturing Alabama, LLC ("HMMA") and Mike Swindle (hereinafter "Swindle"), through undersigned counsel, respectfully file this motion to amend the summary judgment submission Order (Doc. 29) in order to allow for the filing of reply briefs. In support of their motion, Defendants state:

1. Defendants both filed motions for summary judgment on August 8, 2008. (Doc. 21). On August 11, 2008, the Court entered an Order (Doc. 29) which sets the motions for submission on August 29, 2008, without oral argument, and with any opposing brief and evidentiary materials due by that date.

2. This Order does not afford Defendants an opportunity to file any reply briefs in connection with Plaintiff's anticipated opposition response. Because Defendants bear the burden of identifying what material facts they contend are not in dispute in their dispositive motions, Defendants wish to have an opportunity to address any opposition argument and/or evidence presented by Plaintiff.

3. Defendants believe their Replies, if any, can be filed by September 5, 2008 (seven (7) calendar days from the current submission deadline). Defendants further believe that such Replies will assist the Court in its analysis of evidence and related argument, without undue delay of the deliberative process.

WHEREFORE, for good cause shown, Defendants respectfully request that this Court amend its submission Order to allow Defendants to file summary judgment reply briefs not later than September 5, 2008.

Respectfully submitted this 12th day of August, 2008.

THIS WILL CERTIFY THAT DEFENDANTS HAVE AGREED THAT BRIAN R. BOSTICK WILL E-FILE THE FOREGOING DEFENDANTS' MOTION TO AMEND SUBMISSION ORDER TO ALLOW FOR SUMMARY JUDGMENT REPLY BRIEF.

/s/ Brian R. Bostick
Bar No.: ASB-3064-K56B

Timothy A. Palmer, Esq.
J. Trent Scofield, Esq.
Brian R. Bostick, Esq.
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, AL 35203-2118
Telephone: (205) 328-1900
Facsimile: (205) 328-6000
E-mails: brian.bostick@odnss.com
        timothy.palmer@odnss.com
        trent.scofield@odnss.com

Attorneys for Hyundai Motor Manufacturing Alabama, LLC

**AND**

/s/ J. Tobias Dykes
Bar No.: ASB-0483-E66J

J. Tobias Dykes
Constangy, Brooks & Smith
One Federal Place
1819 Fifth Avenue North, Suite 900
Birmingham, Alabama  35203
Telephone: (205) 226-5469
Facsimile: (205) 323-7674
E-mail: tdykes@constangy.com

Attorney for Mike Swindle

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of August, 2008, I electronically filed the foregoing *Defendant's Motion to Amend Submission Order to Allow for Summary Judgment Reply Brief with* the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kenneth D. Haynes – kdhaynes@haynes-haynes.com
Alicia K. Haynes – akhaynes@haynes-haynes.com


/s/ Brian R. Bostick
OF COUNSEL