IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TAMMY EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:07cv908-MHT |
| ) | |
| HYUNDAI MOTOR ) | |
| MANUFACTURING ALABAMA, ) | |
| LLC, and MIKE SWINDLE, ) | |
| individually, ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that defendants' motion to allow reply brief (Doc. No. 30) is denied. If, after reviewing plaintiff's summary-judgment response, defendants still believe a reply is needed, they have until September 5, 2008, to file a motion requesting leave to file a reply, with the proposed reply brief attached to the motion.

DONE, this the 13th day of August, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE