IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TAMMY EDWARDS,            ) | |
|                                ) | |
|     Plaintiff,     ) | |
| v.                        ) | CIVIL ACTION NO. |
|                                ) | 2:07-cv-908-MHT |
| HYUNDAI MOTOR            ) | |
| MANUFACTURING ALABAMA, LLC, ) | **AGREED** |
| and MIKE SWINDLE, individually, ) | |
|                                ) | |
|     Defendants.    ) | |

**PLAINTIFF'S MOTION TO FILE
PLAINTIFF'S RESPONSE IN OPPOSITION
TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT
THREE (3) DAYS OUT OF TIME
DUE TO THE LABOR DAY HOLIDAY**

COMES NOW the Plaintiff and moves this Honorable Court for leave to file her response in opposition to Defendants' Motions for Summary Judgment three (3) days out of time due to the Labor Day Holiday, or on Tuesday, September 2, 2008, after the Labor Day Holiday.  In support thereof, Plaintiff states as follows:

1.     Plaintiff's response is currently due Friday, August 29, 2008.  Due to Plaintiff's counsel's deposition and court schedule for the last three weeks (attached as Exhibit A), she has been unable to timely complete her response and further, with the impending Labor Day Holiday, counsel's support staff, as well as

counsel, have prearranged travel plans on Friday that prohibit the timely completion pursuant to the court's scheduling order.

2. Plaintiff's counsel submits that she has used her best efforts to comply with the court's schedule.

3. Defendants' counsel have been contacted and they do not oppose this motion as long as the Court extends the time for defense counsel to file a Motion for Leave to File a Reply Brief from September 5, 2008, as indicated in the Court's August 13, 2008, Order (Doc. 31), to Tuesday, September 9, 2008.

WHEREFORE, THESE PREMISES CONSIDERED, Plaintiff moves this Honorable Court to allow her to file her response on **Tuesday, September 2, 2008**.

Respectfully submitted,

/s/ Alicia K. Haynes
Alicia K. Haynes
Attorney for Plaintiff

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama 35226
Phone: (205) 879-0377
Fax: (205) 879-3572
E-mail: akhaynes@haynes-haynes.com
ASB-8327-E23A

## CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of August 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| J. Tobias Dykes<br>**CONSTANGY, BROOKS & SMITH, LLC**<br>One Federal Place, Suite 900<br>1819 Fifth Avenue North<br>Birmingham, Alabama 35203 | Brian R. Bostick<br>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**<br>One Federal Place, Suite 1000<br>1819 Fifth Avenue North<br>Birmingham, Alabama 35203 |

      /s/ Alicia K. Haynes
      OF COUNSEL

# EXHIBIT "A"

| Date | Event | Case Style |
|---|---|---|
| August 13, 2008 | Deposition of Kim Smith (client) | Kim Smith v. Books-A-Million, Case No. 2:07-cv-01691-RRA |
| August 15, 2008 | Motion Hearing | Edward Tarver v. RS Staffing, Case No.2:07-CV-01872-WMA |
| | Motion Hearing | Brenda Robinson v. Tyson Foods, Case No. 2:06-cv-02274-WMA |
| August 18, 2008 | Court ordered mediation | Kendra Hall v. Siemens Automotive, Case No. CV-06-B-1208-S |
| August 19, 2008 | Prehearing conference | Darryl Burts v. Jefferson County Personnel Board, Case No. DA-2008-1706 |
| August 20, 2008 | Deposition of Davion Stockdale (client) | Davion Stockdale v. T-Mobile, Case No. 2:07-cv-2290-TMP |
| August 21, 2008 | Deposition of Chad Tice (witness) 30(b)(6) deposition of Books-A-Million representative | Kim Smith v. Books-A-Million, Case No. 2:07-cv-01691-RRA |
| August 22, 2008 | Deposition of Carrie Bradley (witness) Deposition of Kathryn King (witness) | Kim Smith v. Books-A-Million, Case No. 2:07-cv-01691-RRA |
| August 25, 2008 | Deposition of Tony McWhorter (witness) | Danny McLain v. Liberty National Insurance, Case No. CV-07-JEO-1080 |

| Date | Event | Case Style |
|---|---|---|
| August 26, 2008 | Deposition of Danny McLain (client) | Danny McLain v. Liberty National Insurance, Case No. CV-07-JEO-1080 |
| August 27, 2008 | Status Conference (Anniston) | Sheila Boyd v. Honda, Case No. 1:07-cv-01973-VEH |
| | Deposition of Elizabeth Machen (client) | Elizabeth Machen v. Golden Rule Barbecue, et al., Case No. CV-07-J-2299-S |
| August 28, 2008 | Continuation of Deposition of Elizabeth Machen (client) | Elizabeth Machen v. Golden Rule Barbecue, et al., Case No. CV-07-J-2299-S |