**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **TAMMY EDWARDS,**        ) | |
|                           ) | |
| **Plaintiff,**            ) | |
| v.                        ) | **CIVIL ACTION NO.** |
|                           ) | **2:07-cv-908-MHT** |
| **HYUNDAI MOTOR**         ) | |
| **MANUFACTURING ALABAMA, LLC,** ) | |
| **and MIKE SWINDLE, individually,** ) | |
|                           ) | |
| **Defendants.**           ) | |
|                           ) | |

**NOTICE CONCERNING SETTLEMENT
CONFERENCE AND MEDIATION**

Pursuant to this court's Uniform Scheduling Order dated November 26, 2007, the parties in the above-referenced matter conducted a settlement conference, at which counsel engaged in good faith settlement negotiations. The parties were unable to settle this matter and are unable to make a decision relative to mediation at this time.

                                                      /s/ Alicia K. Haynes
                                                      Alicia K. Haynes
                                                      Attorney for Plaintiff

OF COUNSEL:

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama   35226
Phone:  (205) 879-0377
Fax:  (205) 879-3572
E-mail:  akhaynes@haynes-haynes.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of August, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| J. Tobias Dykes<br>**CONSTANGY, BROOKS & SMITH, LLC**<br>One Federal Place, Suite 900<br>1819 Fifth Avenue North<br>Birmingham, Alabama  35203 | Brian R. Bostick<br>**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**<br>One Federal Place, Suite 1000<br>1819 Fifth Avenue North<br>Birmingham, Alabama 35203 |

                                  /s/ Alicia K. Haynes
                                  OF COUNSEL