# IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TAMMY EDWARDS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:07cv908-MHT |
| ) | |
| HYUNDAI MOTOR ) | |
| MANUFACTURING ALABAMA, ) | |
| LLC, and MIKE SWINDLE, ) | |
| individually, ) | |
| ) | |
|    Defendants. ) | |

## ORDER

It is ORDERED that the motion for extension of time (Doc. No. 32) is granted in all respects.

DONE, this the 29th day of August, 2008.

             /s/ Myron H. Thompson
       UNITED STATES DISTRICT JUDGE