## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **TAMMY EDWARDS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **2:07-cv-908-MHT** |
| **HYUNDAI MOTOR** | ) | |
| **MANUFACTURING ALABAMA, LLC,** | ) | |
| **and MIKE SWINDLE, individually,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

---

### PLAINTIFF'S EVIDENTIARY SUBMISSION
### IN OPPOSITION TO
### DEFENDANT, HMMA'S, AND DEFENDANT, SWINDLE'S,
### MOTIONS FOR SUMMARY JUDGMENT
### VOLUME I

---

COMES NOW the Plaintiff and submits the following as evidence in

opposition to Defendant, HMMA's, and Defendant, Swindle's Motions for

Summary Judgment in the above-referenced matter:

1. Plaintiff's Deposition Exhibit 3, D00177-D00194.

2. Plaintiff's Deposition Exhibit 4, D00172-D00176.

3. Plaintiff's Deposition Exhibit 5, D00666-D-678.

4. Plaintiff's Deposition Exhibit 20, D00109.

5. Plaintiff's Deposition Exhibit 21, D00248.

6.      Plaintiff's Deposition Exhibit 22, D00560-D00561.

7.      Plaintiff's Deposition Exhibit 23, D01299-D01313.

8.      Plaintiff's Deposition Exhibit 25, D00932-D00935.

9.      Plaintiff's Deposition Exhibit 26, D00920-D00925.

10.     Plaintiff's Deposition Exhibit 40, D00562.

11.     Plaintiff's Deposition Exhibit 46, D00785-D00795.

12.     Plaintiff's Deposition Exhibit 47, 0354-0369.

13.     Plaintiff's Deposition Exhibit 48, D00946-D00948.

14.     Plaintiff's Deposition Exhibit 49, D00936-D00939.

15.     Plaintiff's Deposition Exhibit 50, D00901-D00931.

16.     Plaintiff's Deposition Exhibit 51, D00757-D00761.

17.     Plaintiff's Deposition Exhibit 52, D00551-D00552.

18.     Plaintiff's Deposition Exhibit 53, D00512-D00521.

19.     Plaintiff's Deposition Exhibit 54, D00553-D00557.

20.     Plaintiff's Deposition Exhibit 55, D00531-D00550.

21.     Plaintiff's Deposition Exhibit 56, Vacation Request Form.

22.     Defendant's Deposition Exhibit 7, D01865.

23.     Defendant's Deposition Exhibit 11, D00239-D00242.

24.     Defendant's Deposition Exhibit 12, D00246-D00247.

25.     Defendant's Deposition Exhibit 13, D00237-D00238.

26.    Defendant's Deposition Exhibit 29, Plaintiff's Second Supplemental Rule

26 Disclosures.

Respectfully submitted,

 s/ Alicia K. Haynes
Alabama State Bar No.  ASB-8327-E23A
Attorney for Plaintiff

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35226
Phone:  (205) 879-0377
Fax:  (205) 879-3572
E-mail:  akhaynes@haynes-haynes.com
ASB-8327-E23A

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 2nd day of September 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

J. Tobias Dykes
**CONSTANGY, BROOKS & SMITH, LLC**
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama  35203

Brian R. Bostick
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203

 s/ Alicia K. Haynes
**OF COUNSEL**

| **HYUNDAI**<br>Hyundai Motor Manufacturing Alabama | Team Relations Memo | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date: 9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

Interviews:

Interview with Billy Kitchens
**Attendees:** Billy Kitchens, Marty Blame, Stacye Jones

On August 1, 2006, at 12:35pm, Team Relations Specialist (TR) Marty Blame and I interviewed Welding Team Leader (TL) Billy Kitchens:

Stacye – Do you know of any situation involving harassment here in the shop?
Billy – It's hard. I've just heard things. I don't really want. . Rhonda (Wallace) came to me again today, and I sent her to Steve (Culpepper). It's ashamed we put them in that (referring to a complaint that two suppliers have made regarding harassment involving an HMMA TM).
Stacye – We are aware of that situation, but we are bound to a specific protocol. Other than the supplier, do you know of a situation?
Billy – Situation with Mike Swindle harassing Tammy Edwards
Stacye – Have you heard details?
Billy – Tammy came to me months ago. It was Mike being Mike. I told Mike to watch his mouth and how he talks to the ladies. I told Mike he was a supervisor now. Tammy didn't ask me to go to Mike. I told Mike if he was talking ugly, he needed to stop. Mike shrugged it off, but I believe he listened to me.
Stacye – What had Tammy told you?
Billy – Mike's language was bad, and she didn't like it.
Stacye – Did Tammy tell you anything specific?
Billy – No.
Stacye – Did Mike tell you anything he said?
Billy – (Nodded "no.")
Stacye – Have you witnessed Mike say anything to Tammy?
Billy – No.
Stacye – Have you witnessed Tammy say anything to Mike?
Billy – No. I thought they were good friends. I had no idea it was like this.
Stacye – Have you witnessed Mike make gestures to Tammy?
Billy – No.
Stacye – Have you witnessed Tammy make gestures to Mike?
Billy – No.
Stacye – Have you been in a conversation with the three of you where Mike used the "F" word?
Billy – That's a possibility.
Stacye – Have you witnessed a situation where Mike was seated in a chair and thrusting himself forward in the presence of Tammy?
Billy – I don't remember.
Stacye – Have you heard any specifics regarding these incidents I have mentioned?



PLAINTIFF'S EXHIBIT

3

1

CONFIDENTIAL

D- 00177  EDWARDS V HMMA

| ⬡ HYUNDAI<br>Hyundai Motor Manufacturing Alabama | Team Relations Memo | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date: 9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

Billy – Basically what you've said?

Stacye – Who told you these things?

Billy – I don't want to say names.

Stacye – How many people have said anything?

Billy – One or two.

Stacye – Have you witnessed any situations that you perceive to be harassment?

Billy – None other than the supplier coming to me

Stacye – Have you seen TMs touching other TMs, revealing body parts to each other, or using sexually explicit language?

Billy – No.

Stacye – Can you think of anything that can help us in our investigation?

Billy – Mike comes across brash. The way Mike talks is wrong. I've been around him when he's like that. I haven't seen a situation with the two of them (Tammy and Mike).

Stacye – Have you seen Mike do that with somebody else in the plant?

Billy – Uh, you're dealing with someone who is like a brother to me. Yea, I've seen him do that stuff around other people.

Stacye – Does he do it at work?

Billy – Yea. I understand the severity of this situation. I don't envy y'all. I've seen both sides. Mike laughs and cuts up but sometimes takes it to another level.

Stacye – Can you give me examples?

Billy – Talking bad, ugly – using the "F" word. If Mike has never said that word around TR, he knows not to say it around anyone else.

Stacye – Have you heard Mike sexually proposition anyone?

Billy – No.

Stacye – Has Mike talked about female body parts with a lady present?

Billy – I don't think so.

Stacye – Has Mike told dirty jokes in the presence of the opposite gender?

Billy – I don't think so. I'm an old man – my memory doesn't go far.

Stacye – Has the "F" word been thrown around in conjunction with sex?

Billy – No.

Stacye – Has anyone told you besides Tammy that Mike's language bothered them?

Billy – Yea.

Stacye – Who?

Billy – Stephanie Samuels.

Stacye – Have you and Mike spoken today regarding this situation?

Billy – Mike got rumor of it and came straight to me.

Stacye – Why did he come to you?

Billy – I'm a father figure. He would come to me or Tom (Bondy) – Tom as a friend.

Stacye – Has Mike said anything specific?

Billy – He thought Tammy had made a complaint against him for sexual harassment. Something happened on the line, and I had to leave.

Stacye – Have you spoken to Mike since?

2

CONFIDENTIAL

| ⟨Hyundai Logo⟩ HYUNDAI<br>Hyundai Motor Manufacturing Alabama | Team Relations Memo | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date: 9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

Billy – No, I've been dodging him for the simple reason I didn't want to be in this room.
Stacye – Is there anything else you would like to say?
Billy – Mike is seeing a lady on the floor.
Stacye – Who is it?
Billy – Jennifer (Foster).
Stacye – Has this caused any problems?
Billy – No.
Stacye – Do TMs perceive that she gets favorable treatment?
Billy – She works for Keith (Ulrich). I haven't heard that.

*IR wanted to interview Welding TM Pam Stoddard next, but Pam had taken a day of vacation on August 1, 2006.

<u>Interview with Tammy Edwards</u>
**Attendees:** Tammy Edwards, Marty Blame, Stacye Jones

On August 1, 2006, at 1:42pm, Marty Blame and I interviewed Welding TM Tammy Edwards:

*I had gotten word that Tammy had met with Management regarding her allegations. When I mentioned this to Tammy, she said Management had called her to meet with them. Tammy also stated she thought I knew about the meeting (even though I was not invited). According to Tammy, Tom told her that Mike "was gone." I reiterated the importance of confidentiality even when it comes to Management.

Stacye – When did this start?
Tammy – It started right after I got on Mike's line – around March 2006 maybe. Mike asked if I was married, and I told him I was happily married to my high school sweetheart. Mike told me he married his high school sweetheart, too. It progressed to Mike asking me if I had "been" with anybody else. I said no. Mike said as far as he knew, his wife had not been with another man either. Mike said I just had not been with the right one. If I had been with him, I wouldn't want to go back to my husband.
Stacye – From the beginning, tell us what you remember.
Tammy – Mike curses. Everything is "F" or "MF." I wasn't crazy about it. The first thing I remember is him shaking himself at me. He would grab his genitals or rub them up and down. Mike would ask me if that turned me on. I would say no and tell him I wished he would stop. Pam Stoddard would say, "Oh damn girl, it ain't hurtin' you." I asked Mike, "What is it with you and Pam?" Mike told me that Pam doesn't like Jennifer (Foster) and wants to make Jennifer jealous. I told Mike I wished he would leave me out of that.
Stacye – How often was Mike shaking himself?

3

CONFIDENTIAL

D- 00179  EDWARDS V HMMA

| ⬡ **HYUNDAI**<br>Hyundai Motor Manufacturing Alabama | Team Relations Memo | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date: 9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

Tammy – Whenever I came around him – in front of Toby (Chance), but Toby won't tell you that.

- I always went up Body Build line, but one day, I went down off-line (in an effort to dodge Mike). Later, Mike said, "Don't you ever fucking dodge me again. Matter of fact, you don't have to worry about me fucking speaking to you again." You don't embarrass Mike, or you'll get blessed out.
- One day Billy asked me if I was miserable, and I told him yes. Billy asked me if I wanted to go back to the line, and I said no. Billy asked me if I wanted to go to Mike's line, and I said no and told Billy Mike was a pervert. Later, Mike told me, "Don't fucking go to Billy anymore or anybody about our business." I asked Mike what he was talking about and told Mike I told Billy he (Mike) was a pervert. Mike said Billy could go tell Harry (White), and he (Mike) could get in trouble. Mike said he was hurt when I dodged him. I asked Mike how he thought I felt when he "shook that" at me. Mike told me not to talk to anyone about our discussions anymore. I asked Mike if we were "OK," and Mike said we were "OK."
- Mike was talking about having sex with women and pulling their hair. He said he made love to his wife, but he does the freaky stuff on the side.
- Pam told me if I would act like it didn't bother me Mike would stop.
- One weekend about three weeks ago, Mike said he bet Ralph (my spouse) and I don't even have oral sex. Mike also said he doesn't use condoms. I told Mike he was going to have a disease one day and be in a nursing home. Mike asked if I ever had a man's finger up my butt while having sex. Pam said I didn't know what I was missing. Mike said he doesn't have oral sex as much as he used to, but since I had only been with one man, he'd lick my ass raw.
- Mike watches my crotch all the time. One time, when Mike was looking at my crotch, I told him to stop. Mike said there wasn't anything I could do to make him stop. I told him I could slap the shit out of him. Mike said that just turned him on. He blocks the aisle sometimes. I tell him he'd better stop. Sometimes Mike puts his hands behind his back and butts up against me.
- Last week, Mike was bumping me on the side, and I told him to stop. I saw Roger Cleckler (a family friend) walking towards us and thought Roger might think something was going on between Mike and me. I told Mike about Roger, and Mike said, "I don't give a fuck who he knows." (one week prior to the claim being made)
- Last week, Mike said, "Somebody's got some new pants." He ran the outside of his hand along the outside of my pant leg. I told Mike to shut up.
- I asked Billy if he had a rough day, and Billy told me he didn't "get any last night." Mike said, "You know what's wrong (with Tammy)? She's never been fucked. Mike began to thrust his body in his chair while saying, "Fuck me you mother fucker – fuck me, Ralph, like Mike does."

4

D- 00180  EDWARDS V HMMA

CONFIDENTIAL

| ![HYUNDAI logo] Hyundai Motor Manufacturing Alabama | Team Relations Memo | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date: 9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

- Every time I push Mike away, he thinks it turns me on and tells me it turns him on. He says his chest feels better than Ralph's chest.
- When I asked Mike what to put down for my time, Mike said, "Those pants." I pretended not to hear. Mike asked if I heard him and repeated himself.
- Billy heard Mike say he was not a boob man, but he (Mike) was an ass man. Mike told me I could leave my shirt on – he just wanted the bottom half.
- Pam encouraged Mike and even told him that "I would be ready by the time I went to night shift."
- Pam has held my arms back and told Mike to kiss me.
- Last week, Mike asked me if I fingered myself. I said I had not. Mike told me he didn't believe me, that every woman has done that. He said, "You and my wife say that, and you're both liars."
- Mike called me fucking Mother Teresa.
- Mike saw my screen saver with a picture of my daughter and her boyfriend. Mike said, "You know he's tearin' that up."
- Billy has apologized to me about prior conversations. I told Billy there was no sense in what happened at Mike's desk (thrusting incident). Billy said, "I know."

*Early on the morning of August, 2, 2006, Welding Manager Tom Bondy asked me if I could meet with him privately for a moment. I agreed, and he and I stepped into a conference room. Tom said he got to thinking about what Tammy said to him during his meeting with her on August 1. Tom admitted initially believing everything Tammy told him and taking her side (because he has a wife and two daughters). However, one thing stood out in his mind. According to Tom, Tammy told him that a guy on 2nd shift had seen her and Mike "horsin' around" and had told Tammy's husband. The husband had given Tammy an ultimatum – to quit her job or file charges. Tom asked me, "What's your take?" I told Tom I had been silent the whole conversation because I was not at liberty to discuss the situation with him. We concluded our meeting, and Tom said he would meet with Rob Clevenger later that morning.

*Also, early on the morning of August 2, 2006, Tammy came to me upset about TMs discussing this situation on the floor. Tammy said she had a conversation with Billy after his interview on August 1. Tammy asked Billy if he (Billy) remembered the incident when Mike was thrusting in his chair. According to Tammy, Billy did recollect that incident and apologized for not remembering it during his interview. I reiterated to Tammy that discussing this matter with anyone outside the investigation was not to take place. It could compromise the investigation.

Interview with Pam Stoddard
**Attendees:** Pam Stoddard, Lucas Cooner, Stacye Jones

5

D- 00181  EDWARDS V HMMA

CONFIDENTIAL

| ![HYUNDAI logo] Hyundai Motor Manufacturing Alabama | Team Relations Memo | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date: 9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

On August 2, 2006, at 8:06am, TR Specialist Lucas Cooner and I interviewed Welding TM Pam Stoddard:

Stacye – Are you aware of anything here in the shop that may be perceived as sexual harassment?
Pam – No, not to my knowledge.
Stacye – Are you aware of anything between Tammy Edwards and Mike Swindle?
Pam – No. I know she was moved to our team, and he's her Team Leader.
Stacye – Have you ever heard Mike say anything of a sexual nature to Tammy?
Pam – No.
Stacye – Have you ever heard Tammy say anything of a sexual nature to Mike?
Pam – Not in conversations I've been around.
Stacye – Have you ever heard Mike use the "F" word around Tammy?
Pam – No.
Stacye – Have you ever said "it ain't hurtin' you" to Tammy in response to something you heard Mike say to her?
Pam – No.
Stacye – Have you told Tammy to ignore Mike, and he would quit (bothering her)?
Pam – No.
Stacye – Have you held Tammy's arms back and told Mike to kiss her?
Pam – No.
Stacye – Did you hear Mike having a conversation where he mentioned having a finger in the butt during sex, and did you say "you don't know what you're missing?"
Pam – No. We don't talk about sex at work.
Stacye – Have you ever seen Mike bumping up against Tammy and told him to stop?
Pam – No.
Stacye – Has Mike ever said anything sexual to you?
Pam – No.
Stacye – Have you ever said anything sexual to Mike?
Pam – No. I wouldn't do that to Kristi (Mike's wife).
Lucas – Have you heard about Mike having a relationship with a TM?
Pam – I have heard about it.
Lucas – Has Mike discussed this with you?
Pam – No.
Lucas – Why would someone keep putting your name in the pot?
Pam – Everybody knows we're (Mike and Pam) close. We work together – they see us together a lot. About the person Mike is having an affair with, that person and I have straightened out our problems. The jealousy is not my concern.
Stacye – Did you make the statement that Tammy would be ready for Mike when she went to night shift?
Pam – No.

6

D- 00182  EDWARDS V HMMA

CONFIDENTIAL

| ![Hyundai logo] HYUNDAI<br>Hyundai Motor Manufacturing Alabama | Team Relations Memo | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date:  9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

Stacye – Have you ever heard Mike use the "F" word?
Pam – No.
Stacye – Has Tammy ever said anything to you about Mike saying anything to her?
Pam – No. I feel as if something like this was happening, she would distance herself from us. She comes downstairs looking for us.
Stacye – Has Mike ever said he couldn't get in trouble because he is friends with Tom (Bondy)?
Pam – No.
Stacye – Has anyone said anything to you regarding this situation?
Pam – No.
Stacye – Have you known of anyone to have a problem with Mike?
Pam – No.

Second Interview with Billy Kitchens
**Attendees:**  Billy Kitchens, Lucas Cooner, Stacye Jones

On August 2, 2006, at 8:55am, Lucas Cooner and I interviewed Billy Kitchens:

Stacye – Did you have a conversation with Tammy yesterday after we talked about this situation?
Billy – Yea.
Stacye – Did you recollect some information?
Billy – I remembered us being together, but I didn't remember the act (thrusting incident). I did apologize for anything I may have said in conversation.
Lucas – Does Tammy need to talk to the TLs?
Billy – Sometimes about downtime
Stacye – Just for clarification, what do you remember about you, Mike, and Tammy conversing?
Billy – I remember Mike in the chair, but I don't remember the thrusting. Also, Amber Kelley is running her mouth. And, Michelle (Nelson), Kim (Abrams), and Tammy have been talking at the break table between BC1 and BC2.

Interview with Amber Kelley
**Attendees:**  Amber Kelley, Lucas Cooner, Stacye Jones

On August 2, 2006, at 10:09am, Lucas Cooner and I interviewed Welding TM Amber Kelley:

Stacye – We have reason to believe that you have information regarding an investigation we are conducting. We need to make you aware that this information is highly confidential and not to be discussed with anyone (TMs or Management). Impeding an investigation by sharing confidential information outside the investigation can lead to

7

D- 00183  EDWARDS V HMMA

CONFIDENTIAL

| ![HYUNDAI logo] HYUNDAI<br>Hyundai Motor Manufacturing Alabama | Team Relations Memo | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date: 9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

corrective action up to and including termination. That's what we needed. Do you have anything you would like to say or first-hand knowledge of anything related to our investigation?

Amber –

- Last week, Tammy and I were walking down Body Build line. Mike was coming towards us. Mike and I have had conflict. He has cursed me twice when I approached him about downtime. Anyway, as Mike approached, I asked him, "Why are you staring at me?" Mike said, "I'm not. I'm looking at something else." I said, "That's a married woman – you shouldn't be looking at her." Mike said, "I can look at her any fucking way I want to, right Tammy?" Tammy said, "No." Mike tried to hug Tammy (from the side), and Tammy shrugged away. Mike said, "When you resist me, it turns me on."
- One to two months ago, I walked up on the tail-end of a conversation between Tammy, Mike, and Pam. Tammy said, "You better quit talking to me like that before I report you." Pam said, "No one is gonna fuck with Mike." Tammy and I walked away. I asked Tammy what they were talking about. Tammy said Mike was talking about performing oral sex on her since she had only been with one man."
- Yesterday afternoon, Billy told me Mike was coming up with stuff to cover himself – something about a friend of the family seeing Tammy touching Mike. That friend told Tammy's husband, and now she's having trouble at home.

Interview with Michelle Nelson
**Attendees:** Michelle Nelson , Lucas Cooner, Stacye Jones

On August 2, 2006, at 10:32am, Lucas Cooner and I interviewed Welding Administrative Assistant Michelle Nelson:

Stacye – We have reason to believe that you have information regarding an investigation we are conducting. We need to make you aware that this information is highly confidential and not to be discussed with anyone (TMs or Management). Impeding an investigation by sharing confidential information outside the investigation can lead to corrective action up to and including termination. That's what we needed. Do you have anything you would like to say or first-hand knowledge of anything related to our investigation?

Michelle – No.

Interview with Kim Abrams
**Attendees:** Kim Abrams, Lucas Cooner, Stacye Jones

8

CONFIDENTIAL

| ⬭ **HYUNDAI** <br> Hyundai Motor Manufacturing Alabama | Team Relations Memo | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date: 9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

On August 2, 2006, at 10:47am, Lucas Cooner and I interviewed Welding TM Kim Abrams:

Stacye – We have reason to believe that you have information regarding an investigation we are conducting. We need to make you aware that this information is highly confidential and not to be discussed with anyone (TMs or Management). Impeding an investigation by sharing confidential information outside the investigation can lead to corrective action up to and including termination. That's what we needed. Do you have anything you would like to say or first-hand knowledge of anything related to our investigation?
Kim – I have heard Mike say sexual things but not to Tammy. Mike makes comments about women's body parts – "that looks good." I feel Mike looks at people in a sexual way.
Stacye – Have you heard Mike use the "F" word?
Kim – Not in a sexual way – Mike has a foul mouth.
Stacye – Have you seen Mike touch anyone?
Kim – No, I don't think so.
Stacye – Have you heard Mike sexually proposition anyone?
Kim – No.
Stacye – Have you heard Mike tell sexually explicit jokes?
Kim – I don't think so. He doesn't tell jokes – he is a joke. I asked him one time if he applied for TL (at the beginning of the year). He said, "No, I'm not gonna mess up what I have on this shift." I asked, "What you got going on? You mean Jennifer?" Mike said, "Yea."
Stacye – Is harassment a problem in Weld Shop?
Kim – You may see it, but the participants do not seem bothered.

Interview with Stephanie Samuels
Attendees: Stephanie Samuels, Lucas Cooner, Stacye Jones

On August 2, 2006, at 1:05pm, Lucas Cooner and I interviewed Quality Group Leader (GL) Stephanie Samuels:

Stacye – What type of problems have you had with Mike Swindle?
Stephanie – His mouth is foul.
Stacye – Has he said "BS" and the "F" word?
Stephanie – Yea, that's Mike.
Stacye – Has he made any sexual comments to you?
Stephanie – No.
Stacye – Do you know of him making any sexual comments to others?

9

D- 00185  EDWARDS V HMMA

CONFIDENTIAL

| ⟨Ⓗ⟩ **HYUNDAI**<br>Hyundai Motor Manufacturing Alabama | **Team Relations Memo** | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date: 9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

Stephanie – No. I was surprised he became a TL. I guess once you talk to him, it will put him in his place. He's real disrespectful. Two weeks ago, I said something to Billy about Mike having an ugly mouth.
Stacye – Has Mike said anything inappropriate over the radio?
Stephanie – No.
Stacye – Has anyone come to you and complained about Mike?
Stephanie – No.
Stacye – Have you witnessed anything other than language that may be perceived to be inappropriate?
Stephanie – No.
Stacye – Has Mike told sexually explicit jokes, talked about body parts, or grabbed himself in front of you?
Stephanie – No.

<u>Interview with Toby Chance</u>
**Attendees:** Toby Chance, Lucas Cooner, Stacye Jones

On August 2, 2006, at 1:27pm, Lucas Cooner and I interviewed Welding TL Toby Chance:

Stacye – Are you aware of any situation in the plant right now?
Toby – There are some rumblings. People wonder why TMs are spending so much time with TR.
Stacye – What are they talking about?
Toby – They terminated a TM last night. No one is really speculating to me.
Lucas – How many TLs are in Welding?
Toby – Five
Lucas – How well do you get along?
Toby – Pretty good
Stacye – Have you ever seen Mike shake his genitals in front of other TMs?
Toby – No.
Stacye – Would you be surprised to know you were named as a witness to this action?
Toby – Yes.
Lucas – What if you were brought up as carrying along with Mike in these actions?
Toby – I would be quite surprised. You can talk to any TM about me.
Stacye – Have you seen Mike rub his genitals in front of other TMs?
Toby – No.
Stacye – Would you be surprised that individuals who claim you saw this say you would not tell?
Toby – No. I've worked with Mike for three years.
Lucas – Does Mike use foul language?
Toby – Ass is one of his favorites, not in a sexual way and not towards anyone.

10

D- 00186  EDWARDS V HMMA

CONFIDENTIAL

| ![HYUNDAI] Hyundai Motor Manufacturing Alabama | Team Relations Memo | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date: 9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

Lucas – Does Mike use the word "fuck?"
Toby – No more than anyone else – just in guy talk
Stacye – Have you seen him touch anyone inappropriately?
Toby – No.
Stacye – Does Mike make comments about women?
Toby – Between the guys, yes
Lucas – Would he say someone has a nice ass or nice tits?
Toby – Not at work – maybe at his house or out drinking a beer
Stacye – Does Mike use foul language over the radio?
Toby – No.
Stacye – Have you ever heard Mike holler at someone down the aisle?
Toby – No.
Lucas – Has Mike mentioned to you any sexual relationships with TMs?
Toby – No.
Stacye – Are you aware of any perceived sexual harassment on the floor?
Toby – None other than the supplier
Stacye – What is your definition of sexual harassment?
Toby – Continually badgering someone or making them uncomfortable
Stacye – Have any of your TMs said anything about perceived harassment?
Toby – No.
Lucas – Why would someone be making this up?
Toby – I don't know. I know Mike has a strong friendship with Jennifer (Foster). Mike hasn't said anything about sex. I think there's some jealousy out there.

Interview with Tom Bondy
**Attendees:** Tom Bondy, Rob Clevenger, Stacye Jones

On August 2, 2006, at 2:18pm, TR Assistant Manager (AM) Rob Clevenger and I interviewed Welding Manager Tom Bondy:

Rob – Do you have any first-hand knowledge of the situation?
Tom – No. I heard Tammy was upset, and I told Steve (Culpepper) to bring her up here (to the office). Tammy was crying. She said Mike (Swindle) had been harassing her. Tammy got graphic – talking about actions and gestures. I immediately believed her. I said, "Maybe he's not wired right." I told Tammy she needed to get with Stacye. I told Tammy she had our support. But then later that night, I realized there were a couple of things I didn't pick up on while she was talking – they didn't make sense. There's a gentleman on 2nd shift on Moving Lines. Tammy said she and Mike were horsin' around in D aisle, and this guy saw them and told her husband Tammy and Mike had been talking. Tammy said her husband was upset and gave her an ultimatum – quit or file charges. It's also hard for me to understand her waiting five months (to report this). I've seen those two laughing.

11

D- 00187  EDWARDS V HMMA

CONFIDENTIAL

| ![Hyundai logo] HYUNDAI<br>Hyundai Motor Manufacturing Alabama | Team Relations Memo | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date: 9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

Rob – How would someone on 2nd shift see her and Mike together?
Tom – Between shifts
Rob – Did Tammy ask for that meeting?
Tom – I did.
Rob – Who made you aware of the issue?
Tom – I don't know.
Rob – We have a specific protocol for this type of situation. Whenever you hear the word "harassment," you need to get Stacye or someone in IR involved. This is in order to protect you as much as it is the company.
Tom – All I was aware of was that she was having problems.
Rob – Has Mike come to you and discussed this?
Tom – Yes, to ask if he was going to be fired. I told him it was out of our hands.
Rob – Did Mike disclose details?
Tom – No. Mike was in denial when he came to me in tears. Mike swore he didn't do anything to her and asked if he would be fired.

Interview with Mike Swindle
**Attendees:** Mike Swindle, Rob Clevenger, Stacye Jones

On August 2, 2006, at approximately 2:45pm, Rob Clevenger and I interviewed Welding TL Mike Swindle:

After the confidentiality admonishment:
Mike – On the confidentiality side, I know you mean that. You've had the same four people up here. Amber Kelley has told Charles (Harris) and Fard (Alexander). I feel like I'm fighting a losing battle. Amber is telling everyone. I've seen Kimberly (Abrams), Amber, and Tammy talking at BC2, but I don't know what they're saying. Charles and Fard have told me Amber is telling them these things, but they're not sharing.

When I made TL and she was in CCR, we would have contact with each other about downtime. Tammy would go get breakfast (she would call me or come down to the line) every morning (starting around April 2006). She would come down. We'd talk about our kids, spouses – but we never spoke of anything out of the way.

On Friday, July 28, 2006, I brought donuts for the team. There was ½ box left when Tammy and Amber came down. Tammy said she didn't like the filled donuts. Tammy went to the cafeteria and brought back some sandwiches and a donut. I offered to pay her, but she wouldn't take it.
She was walking towards me, and I was on my cell phone looking dazed. Tammy said, "Don't look at me like that. Are you fucking stupid?" She hit me on the arm. I don't like being called stupid, so I kept walking. Later Tammy asked me why Body Build was down. I said, "Maybe I'm too fucking stupid to know, and you need to ask someone

12

D- 00188  EDWARDS V HMMA

CONFIDENTIAL

|  HYUNDAI<br>Hyundai Motor Manufacturing Alabama | Team Relations Memo | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date: 9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

else." She walked towards the office. I think I hurt her feelings. Kim (Abrams) was in the locker room with her while she was crying. I haven't talked to Tammy since then.

Rob – What kind of conversation do you and Tammy typically have?

Mike – We talk about the drag strip. Tammy told me she told her husband she wanted to come out and watch me race. We talk about pageants – just normal stuff.

Stacye – Have you told Tammy she hasn't been with the right one, and if she'd been with you, she wouldn't go back to her husband?

Mike – No.

Stacye – Did you ask Tammy if she had been with anyone else?

Mike – I told her one thing I like about being married to my high school sweetheart is she hasn't been out there and been with anybody else. Tammy said she had not been either.

Stacye – What about cursing? Do you use "F" and "MF?"

Mike – Yes, but no more than anyone else.

Stacye – Was there a time when you shook or rubbed your genitals and Tammy asked you to stop?

Mike – Never.

Stacye – Do you remember Tammy dodging you and you saying "don't "F"ing dodge me again and don't worry about "F"ing speaking to me?"

Mike – No. She was walking down the other side, and I asked her if she was dodging me. I told her, "If you don't want me to talk to you anymore, I won't." I did not use the "F" word. I do blow up sometimes but not at people.

Stacye – Have you had conversations with Tammy regarding her telling Billy you were a pervert?

Mike – Amber was going to do CCR, and Tammy was going to BC1. I told Tammy and Billy I wasn't going to lose one of my workers. I offered to take Tammy off my timesheet and give her to Billy. Tammy said she wanted to stay on my team.

Stacye – Has Tammy told you she called you a pervert?

Mike – No.

Stacye – Have you talked about making love to your wife and having freaky sex with other women?

Mike – Tammy walked into that conversation. We were talking about a song – "a lady in the street, but a freak in the bed." We were bull shitting. All the guys were agreeing. I wasn't the one who said what she heard.

Stacye – Have you conversed with Tammy regarding oral sex, having a man's finger up her butt during sex, and licking her ass raw?

Mike – No.

Stacye – Have you put your hands behind your back and butted up against Tammy?

Mike – No. I don't touch her at all because of the problems she has with her back and neck.

Stacye – Did you have a conversation with Tammy regarding her new pants and run your hand along the outside of her pant leg?

13

D- 00189  EDWARDS V HMMA

CONFIDENTIAL

| ![Hyundai logo] HYUNDAI<br>Hyundai Motor Manufacturing Alabama | Team Relations Memo | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date:  9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

Mike – I did say, "Somebody's got on new pants." I did not touch them. Tammy asked me, "What's wrong, are they too tight?" I said, "They may not be for you, but I wouldn't let my wife wear them to work."

Stacye – Have you ever thrusted your body in a chair while saying, "F me you MFer, F me, Ralph, like Mike does?"

Mike – No.

Stacye – Have you told Tammy it turns you on when she pushes you away?

Mike – She's never had to push me away.

Stacye – Have you looked at Tammy's crotch and when Tammy asked you to stop, you said, "There's not anything you can do to make me stop." Tammy said, "I can slap the shit out of you." You said, "That just turns me on."

Mike – No.

Stacye – When Tammy asked you what she should "put down" (on the timesheet), did you say, "those pants"?

Mike – No.

Stacye – Did you say, "I'm not a boob man, I'm an ass man – you can leave your shirt on, I want the bottom half"?

Mike – No.

Stacye – Have you asked Tammy if she fingers herself?

Mike – No.

Stacye – Have you and Pam conspired to make someone else on the floor jealous by making her think you like Tammy?

Mike – No. Tammy asked me if something was going on between me and Jennifer Foster.

Stacye – Have you called Tammy "F"ing Mother Teresa?

Mike – No.

Stacye – Do you remember an incident involving Tammy and Amber? Amber asked you if you were looking at her, and you said you were looking at something else. Amber said, "That's a married woman – you shouldn't be looking at her." You said, "I can look at her any "F"ing way I want to, right Tammy?" You tried to hug Tammy, and when she shrugged away, you said, "When you resist me, it turns me on."

Mike – I remember Amber asking me what I was looking at, and I said, "Not you." I did not try to hug Tammy.

Stacye – Other than to Tammy, have you made any sexual remarks regarding women – even to the guys?

Mike – No.

Stacye – Would you be surprised to know a group of people say that you do?

Mike – I want to get them up here.

Stacye – Have you approached people involved in this investigation and told them what to say?

Mike – No. I haven't done anything wrong.

Rob – What would be the reason for these allegations?

14

D- 00190  EDWARDS V HMMA

CONFIDENTIAL

| ![HYUNDAI] Hyundai Motor Manufacturing Alabama | Team Relations Memo | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date: 9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

Mike – Tammy came to me and said she would need to stop hanging around me because one of Ralph's friends works here. She said Ralph's friend might tell Ralph, and Ralph would be pissed. Tammy may be talking about me to Ralph. I think Ralph gave Tammy an ultimatum.

Stacye – Have you made the above comments to anyone?

Mike – Yes, to my wife, but no one here at HMMA.

Stacye – Have you mentioned these allegations to Billy?

Mike – Yes, on Monday. If this is as bad as she says, why does she call me? Why do I have her cell numbers in my phone? Why did she buy me breakfast? Why did she pat me on the back for making 600 (units)? At family day, my family was in the cafeteria, and we saw her family. Tammy said she would save us a seat.

*Mike made the following complaints at the end of his statement:
- Tammy told Kim (Abrams) and Michelle (Nelson), and Kim told Tammy if Tammy didn't go to TR, she (Kim) would (go to TR).
- Kim has told everybody on the other shift that I'm messin' with black girls from Body to Engine. Kim says Michelle hates me because I'm a fucking whore.

<u>Third Interview with Billy Kitchens</u>
**Attendees:** Billy Kitchens (WM), Marty Blame (BM), Stacye Jones (WF)

On August 3, 2006, at 7:57am, Marty Blame and I interviewed Billy Kitchens:

Stacye – Have you heard any further conversation regarding this investigation?

Billy – No.

Stacye – Have you discussed this situation with Tammy or Mike?

Billy – No.

Stacye – Have you had any problems with Management asking you questions?

Billy – No.

Stacye – Considering the two previous statements you've made, do you feel everything you have presented is an accurate reflection of events?

Billy – Yes.

Stacye – Think back to the alleged incident of Mike thrusting in a chair. What was the setting?

Billy – I remember being at Mike's desk. Mike was sitting, and Tammy and I were standing.

Stacye – Do you remember why the three of you were together?

Billy – No. That's right in my area. I'm there all the time.

Stacye – Do you remember anything past that?

Billy – only that we were at Mike's desk,

Stacye – What triggered your mind when Tammy mentioned the situation to you?

Billy – I remembered us standing there talking. I do not recall the conversation.

D- 00191  EDWARDS V HMMA

CONFIDENTIAL

| ![HYUNDAI logo] **HYUNDAI**<br>Hyundai Motor Manufacturing Alabama | **Team Relations Memo** | HR-AL-HR-TR-<br>F-00002 |
|---|---|---|
| Revision Date:  9-<br>Sept-04 | Owner: Team Relations | Revision Level:<br>00 |

Stacye – So you don't remember any of the conversation?

Billy – No. It was probably to that effect. I probably shrugged my shoulders and walked off.

Stacye – To what effect? What do you mean when you say "that effect"? Was Mike saying something sexual to Tammy?

Billy – Probably

Stacye – Did Tammy say anything sexual in that conversation?

Billy – I don't remember, I don't think so.

Stacye – Have you heard Mike say he's an ass man, not a boob man?

Billy – Not out here on the floor

Stacye – Can you be more specific about words and conversation on the floor? Would you say we have a general problem with cursing and talking about inappropriate things on the floor?

Billy – Yes. It's not just on the floor. I'm looking at someone who does it (Billy looking at Welding Management through the door).

Stacye – Can you think of anything else that may help us?

Billy – This whole thing has been handled unprofessionally. You've tried, judged, and convicted him already – at least the floor has. I've seen Tammy and Mike down there hi-fiving and carrying on. Now everything has changed. What if she went along with it to begin with? She's always there around him. I don't know what happened. She told me she wanted to see Mike race. Maybe her husband found something out. I asked Tammy why she didn't come to me, Steve (Culpepper), or Tom (Bondy), and we would have talked to Mike. Tammy said she didn't want to lose her marriage.

<u>Second Interview with Tammy Edwards</u>
**Attendees:** Tammy Edwards, Marty Blame, Stacye Jones

On August 3, 2006, at 8:57am, Marty Blame and I interviewed Tammy Edwards:

Stacye – Are you hearing anything on the floor?

Tammy – Without us talking about it, Billy has helped me a lot. He told me I was doing the right thing. No one in Mike's area will speak to me. They've always spoken to me in the past. I saw Pam conversing with other TMs and felt it was about this situation.

Stacye – How is Ralph?

Tammy – He had calmed down, but we had a disagreement yesterday. Ralph wanted to know why Mike was still on the site.

Stacye – Describe your relationship with Mike prior to the sexual situation.

Tammy – I told him I wanted us to be friends. I brought Mike and Jennifer breakfast. Mike would pay for hers and offer to pay for mine – I wouldn't let him. I would go to the cafeteria and pick up breakfast for Mike, Jennifer, Pam, and Richard. It got old – I even started going to Hardee's to pick up my own breakfast. Pam would initiate breakfast a lot. Pam would call and say Mike wanted to know if I was going to get breakfast. Even

16

D- 00192  EDWARDS V HMMA

CONFIDENTIAL

| ![Hyundai] HYUNDAI Hyundai Motor Manufacturing Alabama | Team Relations Memo | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date: 9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

during the sexual situation, I would laugh and joke with Mike because you don't embarrass Mike. Last week, Mike called me and asked if I would get Jennifer's bacon and cheese sandwich. I said that I would need to get Ronald (Mitchell) something. Mike said, "You ain't getting that black "MF"er nothing."

Stacye – Did anyone hear that besides you?

Tammy – No, we were standing alone next to the stairwell.

Marty – When did the foul language and the sexual conversations begin?

Tammy – From the beginning – the first thing Mike did was rub himself and tell me I knew I wanted it.

Marty – When did the sexual comments start to bother you?

Tammy – I was always bothered.

Stacye – Did you ask Mike if he was "F"ing stupid when you thought he was looking at you?

Tammy – I have never used the "F" word in front of Mike.

Stacye – Have you mentioned to your husband about wanting to see Mike race?

Tammy – Yes because my little boy loves racing. I would tell Mike, "I'm trying to be your friend, but it's hard." Mike eventually quit rubbing himself. He would hang on the fence and hump against the fence. Melvin Jones may have seen this.

Stacye – Do you call each other on your cell phones?

Tammy – Mike put my name in his phone to cover up for Jennifer calling him. I've called Mike but only for work-related issues and for no more than one minute at a time.

Stacye – Were you ever flattered by the attention?

Tammy – No, I always laughed at him.

Stacye – Do you feel Mike may have felt you were flirting?

Tammy – No, not at all. I was always laughing at him. Mike would ask what it would take for me to cheat.

Stacye – Let's discuss the situation with Roger.

Tammy – About Monday of last week, Mike and I were walking together, and Mike was bumping me. I saw Roger and told Mike that Roger was a good Christian man (in a gospel group). I feel Mike used the "F" word intentionally because I told him Roger was a Christian. I was afraid Roger would be offended.

Stacye – Is there anything else you would like to add?

Tammy – I've always been offended by Mike's comments, not just recently. When Mike told me last Saturday there was nothing I could do, that was my breaking point.

Interview with Pam Stoddard (as requested by Pam)
Attendees: Pam Stoddard, Stacye Jones

On August 7, 2006, at 9:42am, I met with Pam Stoddard per her request:

Pam – Many people have approached me since the beginning of this investigation. Do you remember the day we got 600? Well, I have heard that one of Tammy's friends on

17

D- 00193  EDWARDS V HMMA

CONFIDENTIAL

| ![Hyundai Logo] HYUNDAI<br>Hyundai Motor Manufacturing Alabama | Team Relations Memo | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date:  9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

2nd shift saw her giving Mike a hug (due to the excitement), and that friend told Tammy's husband. On Friday, (August 4), I was in the upstairs bathroom, and Tammy was in there on the phone with someone. Tammy said she filed charges so she wouldn't lose her marriage.

Stacye – Thank you for sharing this information. Can you think of anything else that may be helpful?

Pam – No.

18

D- 00194  EDWARDS V HMMA

CONFIDENTIAL

| (logo) HYUNDAI<br>Hyundai Motor Manufacturing Alabama | (i)  Team Relations Memo | (ii) HR-AL-<br>HR-TR-<br>F-00002 |
|---|---|---|
| Revision Date:  9-<br>Sept-04 | Owner: Team Relations | Revision Level:<br>00 |

**TO:**       Rob Clevenger

**FROM:**    Stacye Jones

**DATE:**     August 7, 2006

**SUBJECT:**  EEO Investigation – Complainant Tammy Edwards

**Summary:**

On July 31, 2006, at approximately 4:45pm, Welding Team Member (TM) Tammy
Edwards came to Stacye Jones' cubicle (I/R) and proceeded to make a sexual
harassment complaint against Welding Team Leader (TL) Mike Swindle. According to
Tammy, Mike started making inappropriate comments and gestures to her approximately
four months ago. Some of those comments and gestures are as follows:

1. I (Mike) want to eat you (Tammy) raw.
2. I (Mike) will fuck you (Tammy) like you've never been fucked.
3. Do you finger yourself?
4. Tammy said Mike shakes "his thing" at her and looks at her crotch.
5. Tammy commented that one time Mike made a comment about fucking her while
   he (Mike) was thrusting himself in a chair.
6. Tammy tried to "dodge" Mike one day in the plant, and Mike found her and told
   her she had better never "fucking dodge him again."

Tammy mentioned that on two occasions, there have been witnesses to Mike's actions
These witnesses were Welding TM Pam Stoddard and Welding TL Billy Kitchens.

Tammy confirmed that she (Tammy) has asked Mike to stop talking to her and treating
her this way multiple times, but Mike continues to harass her. Tammy stated that she
(Tammy) is afraid of how she (Tammy) will be treated as a result of this allegation
especially since Mike has repeatedly told Tammy that he (Mike) is "drinking buddies"
with Welding Manager Tom Bondy.



PLAINTIFF'S
EXHIBIT
4

1

D- 00172  EDWARDS V HMMA

CONFIDENTIAL

| ![Hyundai logo] HYUNDAI<br>Hyundai Motor Manufacturing Alabama | **(i) Team Relations Memo** | **(ii) HR-AL-HR-TR-F-00002** |
|---|---|---|
| Revision Date:  9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

**Conclusion:**

The following statements represent allegations made by Tammy Edwards regarding Mike Swindle along with any corroborating evidence that was discovered during the investigation:

1. Mike asked me if I had "been" with anybody else. Mike said I just had not been with the right one. If I had been with him, I wouldn't want to go back to my husband.
   a. Mike claims he told Tammy the one thing he likes about being married to his high school sweetheart is she hasn't been out there and been with anybody else. According to Mike, Tammy said she had not been either.
   b. This allegation is partially confirmed.
2. Mike curses. Everything is "F" or "MF."
   a. Mike confirms he curses and uses the "F" word but no more than anyone else in the plant.
   b. This allegation is confirmed.
3. The first thing I remember is him shaking himself at me. He would grab his genitals or rub them up and down. Mike would ask me if that turned me on. I would say no and tell him I wished he would stop.
   a. Mike and Toby both deny Mike shaking or rubbing his genitals in front of other TMs.
   b. This allegation cannot be confirmed.
4. Mike said, "Don't you ever fucking dodge me again. Matter of fact, you don't have to worry about me fucking speaking to you again." You don't embarrass Mike, or you'll get blessed out.
   a. Mike confirms asking Tammy if she was dodging him but denies using the "F" word. Mike says he did tell Tammy he wouldn't speak to her anymore if that's what she wanted.
   b. This allegation is partially confirmed.
5. Mike told me, "Don't fucking go to Billy anymore or anybody about our business." I asked Mike what he was talking about and told Mike I told Billy he (Mike) was a pervert. Mike said Billy could go tell Harry (White), and he (Mike) could get in trouble.
   a. Mike neither denies nor confirms this allegation. Instead, his answer is related to supposedly moving Tammy from his line to Billy's line.
   b. This allegation cannot be confirmed.

2

D- 00173  EDWARDS V HMMA

|  **HYUNDAI**<br>Hyundai Motor Manufacturing Alabama | (i)  **Team Relations Memo** | (ii)  HR-AL-<br>HR-TR-<br>F-00002 |
|---|---|---|
| Revision Date:  9-<br>Sept-04 | Owner: Team Relations | Revision Level:<br>00 |

6.  Mike was talking about having sex with women and pulling their hair. He said he
    made love to his wife, but he does the freaky stuff on the side.
    a.  Mike says Tammy walked into that conversation. A group of guys
        were bull shitting and talking about the song – "a lady in the street,
        but a freak in the bed." Mike says he was not the one that made the
        comment Tammy heard.
    b.  This allegation is partially confirmed.
7.  Pam told me if I would act like it didn't bother me Mike would stop.
    a.  Pam denies this statement.
    b.  This allegation cannot be confirmed.
8.  Mike said he bet Ralph (my spouse) and I don't even have oral sex. Mike asked if
    I ever had a man's finger up my butt while having sex. Pam said I didn't know
    what I was missing. Mike said he'd lick my ass raw.
    a.  Mike and Pam both deny this incident. Pam says they don't
        discuss sex at work.
    b.  This allegation cannot be confirmed.
9.  Mike watches my crotch all the time. One time, when Mike was looking at my
    crotch, I told him to stop. Mike said there wasn't anything I could do to make him
    stop. I told him I could slap the shit out of him. Mike said that just turned him
    on.
    a.  Mike denies looking at Tammy's crotch.
    b.  Mike denies telling Tammy that her threatening to slap him turned
        him on.
    c.  Amber offers a similar scenario in her statement about Mike trying
        to hug Tammy. According to Amber, when Tammy shrugged
        away from Mike, Mike said, "When you resist me, it turns me on."
    d.  Amber witnessed a similar situation which makes parts of this
        allegation believable and partially confirmed.
10  Sometimes Mike puts his hands behind his back and butts up against me.
    a.  Mike denies putting his hands behind his back and butting up
        against Tammy.
    b.  This allegation cannot be confirmed.
11. Mike ran the outside of his hand along the outside of my pant leg.
    a.  Mike denies running his hand along the outside of Tammy's pant
        leg. He says Tammy asked him if her pants were too tight. Mike
        admits to saying, "They may not be for you, but I wouldn't let my
        wife wear them to work."
    b.  This allegation cannot be confirmed.
12. I asked Billy if he had a rough day, and Billy told me he didn't "get any last
    night." Mike said, "You know what's wrong (with Tammy)? She's never been

3

CONFIDENTIAL

| (Hyundai logo) **HYUNDAI**<br>Hyundai Motor Manufacturing Alabama | (i)  Team Relations Memo | (ii)  HR-AL-<br>HR-TR-<br>F-00002 |
|---|---|---|
| Revision Date:  9-<br>Sept-04 | Owner: Team Relations | Revision Level:<br>00 |

fucked.  Mike began to thrust his body in his chair while saying, "Fuck me you
mother fucker – fuck me, Ralph, like Mike does."

    a.  Mike denies this incident.

    b.  Billy remembers being in a conversation with Mike and Tammy.
Billy thinks Mike was probably saying something sexual, and Billy
shrugged his shoulders and walked off.  Billy does not remember
Mike thrusting in a chair.

    c.  This allegation is partially confirmed.

13. Every time I push Mike away, he thinks it turns me on and tells me it turns him
on.  He says his chest feels better than Ralph's chest.

    a.  Mike denies making these statements.

    b.  Amber offers a similar scenario in her statement about Mike trying
to hug Tammy.  According to Amber, when Tammy shrugged
away from Mike, Mike said, "When you resist me, it turns me on."

    c.  Amber witnessed a similar situation which makes parts of this
allegation believable and partially confirmed.

14. When I asked Mike what to "put down" for my time, Mike said, "Those pants."

    a.  Mike denies making this statement.

    b.  This allegation cannot be confirmed.

15. Billy heard Mike say he was not a boob man, but he (Mike) was an ass man.
Mike told me I could leave my shirt on – he just wanted the bottom half.

    a.  Mike denies making this statement, and Billy denies hearing it.

    b.  This allegation cannot be confirmed.

16. Pam encouraged Mike and even told him that "I would be ready by the time I went
to night shift."

    a.  Mike denies hearing Pam make this statement.

    b.  This allegation cannot be confirmed.

17. Pam has held my arms back and told Mike to kiss me.

    a.  Mike and Pam deny this incident.

    b.  This allegation cannot be confirmed.

18. Mike asked me if I fingered myself.

    a.  Mike denies asking Tammy this question.

    b.  This allegation cannot be confirmed.

19. Mike called me fucking Mother Teresa.

    a.  Mike denies calling Tammy this.

    b.  This allegation cannot be confirmed.

4

D- 00175  EDWARDS V HMMA

CONFIDENTIAL

| ![HYUNDAI] HYUNDAI<br>Hyundai Motor Manufacturing Alabama | (i) Team Relations Memo | (ii) HR-AL-<br>HR-TR-<br>F-00002 |
|---|---|---|
| Revision Date: 9-<br>Sept-04 | Owner: Team Relations | Revision Level:<br>00 |

**Recommendation:**

Tammy Edwards' account of Mike Swindle's alleged harassment has not wavered; we have been unable to corroborate many of her allegations. We have one confirmed allegation and six incidences of paitial confirmation. These combined lead to the belief that Mike Swindle has displayed some behavior unbecoming to a Team Member or IL.

In regards to Mike's profanity, I quote Team Advisor Volume 31-06:

"... The use of profanity and/or slurs of any kind is unacceptable and will be addressed accordingly through corrective action."

In regards to Mike's harassing behavior, I make reference to our Harassment Policy and our Serious Misconduct Policy:

"Any Team Member found to have harassed a fellow Team Member or subordinate will be subject to severe disciplinary action or possible discharge. HMMA will also take any additional action necessary to correct the situation."

Our Serious Misconduct Policy lists harassment as a form of serious misconduct punishable by corrective action up to and including termination.

The recommendation is that Mike Swindle be given a Serious Misconduct Letter and be removed from his IL status.

5

D- 00176  EDWARDS V HMMA

CONFIDENTIAL

| ⊕ **HYUNDAI**<br>Hyundai Motor Manufacturing Alabama | **Team Relations Memo** | **HR-AL-HR-TR-F-00002** |
|---|---|---|
| Revision Date: 9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

**TO:**      Rob Clevenger

**FROM:**    Stacye Jones

**DATE:**    August 1, 2006

**SUBJECT:** EEO Summary – Complainant Tammy Edwards

**PLAINTIFF'S EXHIBIT 5**

On July 31, 2006, at approximately 4:45pm, Welding Team Member (TM) Tammy Edwards (WF) came to my cubicle and proceeded to make a sexual harassment complaint against Welding Team Leader (TL) Mike Swindle (WM). According to Tammy, Mike started making inappropriate comments and gestures to her approximately four months ago. Some of those comments and gestures are as follows:

1. I (Mike) want to eat you (Tammy) raw.
2. I (Mike) will fuck you (Tammy) like you've never been fucked.
3. Do you finger yourself?
4. Tammy said Mike shakes "his thing" at her and looks at her crotch.
5. Tammy commented that one time Mike made a comment about fucking her while he (Mike) was thrusting himself in a chair.
6. Tammy tried to "dodge" Mike one day in the plant, and Mike found her and told her she had better never "fucking dodge him again."

Tammy mentioned that on two occasions, there have been witnesses to Mike's actions. These witnesses were Welding TM Pam Stoddard (BF) and Welding TL Billy Kitchens (WM).

Tammy confirmed that she (Tammy) has asked Mike to stop talking to her and treating her this way multiple times, but Mike continues to harass her. Tammy stated that she (Tammy) is afraid of how she (Tammy) will be treated as a result of this allegation especially since Mike has repeatedly told Tammy that he (Mike) is "drinking buddies" with Welding Manager Tom Bondy.

| ![Hyundai logo] HYUNDAI<br>Hyundai Motor Manufacturing Alabama | Team Relations Memo | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date:  9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

**TO:**    Rob Clevenger

**FROM:**    Stacye Jones

**DATE:**    August 3, 2006

**SUBJECT:**    EEO Investigation – Complainant Tammy Edwards

**Summary:**

On July 31, 2006, at approximately 4:45pm, Welding Team Member (TM) Tammy Edwards (WF) came to my cubicle and proceeded to make a sexual harassment complaint against Welding Team Leader (TL) Mike Swindle (WM).  According to Tammy, Mike started making inappropriate comments and gestures to her approximately four months ago.  Some of those comments and gestures are as follows:

1. I (Mike) want to eat you (Tammy) raw.
2. I (Mike) will fuck you (Tammy) like you've never been fucked.
3. Do you finger yourself?
4. Tammy said Mike shakes "his thing" at her and looks at her crotch.
5. Tammy commented that one time Mike made a comment about fucking her while he (Mike) was thrusting himself in a chair.
6. Tammy tried to "dodge" Mike one day in the plant, and Mike found her and told her she had better never "fucking dodge him again."

Tammy mentioned that on two occasions, there have been witnesses to Mike's actions.  These witnesses were Welding TM Pam Stoddard (BF) and Welding TL Billy Kitchens (WM).

Tammy confirmed that she (Tammy) has asked Mike to stop talking to her and treating her this way multiple times, but Mike continues to harass her.  Tammy stated that she (Tammy) is afraid of how she (Tammy) will be treated as a result of this allegation especially since Mike has repeatedly told Tammy that he (Mike) is "drinking buddies" with Welding Manager Tom Bondy.

CONFIDENTIAL

| ![HYUNDAI] Hyundai Motor Manufacturing Alabama | Team Relations Memo | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date:  9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

**Interviews:**

Interview with Billy Kitchens
**Attendees:** Billy Kitchens (WM), Marty Blame (BM), Stacye Jones (WF)

On August 1, 2006, at 12:35pm, Team Relations Specialist (TR) Marty Blame and I interviewed Welding Team Leader (TL) Billy Kitchens:

Stacye – Do you know of any situation involving harassment here in the shop?
Billy – It's hard.  I've just heard things.  I don't really want…  Rhonda (Wallace) came to me again today, and I sent her to Steve (Culpepper).  It's a shamed we put them in that (referring to a complaint that two suppliers have made regarding harassment involving an HMMA TM).
Stacye – We are aware of that situation, but we are bound to a specific protocol. Other than the supplier, do you know of a situation?
Billy – Situation with Mike Swindle harassing Tammy Edwards
Stacye – Have you heard details?
Billy – Tammy came to me months ago.  It was Mike being Mike.  I told Mike to watch his mouth and how he talks to the ladies.  I told Mike he was a supervisor now. Tammy didn't ask me to go to Mike.  I told Mike if he was talking ugly, he needed to stop.  Mike shrugged it off, but I believe he listened to me.
Stacye – What had Tammy told you?
Billy – Mike's language was bad, and she didn't like it.
Stacye – Did Tammy tell you anything specific?
Billy – No.
Stacye – Did Mike tell you anything he said?
Billy – (Nodded "no.")
Stacye – Have you witnessed Mike say anything to Tammy?
Billy – No.
Stacye – Have you witnessed Tammy say anything to Mike?
Billy – No.  I thought they were good friends.  I had no idea it was like this.
Stacye – Have you witnessed Mike make gestures to Tammy?
Billy – No.
Stacye – Have you witnessed Tammy make gestures to Mike?
Billy – No.
Stacye – Have you been in a conversation with the three of you where Mike used the "F" word?
Billy – That's a possibility.
Stacye – Have you witnessed a situation where Mike was seated in a chair and thrusting himself forward in the presence of Tammy?
Billy – I don't remember.

| ![Hyundai Logo] HYUNDAI<br>Hyundai Motor Manufacturing Alabama | Team Relations Memo | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date:  9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

Stacye – Have you heard any specifics regarding these incidents I have mentioned?

Billy – Basically what you've said?

Stacye – Who told you these things?

Billy – I don't want to say names.

Stacye – How many people have said anything?

Billy – One or two.

Stacye – Have you witnessed any situations that you perceive to be harassment?

Billy – None other than the supplier coming to me

Stacye – Have you seen TMs touching other TMs, revealing body parts to each other, or using sexually explicit language?

Billy – No.

Stacye – Can you think of anything that can help us in our investigation?

Billy – Mike comes across brash.  The way Mike talks is wrong.  I've been around him when he's like that.  I haven't seen a situation with the two of them (Tammy and Mike).

Stacye – Have you seen Mike do that with somebody else in the plant?

Billy – Uh, you're dealing with someone who is like a brother to me.  Yea, I've seen him do that stuff around other people.

Stacye – Does he do it at work?

Billy – Yea.  I understand the severity of this situation.  I don't envy y'all.  I've seen both sides.  Mike laughs and cuts up but sometimes takes it to another level.

Stacye – Can you give me examples?

Billy – Talking bad, ugly – using the "F" word.  If Mike has never said that word around TR, he knows not to say it around anyone else.

Stacye – Have you heard Mike sexually proposition anyone?

Billy – No.

Stacye – Has Mike talked about female body parts with a lady present?

Billy – I don't think so.

Stacye – Has Mike told dirty jokes in the presence of the opposite gender?

Billy – I don't think so.  I'm an old man – my memory doesn't go far.

Stacye – Has the "F" word been thrown around in conjunction with sex?

Billy – No.

Stacye – Has anyone told you besides Tammy that Mikes language bothered them?

Billy – Yea.

Stacye – Who?

Billy – Stephanie Samuels.

Stacye – Have you and Mike spoken today regarding this situation?

Billy – Mike got rumor of it and came straight to me.

Stacye – Why did he come to you?

Billy – I'm a father figure.  He would come to me or Tom (Bondy) – Tom as a friend.

Stacye – Has Mike said anything specific?

CONFIDENTIAL

|  **HYUNDAI**<br>Hyundai Motor Manufacturing Alabama | **Team Relations Memo** | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date:  9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

Billy – He thought Tammy had made a complaint against him for sexual harassment. Something happened on the line, and I had to leave.
Stacye – Have you spoken to Mike since?
Billy – No, I've been dodging him for the simple reason I didn't want to be in this room.
Stacye – Is there anything else you would like to say?
Billy – Mike is seeing a lady on the floor.
Stacye – Who is it?
Billy – Jennifer (Foster).
Stacye – Has this caused any problems?
Billy – No.
Stacye – Do TMs perceive that she gets favorable treatment?
Billy – She works for Keith (Ulrich).  I haven't heard that.

*TR wanted to interview Welding TM Pam Stoddard next, but Pam had taken a day of vacation on August 1, 2006.

<u>Interview with Tammy Edwards</u>
**Attendees:**  Tammy Edwards (WF), Marty Blame (BM), Stacye Jones (WF)

On August 1, 2006, at 1:42pm, Marty Blame and I interviewed Welding TM Tammy Edwards:

*I had gotten word that Tammy had met with Management regarding her allegations. When I mentioned this to Tammy, she said Management had called her to meet with them.  Tammy also stated she thought I knew about the meeting (even though I was not invited).  I reiterated the importance of confidentiality even when it comes to Management.

Stacye – When did this start?
Tammy – It started right after I got on Mike's line – around March 2006 maybe.
Mike asked if I was married, and I told him I was happily married to my high school sweetheart.  Mike told me he married his high school sweetheart, too.  It progressed to Mike asking me if I had "been" with anybody else.  I said no.  Mike said as far as he knew, his wife had not been with another man either.  Mike said I just had not been with the right one.  If I had been with him, I wouldn't want to go back to my husband.
Stacye – From the beginning, tell us what you remember.
Tammy – Mike curses.  Everything is "F" or "MF."  I wasn't crazy about it.  The first thing I remember is him shaking himself at me.  He would grab his genitals or rub them up and down.  Mike would ask me if that turned me on.  I would say no and tell him I wished he would stop.  Pam Stoddard would say, "Oh damn girl, it ain't hurtin'

| ⬡ **HYUNDAI**<br>Hyundai Motor Manufacturing Alabama | **Team Relations Memo** | HR-AL-HR-TR-<br>F-00002 |
|---|---|---|
| Revision Date: 9-<br>Sept-04 | Owner: Team Relations | Revision Level:<br>00 |

you." I asked Mike, "What is it with you and Pam?" Mike told me that Pam doesn't like Jennifer (Foster) and wants to make Jennifer jealous. I told Mike I wished he would leave me out of that.

Stacye – How often was Mike shaking himself?

Tammy – Whenever I came around him – in front of Toby (Chance), but Toby won't tell you that.

- I always went up Body Build line, but one day, I went down off-line (in an effort to dodge Mike). Later, Mike said, "Don't you ever fucking dodge me again. Matter of fact, you don't have to worry about me fucking speaking to you again." You don't embarrass Mike, or you'll get blessed out.
- One day Billy asked me if I was miserable, and I told him yes. Billy asked me if I wanted to go back to the line, and I said no. Billy asked me if I wanted to go to Mike's line, and I said no and told Billy Mike was a pervert. Later, Mike told me, "Don't fucking go to Billy anymore or anybody about our business." I asked Mike what he was talking about and told Mike I told Billy he (Mike) was a pervert. Mike said Billy could go tell Harry (White), and he (Mike) could get in trouble. Mike said he was hurt when I dodged him. I asked Mike how he thought I felt when he "shook that" at me. Mike told me not to talk to anyone about our discussions anymore. I asked Mike if we were "OK," and Mike said we were "OK."
- Mike was talking about having sex with women and pulling their hair. He said he made love to his wife, but he does the freaky stuff on the side.
- Pam told me if I would act like it didn't bother me Mike would stop.
- One weekend about three weeks ago, Mike said he bet Ralph (my spouse) and I don't even have oral sex. Mike also said he doesn't use condoms. I told Mike he was going to have a disease one day and be in a nursing home. Mike asked if I ever had a man's finger up my butt while having sex. Pam said I didn't know what I was missing. Mike said he doesn't have oral sex as much as he used to, but since I had only been with one man, he'd lick my ass raw.
- Mike watches my crotch all the time. One time, when Mike was looking at my crotch, I told him to stop. Mike said there wasn't anything I could do to make him stop. I told him I could slap the shit out of him. Mike said that just turned him on. He blocks the aisle sometimes. I tell him he'd better stop. Sometimes Mike puts his hands behind his back and butts up against me.
- Last week, Mike was bumping me on the side, and I told him to stop. I saw Roger Cleckler (a family friend) walking towards us and thought Roger might think something was going on between Mike and me. I told Mike about Roger, and Mike said, "I don't give a fuck who he knows."
- Last week, Mike said, "Somebody's got some new pants." He ran the outside of his hand along the outside of my pant leg. I told Mike to shut up.

CONFIDENTIAL

| ![Hyundai logo] **HYUNDAI**<br>Hyundai Motor Manufacturing Alabama | **Team Relations Memo** | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date: 9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

- I asked Billy if he had a rough day, and Billy told me he didn't "get any last night." Mike said, "You know what's wrong (with Tammy)? She's never been fucked. Mike began to thrust his body in his chair while saying, "Fuck me you mother fucker – fuck me, Ralph, like Mike does."
- Every time I push Mike away, he thinks it turns me on and tells me it turns him on. He says his chest feels better than Ralph's chest.
- When I asked Mike what to put down for my time, Mike said, "Those pants." I pretended not to hear. Mike asked if I heard him and repeated himself.
- Billy heard Mike say he was not a boob man, but he (Mike) was an ass man. Mike told me I could leave my shirt on – he just wanted the bottom half.
- Pam encouraged Mike and even told him that "I would be ready by the time I went to night shift."
- Pam has held my arms back and told Mike to kiss me.
- Last week, Mike asked me if I fingered myself. I said I had not. Mike told me he didn't believe me, that every woman has done that. He said, "You and my wife say that, and you're both liars."
- Mike called me fucking Mother Teresa.
- Mike saw my screen saver with a picture of my daughter and her boyfriend. Mike said, "You know he's tearin' that up."
- Billy has apologized to me about prior conversations. I told Billy there was no sense in what happened at Mike's desk (thrusting incident). Billy said, "I know."

*Early on the morning of August, 2, 2006, Welding Manager Tom Bondy asked me if I could meet with him privately for a moment. I agreed, and he and I stepped into a conference room. Tom said he got to thinking about what Tammy said to him during his meeting with her on August 1. Tom admitted initially believing everything Tammy told him and taking her side (because he has a wife and two daughters). However, one thing stood out in his mind. According to Tom, Tammy told him that a guy on 2nd shift had seen her and Mike "horsin' around" and had told Tammy's husband. The husband had given Tammy an ultimatum – to quit his job or file charges. Tom asked me, "What's your take?" I told Tom I had been silent the whole conversation because I was not at liberty to discuss the situation with him. We concluded our meeting, and Tom said he would meet with Rob Clevenger later that morning.

*Also, early on the morning of August 2, 2006, Tammy came to me upset about TMs discussing this situation on the floor. Tammy said she had a conversation with Billy after his interview on August 1. Tammy asked Billy if he (Billy) remembered the incident when Mike was thrusting in his chair. According to Tammy, Billy did recollect that incident and apologized for not remembering it during his interview.

D- 00673  EDWARDS V HMMA

| ![Hyundai] **HYUNDAI**<br>Hyundai Motor Manufacturing Alabama | **Team Relations Memo** | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date: 9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

<u>Interview with Pam Stoddard</u>
**Attendees:** Pam Stoddard (BF), Lucas Cooner (WM), Stacye Jones (WF)

On August 2, 2006, at 8:06am, TR Specialist Lucas Cooner and I interviewed Welding TM Pam Stoddard:

Stacye – Are you aware of anything here in the shop that may be perceived as sexual harassment?
Pam – No, not to my knowledge.
Stacye – Are you aware of anything between Tammy Edwards and Mike Swindle?
Pam – No. I know she was moved to our team, and he's her Team Leader.
Stacye – Have you ever heard Mike say anything of a sexual nature to Tammy?
Pam – No.
Stacye – Have you ever heard Tammy say anything of a sexual nature to Mike?
Pam – Not in conversations I've been around.
Stacye – Have you ever heard Mike use the "F" word around Tammy?
Pam – No.
Stacye – Have you ever said "it ain't hurtin' you" to Tammy in response to something you heard Mike say to her?
Pam – No.
Stacye – Have you told Tammy to ignore Mike, and he would quit (bothering her)?
Pam – No.
Stacye – Have you held Tammy's arms back and told Mike to kiss her?
Pam – No.
Stacye – Did you hear Mike having a conversation where he mentioned having a finger in the butt during sex, and did you say "you don't know what you're missing?"
Pam – No. We don't talk about sex at work.
Stacye – Have you ever seen Mike bumping up against Tammy and told him to stop?
Pam – No.
Stacye – Has Mike ever said anything sexual to you?
Pam – No.
Stacye – Have you ever said anything sexual to Mike?
Pam – No. I wouldn't do that to Kristi (Mike's wife).
Lucas – Have you heard about Mike having a relationship with a TM?
Pam – I have heard about it.
Lucas – Has Mike discussed this with you?
Pam – No.
Lucas – Why would someone keep putting your name in the pot?
Pam – Everybody knows we're (Mike and Pam) close. We work together – they see us together a lot. About the person Mike is having an affair with, that person and I have straightened out our problems. The jealousy is not my concern.

|  **HYUNDAI**<br>Hyundai Motor Manufacturing Alabama | **Team Relations Memo** | **HR-AL-HR-TR-F-00002** |
|---|---|---|
| Revision Date:  9-Sept-04 | Owner: Team Relations | Revision Level:<br>00 |

Stacye – Did you make the statement that Tammy would be ready for Mike when she went to night shift?
Pam – No.
Stacye – Have you ever heard Mike use the "F" word?
Pam – No.
Stacye – Has Tammy ever said anything to you about Mike saying anything to her?
Pam – No.  I feel as if something like this was happening, she would distance herself from us.  She comes downstairs looking for us.
Stacye – Has Mike ever said he couldn't get in trouble because he is friends with Tom (Bondy)?
Pam – No.
Stacye – Has anyone said anything to you regarding this situation?
Pam – No.
Stacye – Have you known of anyone to have a problem with Mike?
Pam – No.

Second Interview with Billy Kitchens
**Attendees:**  Billy Kitchens (WM), Lucas Cooner (WM), Stacye Jones (WF)

On August 2, 2006, at 8:55am, Lucas Cooner and I interviewed Billy Kitchens:

Stacye – Did you have a conversation with Tammy yesterday after we talked about this situation?
Billy – Yea.
Stacye – Did you recollect some information?
Billy – I remembered us being together, but I didn't remember the act (thrusting incident).  I did apologize for anything I may have said in conversation.
Lucas – Does Tammy need to talk to the TLs?
Billy – Sometimes about downtime
Stacye – Just for clarification, what do you remember about you, Mike, and Tammy conversing?
Billy – I remember Mike in the chair, but I don't remember the thrusting.  Also, Amber Kelley is running her mouth.  And, Michelle (Nelson), Kim (Abrams), and Tammy have been talking at the break table between BC1 and BC2.

Interview with Amber Kelley
**Attendees:**  Amber Kelley (BF), Lucas Cooner (WM), Stacye Jones (WF)

On August 2, 2006, at 10:09am, Lucas Cooner and I interviewed Welding TM Amber Kelley:

D- 00675  EDWARDS V HMMA

| ![Hyundai logo] HYUNDAI<br>Hyundai Motor Manufacturing Alabama | Team Relations Memo | HR-AL-HR-TR-<br>F-00002 |
|---|---|---|
| Revision Date:  9-<br>Sept-04 | Owner: Team Relations | Revision Level:<br>00 |

Stacye – We have reason to believe that you have information regarding an investigation we are conducting.  We need to make you aware that this information is highly confidential and not to be discussed with anyone (TMs or Management).  Impeding with an investigation by sharing confidential information can lead to corrective action up to and including termination.  That's what we needed.  Do you have anything you would like to say or first-hand knowledge of anything related to our investigation?

Amber –

- Last week, Tammy and I were walking down Body Build line.  Mike was coming towards us.  Mike and I have had conflict.  He has cursed me twice when I approached him about downtime.  Anyway, as Mike approached, I asked him, "Why are you staring at me?"  Mike said, "I'm not.  I'm looking at something else."  I said, "That's a married woman – you shouldn't be looking at her."  Mike said, "I can look at her any fucking way I want to, right Tammy?"  Tammy said, "No."  Mike tried to hug Tammy (from the side), and Tammy shrugged away.  Mike said, "When you resist me, it turns me on."

- One to two months ago, I walked up on the tail-end of a conversation between Tammy, Mike, and Pam.  Tammy said, "You better quit talking to me like that before I report you."  Pam said, "No one is gonna fuck with Mike."  Tammy and I walked away.  I asked Tammy what they were talking about.  Tammy said Mike was talking about performing oral sex on her since she had only been with one man."

- Yesterday afternoon, Billy told me Mike was coming up with stuff to cover himself – something about a friend of the family seeing Tammy touching Mike.  That friend told Tammy's husband, and now she's having trouble at home.

Interview with Michelle Nelson

**Attendees:**  Michelle Nelson (WF), Lucas Cooner (WM), Stacye Jones (WF)

On August 2, 2006, at 10:32am, Lucas Cooner and I interviewed Welding Administrative Assistant Michelle Nelson:

Stacye – We have reason to believe that you have information regarding an investigation we are conducting.  We need to make you aware that this information is highly confidential and not to be discussed with anyone (TMs or Management).  Impeding with an investigation by sharing confidential information can lead to corrective action up to and including termination.  That's what we needed.  Do you have anything you would like to say or first-hand knowledge of anything related to our investigation?

Michelle – No.

| ⬭ HYUNDAI<br>Hyundai Motor Manufacturing Alabama | Team Relations Memo | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date:  9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

Interview with Kim Abrams
**Attendees:**  Kim Abrams (WF), Lucas Cooner (WM), Stacye Jones (WF)

On August 2, 2006, at 10:47am, Lucas Cooner and I interviewed Welding TM Kim Abrams:

Stacye – We have reason to believe that you have information regarding an investigation we are conducting.  We need to make you aware that this information is highly confidential and not to be discussed with anyone (TMs or Management).  Impeding with an investigation by sharing confidential information can lead to corrective action up to and including termination.  That's what we needed.  Do you have anything you would like to say or first-hand knowledge of anything related to our investigation?
Kim – I have heard Mike say sexual things but not to Tammy.  Mike makes comments about women's body parts – "that looks good."  I feel Mike looks at people in a sexual way.
Stacye – Have you heard Mike use the "F" word?
Kim – Not in a sexual way – Mike has a foul mouth.
Stacye – Have you seen Mike touch anyone?
Kim – No, I don't think so.
Stacye – Have you heard Mike sexually proposition anyone?
Kim – No.
Stacye – Have you heard Mike tell sexually explicit jokes?
Kim – I don't think so.  He doesn't tell jokes – he is a joke.  I asked him one time if he applied for TL (at the beginning of the year).  He said, "No, I'm not gonna mess up what I have on this shift."  I asked, "What you got going on?  You mean Jennifer?"  Mike said, "Yea."
Stacye – Is harassment a problem in Weld Shop?
Kim – You may see it, but the participants do not seem bothered.

Interview with Stephanie Samuels
**Attendees:**  Stephanie Samuels (BF), Lucas Cooner (WM), Stacye Jones (WF)

On August 2, 2006, at 1:05pm, Lucas Cooner and I interviewed Quality Group Leader (GL) Stephanie Samuels:

Stacye – What type of problems have you had with Mike Swindle?
Stephanie – His mouth is foul.
Stacye – Has he said "BS" and the "F" word?
Stephanie – Yea, that's Mike.
Stacye – Has he made any sexual comments to you?
Stephanie – No.

|  **HYUNDAI**<br>Hyundai Motor Manufacturing Alabama | **Team Relations Memo** | HR-AL-HR-TR-<br>F-00002 |
|---|---|---|
| Revision Date:  9-<br>Sept-04 | Owner: Team Relations | Revision Level:<br>00 |

Stacye – Do you know of him making any sexual comments to others?

Stephanie – No.  I was surprised he became a TL.  I guess once you talk to him, it will put him in his place.  He's real disrespectful.  Two weeks ago, I said something to Billy about Mike having an ugly mouth.

Stacye – Has Mike said anything inappropriate over the radio?

Stephanie – No.

Stacye – Has anyone come to you and complained about Mike?

Stephanie – No.

Stacye – Have you witnessed anything other than language that may be perceived to be inappropriate?

Stephanie – No.

Stacye – Has Mike told sexually explicit jokes, talked about body parts, or grabbed himself in front of you?

Stephanie – No.

D- 00678  EDWARDS V HMMA

PLAINTIFF'S EXHIBIT

20

Page 1 of 1

Nicholls, Penny B HMMA/General Affairs and Safety

| | |
|---|---|
| **From:** | Jones, Stacye M HMMA/HR |
| **Sent:** | Monday, August 21, 2006 7:24 AM |
| **To:** | McCormick, Melanie L HMMA/HR; Nicholls, Penny B HMMA/General Affairs and Safety |
| **Subject:** | Tammy Edwards |

Ladies – Good morning!  I hope you both had a relaxing weekend! ☺

Tammy Edwards is out on STD (I don't know if it's been officially approved).  She was sent out to her personal physician last week by the Medical Center.  Have either of you coded her first three days in the system?

Tammy's phone number is 205-755-6693 in case you need to call her.

Thanks for your assistance.

**Stacye M. Jones**
Team Relations Specialist
Hyundai Motor Manufacturing Alabama LLC
700 Hyundai Boulevard
Montgomery, Alabama 36105
Phone: (334)387-8321
Fax: (334)387-8399
E-mail: stacye.jones@hmmausa.com

NOTICE: The information contained in this electronic mail transmission is intended for the use of the named individual or entity to which it is directed and may contain information that is privileged or otherwise confidential. It is not intended for transmission to, or receipt by  anyone other than the named addressee. It should not be copied or forwarded to any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying or forwarding it  and notify the sender of the error by reply E-mail.

8/21/2006

D- 00109  EDWARDS V HMMA



PLAINTIFF'S
EXHIBIT
21

From the Desk Of...

*Stacye Jones*

3-1-06     1:15 am

- people have approached him re: investigation
  day we got 600
- Friday - somewhere I didn't need to be
→ we were hugging due to excitement
  friend
- Tammy was on the phone w/ someone in
  the b'room & said she filed charges so she
  wouldn't lose her marriage

- Friend on 2nd shift saw Tammy hug Mike
  & told her husband

D- 00248  EDWARDS V HMMA

CONFIDENTIAL



CONFIDENTIAL

D- 00560  EDWARDS V HMMA



CONFIDENTIAL



CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

APR  1 2008



D- 01299  EDWARDS V HMMA

HIGHLY CONFIDENTIAL



CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

APR  1 2008

D- 01300  EDWARDS V HMMA

HIGHLY CONFIDENTIAL



CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

APR   1 2008

HIGHLY CONFIDENTIAL

D- 01301  EDWARDS V HMMA



CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

APR  1 2008

D- 01302  EDWARDS V HMMA

HIGHLY CONFIDENTIAL



CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

APR 1 2008

D- 01303  EDWARDS V HMMA

HIGHLY CONFIDENTIAL



CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

APR 1 2008

D- 01304  EDWARDS V HMMA

HIGHLY CONFIDENTIAL



CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

APR _ 1 2008

D- 01305  EDWARDS V HMMA

HIGHLY CONFIDENTIAL



CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

APR _ 1 2008

D- 01306  EDWARDS V HMMA

HIGHLY CONFIDENTIAL



CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

APR  1 2008

D- 01307  EDWARDS V HMMA

HIGHLY CONFIDENTIAL



CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

APR 1 2008

D- 01308  EDWARDS V HMMA

HIGHLY CONFIDENTIAL



CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

APR 1 2008

D- 01309  EDWARDS V HMMA

HIGHLY CONFIDENTIAL

**Fact Finding**

091007-1041AM- I WS ON STD FRM 081606 UNTIL 021107. I APPLIED FOR LTD AND I WAS INFORMED THAT I WAS DENIED ON 061107 AND I CONTACTED THE OFC AND WAS TLD BY STACEY JONES, LTD REP, THAT THEY WERE INFORMED OF THIS ON 060807. I ASKED IF I COULD COME BCK TO WORK AND SHE STATED THAT MEDICAL DEPT WLD NOT ALLOW ME TO WORK. STACEY TLD ME THAT SHE WLD CONTACT ME IN 2 WKS. I DIDNT HEAR ANYTHING UNTIL I RECVD A LETTER ON 071107 STATING THAT I HAD BEEN CONSIDERED AS QUIT. I AM NOT ABLE TO RETURN TO WRK PERFORMING MY REG DUTIES BUT I AM ABLE TO PERFORM CLERICAL WRK WHICH I WAS PERFORMING PRIOR TO GOING ON STD.

091107-713AM-CLMNT FTR TO 254OC

091007-1038AM-THE CLMNT WAS ON SHORT TERM DISABILITY FRM 081606 UNTIL 021107 DUE TO A NON WORK RELATED ACCIDENT. THE CLMNT STD ENDED ON 021107 AT WHICH TIME SHE APPLIED FOR LONG TERM DISABILITY. HER LTD WAS DENIED AND WE WERE INFORMED OF THIS ON 060807. THE CLMNT FAILED TO CONTACT OUR OFFICE REGARING HER ABSENCES WHICH IS REQUIRED BY THE ATTENDANCE POLICY. HAVENT HEARD FRM CLMNT AT ALL. THE CLMNT WS CONSIDERED AS QUIT AS OF 071107 AND A LETTER WS MAILED TO CLMNT INFORMING OF HER THIS.(SEE ATTACHED)

091007-1047AM-ER REBUTT-I DID NOT TELL THE CLMNT THAT I WLD CONTACT HER BCK IN 2 WKS. THAT CONVERSATION NEVER TOOK PLACE. I DID SPK W/ THE CLMNT ON THE PHONE AND THE CLMNT WANTED TO

Person Interviewed: CHRIS SMITH    Title: COOR. COUNSEL    Date: 09/10/2007
Interviewer: K GARFIELD    Date: 09/10/2007

Phone Number: (334)387-8057

[ Print ]  [ Save ]  [ Cancel ]

CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

APR  1 2008

D- 01310  EDWARDS V HMMA

HIGHLY CONFIDENTIAL



Fact Finding

Phone Number [(334) 387-8057]

091007-1041AM-I WS ON STD FRM 081606 UNTIL 021107. I APPLIED FOR LTD AND I WAS INFORMED THAT I WAS DENIED ON 061107 AND I CONTACTED THE OFC AND WAS TLD BY STACEY JONES, LTD REP, THAT THEY WERE INFORMED OF THIS ON 060807. I ASKED IF I COULD COME BCK TO WORK AND SHE STATED THAT MEDICAL DEPT WLD NOT ALLOW ME TO WORK. STACEY TLD ME THAT SHE WLD CONTACT ME IN 2 WKS. I DIDNT HEAR ANYTHING UNTIL I RECV'D A LETTER ON 071107 STATING THAT I HAD BEEN CONSIDERED AS QUIT. I AM NOT ABLE TO RETURN TO WRK PERFORMING MY REG DUTIES BUT I AM ABLE TO PERFORM CLERICAL WRK WHICH I WAS PEFORMING PRIOR TO GOING ON STD.

091107~713AM~CLMNT FTR TO 2540C

TO CONTACT OUR OFFICE REGARDING HER ABSENCES WHICH IS REQUIRED BY THE ATTENDANCE POLICY. HAVEN'T HEARD FRM CLMNT AT ALL. THE CLMNT WS CONSIDERED AS QUIT AS OF 071107 AND A LETTER WS MAILED TO CLMNT INFORMING OF HER THIS (SEE ATTACHED)

091007-1047AM-ER REBUTT-I DID NOT TELL THE CLMNT THAT I WLD CONTACT HER BCK IN 2 WKS. THAT CONVERSATION NEVER TOOK PLACE. I DID SPK W/ THE CLMNT ON THE PHONE AND THE CLMNT WANTED TO KNOW IF SHE WAS GOING TO KEEP HER VP. THE CLMNT IS WELL AWARE THAT SHE WLD HAVE TO GO THRU OUR ONSITE MEDICAL FACLTY TO RETURN TO WORK. THE MEDICAL DEPT ARE THE ONES THAT MAKE THE DECISION ON WHETHER THE CLMNT CAN COME BCK TO WORK. (SEE SUMMARY)

Person Interviewed    [CHRIS SMITH]
Interviewer    [K GARFIELD]

Title [CODR COUNSEL]    Date [09/10/2007]

Date [09/10/2007]

Print    Save    Cancel

CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

APR   1 2008

D- 01311  EDWARDS V HMMA

HIGHLY CONFIDENTIAL



CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

APR   1 2008

D- 01312  EDWARDS V HMMA

HIGHLY CONFIDENTIAL



CERTIFIED AND TRUE COPY OF ALA.
DEPT OF INDUSTRIAL RELATIONS
RECORDS.

APR   1 2008

D- 01313  EDWARDS V HMMA

HIGHLY CONFIDENTIAL

| From: | Edwards Tammy R HMMA/Welding |
|---|---|
| Sent: | Wednesday, August 09, 2006 6:08 PM |
| To: | Worley, Christopher R HMMA/Welding; /o=Autos/ou=First Administrative Group/cn=Recipients/cn=treybutler; Abrams, Kimberly V HMMA/Welding; An Joon Goo HMMA/Welding; Applegate, John HMMA/Plant Engineering; Binasio, Peter J HMMA/Welding; Blackburn, David C HMMA/QC; Bondy, Thomas H HMMA/Welding; Brookshire, James A HMMA/Stamping; Brown, Tommy L HMMA/Welding; Certain, Thomas A HMMA/PC; Chance, Toby A HMMA/Welding; Coats, Bryan H HMMA/QC; Cox, Kevin HMMA/QC; Craig Stapely; Culpepper, Stephen R HMMA/Welding; Gahafer Vincent P HMMA/Welding; George, Eric S HMMA/PC; Gilkey-Shuford, Yvette A HMMA/QC; Gillahan, Donald L HMMA/Plant Engineering; Glass, Dennis J HMMA/QC; Glen, Art; Golden, Gusta A HMMA/Welding; Griggs, Corey R HMMA/MES; Gulden, Evan P HMMA/PC; Guy, Stephen F HMMA/QC; Hatch, John W HMMA/Production Control; HMC; Horton, Elizabeth W HMMA/PC; James Brookshire; Jung, Ku Yong HMMA/QC; Kalson, John HMMA/Production Sub_Div; Katzenbach, Robert T HMMA/Welding; Kim  Inhwa HMMA/Welding; Kitchens, Billy F HMMA/Welding; Kongchan, Kahn T HMMA/QC; Kosgi, Ravi S HMMA/Welding; Lancaster, J Jackson HMMA/MES; Lee, Chang Woo HMMA/MES; Magruder, Dawn HMMA/Welding; McRae, Sheri H HMMA/Welding; Mouton, Patrick J HMMA/QC; Nelson, Michelle HMMA/Welding; Olding, Zachary E HMMA/Welding; Park, Joowook HMMA/Welding; Park, Myung Hyun HMMA/Welding; Phomsavanh, Mylavanh Y HMMA/Welding; Pinkney, Troy B HMMA/Plant Engineering; Robertson, Tommie J HMMA/Welding; Rohlman, Maurice J HMMA/Stamping; S. H. Jeon; Seung, Jo Jeon ; Smith, Scott A HMMA/PC; Stapley, Craig E HMMA/Assembly; Stoddard, Pamela M HMMA/Welding; Swindle Michael W HMMA/Welding; Thomas, Kelly M HMMA/Welding; Thornton, Jason; Trull, Richard E HMMA/PC; Ulrich Keith A HMMA/Welding; Wegner, Bradley D HMMA/QC; White, Harry J HMMA/Welding; Williams, Keith K HMMA/QC; Williams, Richard A HMMA/MES |
| Subject: | D_T_Analysis 2 .xls |
| Attachments: | D_T_Analysis 2 .xls |



D_T_Analysis 2 .xls
(29 KB)



PLAINTIFF'S
EXHIBIT

25

1

CONFIDENTIAL                                          D- 00932  EDWARDS V HMMA

| | Begin | Duration | Summary | Detail | Responsibility | Description | Comment | Action plan |
|---|---|---|---|---|---|---|---|---|
| 1 | 8/9/06 6:04 | 0:01:14 | A: BBBR | A: Equipment | B: Maintenance | D: Robot Issue | 314 L1 pulled a cap. | Maint replaced cap. |
| 3 | 8/9/06 6:21 | 0:02:26 | B: Floor | A: Equipment | B: Maintenance | J: Other | No floors/St#112 CM carrier #1 Festo Block (air pressure regulator) is bad. Clamp #6 would not open or close. | Maint changed out the Festo Block. |
| 5 | 8/9/06 6:27 | 0:02:09 | B: Floor | K: Other | I: Other | J: Other | No floors/Slow cycle time. | BB waiting on floors. |
| 7 | 8/9/06 7:06 | 0:01:33 | B: Floor | K: Other | I: Other | J: Other | No Floors/Slow cycle time. | BB waiting on floors. |
| 9 | 8/9/06 7:20 | 0:11:03 | A: BBBR | A: Equipment | B: Maintenance | J: Other | St#309 RH gate did not advance to load position. System showing a robot interference in PLC as the cause for premature stops. | Maint manually manuevered the gate. |
| 11 | 8/9/06 7:44 | 0:02:18 | A: BBBR | A: Equipment | B: Maintenance | J: Other | St#302 Need robot IN OK. (Drop Lift #301 faulted.) | Maint reset fault so robot could pick floor. |
| 13 | 8/9/06 7:59 | 1:05:56 | D: Side LH | K: Other | D: Supplier | J: Other | St#707 had a pallet of NF outer reinforcements with damages to the B-post. | Maint pulled remaining parts from pallet and from upstairs before reaching BB. |
| 15 | 8/9/06 9:21 | 0:01:42 | D: Side LH | K: Other | I: Other | J: Other | No LH sides/Slow cycle time. | |

CONFIDENTIAL

D- 00933  EDWARDS V HMMA

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 17 | 8/9/06 9:37 | 0:02:47 | D: Side LH | J: Part off location | B: Maintenance | I: Part off location | No LH sides/St#710 QTR INR complete off location. | |
| 19 | 8/9/06 9:52 | 0:01:28 | A: BBBR | A: Equipment | B: Maintenance | D: Robot Issue | 313 R1 Weld Fault; Weld cap sparked out when robot tried to weld. | Maint reset fault. |
| 21 | 8/9/06 10:27 | 0:01:55 | A: BBBR | A: Equipment | B: Maintenance | D: Robot Issue | 329 R2 Wire became stuck during welding process. | |
| 23 | 8/9/06 10:50 | 0:01:42 | E: Side RH | K: Other | I: Other | J: Other | No RH sides slow cycle time. | |
| 25 | 8/9/06 11:11 | 0:01:17 | E: Side RH | K: Other | I: Other | J: Other | No RH sides/Slow cycle time. | |
| 27 | 8/9/06 12:33 | 0:30:51 | D: Side LH | A: Equipment | B: Maintenance | J: Other | No RH sides/St#711 NF turntable set pins would not advance/Bad Festo block. | Taken offline for repairs. |
| 29 | 8/9/06 13:34 | 0:02:05 | E: Side RH | K: Other | C: Production Control | J: Other | No RH sides/PC loaded LH QTR LWRs into the RH slot in the ASRS. | |

D- 00934  EDWARDS V HMMA

| 31 | 8/9/06 14:49 | 0:02:25 | E: Side RH | K: Other | I: Other | J: Other | No RH sides/Slow Cycle time. | BB waiting on sides. |
|---|---|---|---|---|---|---|---|---|
| 33 | 8/9/06 15:34 | 0:14:00 | D: Side LH | A: Equipment | B: Maintenance | D: Robot Issue | No LH sides/700 L2 Bad pick on CM reinf out of rack #24. | |
| 35 | 8/9/06 15:56 | 0:02:12 | D: Side LH | K: Other | I: Other | J: Other | No LH sides/Slow cycle time. | |
| 37 | 8/9/06 16:09 | 0:01:51 | D: Side LH | | | | No LH sides. | |
| 39 | 8/9/06 16:29 | 0:03:34 | D: Side LH | A: Equipment | B: Maintenance | J: Other | SAME AS ABOVE. | |
| 41 | 8/9/06 16:58 | 0:03:28 | D: Side LH | A: Equipment | B: Maintenance | D: Robot Issue | No LH sides/700 L2 Bad pick on CM reinf rack#17. | |

CONFIDENTIAL

D- 00935  EDWARDS V HMMA


PLAINTIFF'S
EXHIBIT
26

---

### HMMA DAILY PRODUCTION REPORT

---

- CONTENTS -

1. PRODUCTION STATUS
2. EFFICIENCY (BUILD LINE)
3. MAJOR EQUIPMENT ISSUES
4. MAJOR DOWN TIME ISSUES
5. BUILD LINE OPERATION STATUS
6. PICTURES & DESCRIPTIONS
7. BODY COMPLETE 1
8. PICTURES & DESCRIPTIONS

08. 08. 06 (TUESDAY) DAY
HMMA BODY SHOP

CONFIDENTIAL

D- 00920  EDWARDS V HMMA

# HMMA BODY SHOP PRODUCTION REPORT

## 1. PRODUCTION STATUS [8/08 (TUESDAY), 06:35 ~ 8/08 (TUESDAY), 17:15]

| | | 06:00 ~ | 07:30 ~ | 08:30 ~ | 09:30 ~ | 010:30 ~ | 11:30 ~ | 12:15 ~ | 13:15 ~ | 14:15 ~ | 15:15 ~ | 16:15 ~ | OFF SHIFT | DAY TOTAL | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAY SHIFT | TIME | 90 | 60 | 50 | 60 | 60 | 45 | 60 | 60 | 50 | 60 | 60 | | 565 | | |
| | B/IN | 55 | 28 | 56 | 13 | 36 | 44 | 41 | 42 | 44 | 59 | 56 | 15 | 489 | BODY IN | |
| | B/OUT | 48 | 48 | 41 | 36 | 12 | 9 | 55 | 50 | 60 | 41 | 61 | 19 | 480 | | |
| NIGHT SHIFT | TIME | 18:15 ~ | 19:15 ~ | 20:15 ~ | 21:15 ~ | 22:15 ~ | 23:15 ~ | 24:00 ~ | 01:00 ~ | 02:00 ~ | 03:00 ~ | 04:00 ~ | OFF SHIFT | NIGHT TOTAL | | |
| | | 55 | 60 | 50 | 60 | 60 | 30 | 30 | 60 | 50 | 50 | 60 | | 565 | | |
| | B/IN | | | | | | | | | | | | | | BODY OUT | |
| | B/OUT | | | | | | | | | | | | | | | |

## 2. BUILD LINE EFFICIENCY

| UPH | | TOTAL WORKED | DOWNTIME (MIN) | | | | | |
|---|---|---|---|---|---|---|---|---|
| TARGET | ACTUAL | (MIN) | EQUIPMENT | PARTS | QUALITY | PRODUCTION | OTHER | TOTAL |
| 75 | 50 | 565 | | | | | | |

## 3. SHIFT BEGIN & END TIMES

| | DAY SHIFT | | NIGHT SHIFT | |
|---|---|---|---|---|
| | BEGIN | END | BEGIN | END |
| BC LINES | 0635 | 17:45 | 1835 | |
| BB/BR | 0600 | 17:25 | 1800 | |

※ EQUIPMENT EFFICIENCY: %

CONFIDENTIAL

## 5. BUILD LINE PRODUCTION REPORT (8/08 DAY)

Start VIN #

BUILD BASED ON: BODY BUILD LINE

P- PRODUCTION
E - EQUIPMENT
O - OTHER

| TIME | WORK TIME | TARGET | ACT Total | D/T (MIN) | PROBLEMS | CAUSE | TYPE | BBS | WBS |
|------|-----------|--------|-----------|-----------|----------|-------|------|-----|-----|
| 5:45~7:15 | 90 | 112 | 61 | 29 | LH Sides – 29 Minutes | LH Sides down due to Station 704 CM tables 2 and 3 locator pin is not retracting. | E | 15 | 0 |
| 7:15~8:15 | 60 | 75 | 27 | 37 | St. 315 – 7 Minutes<br>Roof Sub – 30 Minutes | Damaged NF Roof at Station 315 had to be replaced.<br>Roof Sub down due to Station 355 CM Jig had a TC Fault. Maintenance had to replace memory boards and file tip. | E<br>E | 7 | 11 |
| 8:15~9:15 | 60 | 75 | 60 | 10 | Roof Sub – 10 Minutes | Roof Sub recovering from previous problems. | E | 4 | 17 |
| 9:15~10:15 | 50 | 56 | 4 | 55 | Roof Sub – 16 Minutes<br>St. 331 – 39 Minutes | Roof Sub recovering from previous problems.<br>Operator stepped on safety mat at Station 331, causing bolt in hook to break. Maintenance replaced bolt. | E<br>O | 3 | 12 |
| 10:15~11:15 | 60 | 75 | 41 | 27 | St. 331 – 21 Minutes<br>St. 309 – 3 Minutes<br>BBS Fault – 3 Minutes | Operator stepped on safety mat at Station 331, causing bolt in hook to break. Maintenance replaced bolt.<br>Station 309 R6 had a Weld Fault.<br>BBS Part Detect Sensor did not read Empty Skids. | E<br>E | 0 | 4 |
| 11:15~12:00 | 35 | 43 | 48 | 3 | BBS – 3 Minutes | BB down due to Part Detect Sensor did not read Empty Skid. | E | 1 | 13 |
| 12:00~01:00 | 60 | 75 | 32 | 36 | LH Sides – 25 Minutes<br>LH Sides - 5 Minutes<br>St. 314 R1 – 3 Minutes<br>St. 311 L1 – 3 Minutes | LH Sides down due to 707 Shuttle would not retract.<br>LH Sides – Slow Cycle Time.<br>BB down due to 314 R1 pulled a cap. Keeper replaced cap.<br>BB down due to 311 L3 pulled a cap. Keeper replaced cap. | E<br>E<br>E<br>E | 15 | 15 |
| 01:00~02:00 | 60 | 75 | 47 | 22 | St. 326  R1 – 2 Minutes | BB down due to 326 R1 pulled a cap. Excessive weld slag on B-Post. | E | 9 | 37 |
| 02:00~03:00 | 50 | 62 | 42 | 16 | St. 322 – 14 Minutes<br>St. 329 – 2 Minutes | BB down due to damaged Cowl Reinforcement parts at 322 R1. Maintenance had to reteach robot.<br>BB down due to 329 L1 – Wire burned back into feeder. | E<br>E | 0 | 23 |

CONFIDENTIAL

## 5. BUILD LINE PRODUCTION REPORT (8/08 DAY)

Start VIN #

BUILD BASED ON: BODY BUILD LINE

P- PRODUCTION
E - EQUIPMENT
O - OTHER

| TIME | WORK TIME | TARGET | ACT Total | D/T (MIN) | PROBLEMS | CAUSE | TYPE | BBS | WBS |
|---|---|---|---|---|---|---|---|---|---|
| 03:00~04:00 | 60 | 75 | 63 | 10 | CRPB – 8 Minutes<br>St. 334 – 2 Minutes | CRPB down due to bad drop on front sub causing sequence problems.<br>Drop Lifter at St. 334 under traveled to 3rd floor. | E<br>E | 0 | 23 |
| 04:00~05:00 | 60 | 75 | 54 | 13 | CM Carrier - 9 Minutes<br>St. 315 – 2 Minutes<br>Drop Lifter – 2 Minutes | CM Carrier off location on 3rd Floor.  Maintenance manually adjusted.<br>St. 316 waiting on pounce mode.<br>Drop Lifter at 302 under traveled. | E<br>E<br>E | 19 | 14 |
| 05:00~05:25 | 15 | 18 | 14 | | BB stopped @ 17:25. | Maintenance shut down the EMS. | | 6 | 8 |
| Total = | 660 | 822 | 493 | 258 | | | | | |

CONFIDENTIAL

D- 00923  EDWARDS V HMMA

## 2. MAJOR DOWNTIME ISSUES          ▸ BODY SHOP D/T STATUS [8/08 06:30 ~ 7/27 17:15]

| TYPE | DESCRIPTION | D/T | OCCUR | CAUSE AND COUNTER MEASURE | LEAD |
|---|---|---|---|---|---|
| E Q U I P M E N T | LH Sides down | 29 min. | 4 | Cause:  LH Sides down due to Station 704 CM tables 2 and 3 locate pin is not retracting.<br>Counter measure: Maintenance adjusted pins. | |
| | Roof Sub down | 29 min. | 1 | Cause: Roof Sub down due to CM Jig had a TC Fault.<br>Counter measure: Maintenance replaced memory boards and filed tip. | |
| | BB down due to Station 331. | 76 min. | 1 | Cause:  Operator stepped on safety mat, causing bolt in hook to break.<br>Counter measure: Maintenance had to replace bolt. | |
| | LH Sides shuttle | 33 min. | 3 | Cause: LH Sides shuttle would not retract.<br>Counter measure:  Maintenance had to manually retract. | |
| PART SHORTAGE | A. | | | | |
| | B. | | | | |
| QUALITY | | | | | |
| BACKED UP TO PAINT | A. | | | CAUSE: | |
| | B. | | | CAUSE: | |
| ETC. | A. | | | CAUSE:<br>COUNTER: | |
| | B. | | | CAUSE:<br>COUNTER: | |

CONFIDENTIAL                                            D- 00924  EDWARDS V HMMA

### 9. BC1 PRODUCTION REPORT (8/08 DAY)
BUILD BASED ON: BODY COMPLETE 1



P- PRODUCTION
E - EQUIPMENT
O - OTHER

| TIME | WORK TIME | TARGET | ACT/Total | D/T (MIN) | PROBLEMS | CAUSE | TYPE |
|---|---|---|---|---|---|---|---|
| 06:35~07:30 | 55 | 69 | 69 | 0 | No Downtime! | | |
| 07:30~08:30 | 60 | 75 | 41 | 28 | No Units from BB – 28 Minutes | No LH sides; St. 704 CM  tables 2 and 3 locating pins are not retracting. | E |
| 08:30~09:30 | 50 | 62 | 43 | 19 | No Units from BB – 19 Minutes | No Units from BB due to Roof Sub is down.  Station 355 CM Jig had a TC Fault.  Maintenance had to replace memory boards and file dp. | E |
| 09:30~10:30 | 60 | 75 | 20 | 44 | No Units from BB – 4 Minutes No Units from BB – 40 Minutes | No Units from BB due to Roof Sub Slow Cycle Time. No Units from BB due to Operator stepped on mat at Station 331.  Line would not shuttle due to broken bolt in hook.  Maintenance  had to replace bolt. | E O |
| 10:30~11:30 | 60 | 75 | 31 | 35 | No Units from BB – 35 Minutes | No Units from BB due to Operator stepped on mat at Station 331.  Line would not shuttle due to broken bolt in hook.  Maintenance had to replace bolt. | O |
| 11:30~12:30 | 30 | 38 | 16 | 18 | No Units from BB – 18 Minutes | No Units from BB due to Operator stepped on mat at Station 331.  Line would not shuttle due to broken bolt in hook.  Maintenance had to replace bolt. | O |
| 12:30~13:15 | 45 | 56 | 54 | 0 | No Downtime | | |
| 13:15~14:15 | 50 | 62 | 50 | 9 | Minutes Units coming slow – 4 Minutes | Units coming slow from BB due to Station 322.  CM Unit had damaged cowl reinforcement On the RH index.  Damaged part was replaced. 326 R1 pulled a cap.  Keeper replaced cap. | E E |
| 14:15~15:15 | 60 | 75 | 54 | 17 | No Units from BB – 9 Minutes Units coming slow – 8 Minutes | No Units from BB due to Maintenance had to reteach robot at 322 R1. BB waiting on CRPB – Bad drop. | E E |
| 15:15~16:15 | 50 | 62 | 42 | 16 | No Units – 10 Minutes Units coming slow – 6 Minutes | BB down due to 334 Drop Lifter under traveled to 3rd Floor.  Maintenance manually jogged and locked, switched Drop Lifter to auto mode and restarted. Units coming slow due to previous problems. | E E |
| 16:15~17:15 | 60 | 75 | 68 | 6 | Units coming slow – 6 Minutes | Units coming slow due to previous problems. | E |
| | | | 11 | 0 | | | |
| TOTAL = | 610 | 761 | 499 | 192 | | | |

D- 00925  EDWARDS V HMMA

# Team Member Benefit Payment Report

Team Member Name:      ammy Edwards

Team Member #:         103137

Type of Leave:         STD

Check includes these benefit costs:

Health Insurance          $14.54
Voluntary Life Insurance  $10.34
Spouse Life Insurance     $ 2.58
Child Life Insurance      $ 0.23  Total  $27.69
Other                     _____
Other                     _____
   Total amount of check  $27.69          Check #  _5102_____

Date check received
in Benefits Department    _____        Initials _____

Date Received in Payroll  _____        Initials _____

Date Received in Finance  _____        Initials _____

PLAINTIFF'S
EXHIBIT
40

CONFIDENTIAL

D- 00562  EDWARDS V HMMA

PLAINTIFF'S
EXHIBIT
46

| From: | McRae, Sheri H HMMA/Welding |
|---|---|
| Sent: | Saturday, July 29, 2006 5:58 AM |
| To: | Worley, Christopher R HMMA/Welding; Abrams, Kimberly V HMMA/Welding; An Joon Goo HMMA/Welding; Applegate, John HMMA/Plant Engineering; Art Glen ; Blackburn, David C HMMA/QC; Bondy, Thomas H HMMA/Welding; Brookshire, James A HMMA/Stamping; Brown, Tommy L HMMA/Welding; Certain, Thomas A HMMA/PC; Chance, Toby A HMMA/Welding; Coats, Bryan H HMMA/QC; Cox, Kevin HMMA/QC; Culpepper, Stephen R HMMA/Welding; 9700853; Edwards Tammy R HMMA/Welding; Elhamshary, Alaaeldeen A HMMA/QC; Gahafer Vincent P HMMA/Welding; George, Eric S HMMA/PC; Gilkey-Shuford, Yvette A HMMA/QC; Gillahan, Donald L HMMA/Plant Engineering; Glass, Dennis J HMMA/QC; Golden, Gusta AHMMA/Welding; Griggs, Corey R HMMA/MES; Gulden, Evan P HMMA/PC; Guy, Stephen F HMMA/QC; Hatch, John W HMMA/Production Control; Hiatt, Michael A HMMA/QC; HMC member; Jung, Ku Yong HMMA/PC; Kalson, John HMMA/Production Sub_Div; Katzenbach, Robert T HMMA/Welding; Kim Inhwa HMMA/Welding; Kitchens, Billy F HMMA/Welding; Kongchan, Kahn T HMMA/QC; Lancaster, J Jackson HMMA/MES; Lee, Chang Woo HMMA/MES; Lett, Johnny W HMMA/PC; Long, Daniel R HMMA/PC; Magruder Dawn E HMMA/Welding; Mouton, Patrick J HMMA/QC; Nelson, Michelle HMMA/Welding; Offutt Charles S HMMA/QC; Olding, Zachary E HMMA/Welding; Park, Joowook HMMA/Welding; Park, Myung Hyun HMMA/Welding; Phomsavanh, Mylavanh Y HMMA/Welding; Pinkney, Troy B HMMA/Plant Engineering; Robertson, Tommie J HMMA/Welding; 9660956; Samuels, Stephanie E HMMA/QC; Seo Muhyoung HMMA/Plant Engineering; Smith April M HMMA/Welding; Smith, Scott A HMMA/PC; So Hyoung-nam HMMA/Part Development; Stapley, Craig E HMMA/Assembly; Stoddard, Pamela M HMMA/Welding; Swindle Michael W HMMA/Welding; Thomas, Kelly M HMMA/Welding; Thornton Jason W HMMA/Welding; Trull, Richard E HMMA/PC; Ulrich Keith A HMMA/Welding; Wegner, Bradley D HMMA/QC; White, Harry J HMMA/Welding; Williams, Keith K HMMA/QC; Williams, Richard A HMMA/MES |
| Subject: | B Shift daily production report 7-28-06.xls |
| Attachments: | B Shift downtime report 7-28-06.ppt; 7-28-06.xls |

This is the daily report for B Shift for 7-28-06.

| | Begin | Duration | Summary | Detail | Responsibility | Description | Comment | Action plan | Lost |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7/28/06 18:18 | 0:18:40 | F: Roof Sub | A: Equipment | B: Maintenance | C: Jig Issue | station 344 NF gun #1 low current fault many times. | | 0 |
| 3 | 7/28/06 19:17 | 0:01:08 | B: Floor | A: Equipment | B: Maintenance | C: Jig Issue | Line recovering, Station 112 NF RH apron guide pin bent on linear carrier #1. | | 0 |
| 5 | 7/28/06 20:04 | 0:06:09 | A: BBBR | A: Equipment | B: Maintenance | D: Robot Issue | Robot 308 L1 did not receive start cycle signal from PLC to pick NF back panel from CRPB carrier #806. | Maintenance gave the robot a start signal from the PLC. | 0 |
| 7 | 7/28/06 20:50 | 0:02:43 | A: BBBR | A: Equipment | A: Production | A: Resistance Weld Issue | Robot 323 R3 pulled cap | replaced cap | 0 |
| 9 | 7/28/06 21:24 | 0:05:32 | A: BBBR | A: Equipment | A: Production | D: Robot Issue | 309 L6 did not start cycle & 330 L2 wire burned into tip. | Operator cleaned tip in 330 L2 and then sent robot 309 L6 to home position and restarted. | 0 |
| 11 | 7/28/06 22:14 | 0:02:28 | A: BBBR | A: Equipment | B: Maintenance | J: Other | Drop lifter fault @ 301 | | 0 |
| 13 | 7/28/06 23:46 | 0:01:39 | B: Floor | E: Conveyor | B: Maintenance | H: EMS / Drop Points | EMS carrier #903 overshot destination point #33 and faulted. | Manually moved carrier back into position. | 0 |
| 15 | 7/28/06 23:56 | 0:03:30 | A: BBBR | A: Equipment | A: Production | D: Robot Issue | Collision detect on robot 311 R1. | | 0 |
| 17 | 7/29/06 0:53 | 0:06:31 | A: BBBR | A: Equipment | A: Production | A: Resistance Weld Issue | 309 L4 Limit error, cap pulled | replaced cap | 0 |
| 19 | 7/29/06 1:59 | 0:02:38 | E: Side RH | G: Part Shortage | I: Other | J: Other | ASRS running slow, line ran out of CM quarter inner lowers | | 0 |
| 21 | 7/29/06 2:15 | 0:01:29 | E: Side RH | G: Part Shortage | I: Other | J: Other | ASRS running slow, line ran out of CM quarter inner lowers | | 0 |

CONFIDENTIAL

D- 00786  EDWARDS V HMMA

| 23 | 7/29/06 3:34 | 0:04:21 | C: CRPB | D: ASRS | B: Maintenance | I: Part off location | Part was in the pallet incorrectly. Package tray fell out of pallet breaking robot cat track and ASRS sensors, power cables. | | 0 |
| 25 | 7/29/06 4:42 | 0:05:54 | A: BBBR | A: Equipment | B: Maintenance | D: Robot Issue | Station 302 Robot will not place NF floor on deacha. | | 0 |

44.46

## HMMA DAILY PRODUCTION REPORT

### - CONTENTS –

1. PRODUCTION STATUS
2. EFFICIENCY (BUILD LINE)
3. MAJOR EQUIPMENT ISSUES
4. MAJOR DOWN TIME ISSUES
5. BUILD LINE OPERATION STATUS
6. PICTURES & DESCRIPTIONS
7. BODY COMPLETE 1
8. PICTURES & DESCRIPTIONS

2006. 07. 28 (FRIDAY) NIGHT

### HMMA BODY SHOP

CONFIDENTIAL

# HMMA BODY SHOP PRODUCTION REPORT

## 1. PRODUCTION STATUS [7/28 (FRI), 18:00 ~ 7/29 (SAT), 05:00]

| | TIME | 06:30 ~ | 07:30 ~ | 08:30 ~ | 09:30 ~ | 010:30 ~ | 11:30 ~ | 12:15 ~ | 13:15 ~ | 14:15 ~ | 15:15 ~ | 14:15 ~ | OFF SHIFT | DAY TOTAL | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAY SHIFT | | 90 | 60 | 50 | 60 | 60 | 45 | 60 | 60 | 50 | 60 | 60 | | 565 | | |
| | B/IN | 31 | 5 | 24 | 53 | 56 | 14 | 21 | 54 | 52 | 17 | 36 | 33 | 396 | BODY IN | 944 |
| | B/OUT | 50 | 62 | 36 | 49 | 31 | 15 | 54 | 36 | 58 | 36 | 15 | 5 | 447 | | |
| NIGHT SHIFT | TIME | 18:00 ~ | 19:15 ~ | 20:15 ~ | 21:15 ~ | 22:15 ~ | 23:15 ~ | 24:00 ~ | 01:00 ~ | 02:00 ~ | 03:00 ~ | 04:00 ~ | OFF SHIFT | NIGHT TOTAL | | |
| | | 75 | 60 | 50 | 60 | 60 | 35 | 30 | 60 | 50 | 60 | 60 | | 565 | | |
| | B/IN | 47 | 62 | 55 | 34 | 58 | 41 | 57 | 60 | 14 | 22 | 47 | 51 | 548 | BODY OUT | 990 |
| | B/OUT | 52 | 61 | 38 | 64 | 46 | 18 | 56 | 48 | 50 | 54 | 55 | 1 | 543 | | |

## 2. BUILD LINE EFFICIENCY

| UPH | | TOTAL WORKED | DOWNTIME (MIN) | | | | | |
|---|---|---|---|---|---|---|---|---|
| TARGET | ACTUAL | (MIN) | EQUIPMENT | PARTS | QUALITY | PRODUCTION | OTHER | TOTAL |
| 75 | 58 | 565 | | | | | | |

※ EQUIPMENT EFFICIENCY: 56%

CONFIDENTIAL

## 4. MAJOR DOWNTIME ISSUES

▸ BODY SHOP D/T STATUS [7/28 18:00 ~ 07/29 05:00]

| TYPE | DESCRIPTION | D/T | OCCUR | CAUSE AND COUNTER MEASURE | LEAD |
|---|---|---|---|---|---|
| EQUIPMENT | A. CRPB down in ASRS. | 68 | 1 | Cause: Part was in the pallet incorrectly. Package tray fell out of pallet breaking robot cat track and ASRS sensors, power cables. | |
| | B. LH Side line robot cat track damaged. | 18 | 1 | Cause: Cat track at 700 station damaged. Robot cable track caught on part damaging cable track. Counter measure: | |
| | C. | | | Cause: Counter measure: | |
| | D. | | | Cause: Counter measure: | |
| PART SHORTAGE | A. | | | | |
| | B. | | | | |
| QUALITY | | | | | |
| BACKED UP TO PAINT | A. BC lines backed up to Paint | 4 | 2 | CAUSE: Scissor lift down | Paint |
| | B. | | | CAUSE: | |
| ETC. | A. | | | CAUSE: COUNTER: | |
| | B. | | | CAUSE: COUNTER: | |

CONFIDENTIAL

## 5. BUILD LINE PRODUCTION REPORT (7/28 NIGHT)

Start VIN # NF 207179

BUILD BASED ON: BODY BUILD LINE

| TIME | WORK TIME | TAR GET | ACT/Total | D/T (MIN) | PROBLEMS | CAUSE / COUNTER MEASURE | PIC # | BBS | WBS |
|---|---|---|---|---|---|---|---|---|---|
| 6:00~7:15 | 75 | 94 | 61 | 24 | 6:18-6:36 No Roofs = 18 min<br>7:08-7:14 No Floors = 6 min | station 344 NF gun #1 low current fault many times.<br>Station 112 NF RH apron guide pin bent on linear carrier #1. | | 36 | 6 |
| 7:15~8:15 | 60 | 75 | 53 | 10 | 7:17-7:18 No Floors = 1 min<br>7:20-7:23 No Floors = 3 min<br>8:04-8:10 Robot 308 L1 will not pick NF back panel from carrier = 6 | Line recovering 112 NF RH apron guide pin bent on carrier #1<br>Station 112 CM RH apron clamp #4 not made. (part defective).<br>Robot did not receive start signal from PLC. Manually send signal to robot from the PLC. | | 31 | 9 |
| 8:15~9:15 | 60 | 75 | 55 | 14 | 8:20-8:30 No Roofs = 10 min<br>8:50-8:53 Robot 323 R3 pulled cap = 3 min<br>9:07-9:08 No Roofs = 1 min | EMS System faulted.<br>replaced cap<br>EMS system faulted. | | 17 | 21 |
| 9:15~10:15 | 50 | 56 | 33 | 33 | 9:24-9:30 309 L6 did not start cycle & 330 L2 wire burned into tip = 6<br>9:39-10:05 No roofs = 26 min<br>10:14-10:16 Drop lifter faulted at 301 = 2 min | Operator cleaned tip in 330 L2 and then sent robot 309 L6 to home position and restarted.<br>Roof sub EMS down. Drop point zero down | | 9 | 25 |
| 10:15~11:15 | 60 | 75 | 59 | 5 | 10:36-10:41 Robot fault 325 R1 = 5 min | NF Cowl bent on right side | 3 | 3 | 29 |
| 11:15~12:00 | 35 | 43 | 41 | 8 | 11:46-11:48 No Floors = 2 min<br>11:49-11:52 Pin clamp did not release from NF deacha #1 at 301 = 3<br>11:56-11:59 Collision detect on robot 311 R1 = 3 min | EMS carrier #903 overshoot destination point #33 and faulted. | | 38 | 6 |
| 12:00~01:00 | 60 | 75 | 53 | 10 | 12:50-12:53 No RH Sides = 3 min<br>12:53-1:00 Robot 309 L4 Limit error, cap pulled = 7 min | ASRS running slow, line ran out of CM quarter inner lowers<br>replaced cap | | 49 | 12 |
| 01:00~02:00 | 60 | 75 | 63 | 4 | 1:52-1:56 No RH Sides = 4 min | ASRS running slow, line ran out of CM quarter inner lowers | | 42 | 17 |
| 02:00~03:00 | 50 | 62 | 27 | 37 | 1:59-2:16 Receiving RH sides slowly = 6 min<br>2:29-3:00 No Floors = 31 min (ASRS down on CRPB Side) | ASRS running slow, line ran out of CM quarter inner lowers<br>Part was in the pallet incorrectly. Package tray fell out of pallet breaking robot cat track and ASRS sensors, power cables. | 1 | 42 | 34 |
| 03:00~04:00 | 60 | 75 | 20 | 37 | 3:00-3:33 No Floors (continued) = 33 min (ASRS down on CRPB side)<br>3:34-3:38 No Floors = 4 min | Part was in the pallet incorrectly. Package tray fell out of pallet breaking robot cat track and ASRS sensors, power cables.<br>Line recovering Package tray fell out of pallet | 1<br>1 | 6 | 30 |
| 04:00~05:00 | 60 | 75 | 35 | 24 | 4:24-4:42 No LH Sides = 18 min<br>4:42-4:48 Robot 302 L1 will not place NF floor on deacha = 6 min | cat track at 700 station damaged. Robot cable track caught on part damaging cable track. | 2 | 3 | 20 |
| 05:00~05:30 | 15 | 18 | 49 | | | | | | |
| Total = | 645 | 798 | 549 | 206 | | | | | |

CONFIDENTIAL

## 6. BUILD LINE PRODUCTION REPORT (7/26 NIGHT)          ▸ BODY SHOP D/T [7/28 18:15 ~ 7/29 05:00]

| SUBJECT | CRPB | | | | | SUBJECT | |
|---|---|---|---|---|---|---|---|
| **1** | 2:30 | AMOUNT OF DOWNTIME | 68 min | STATION NUMBER | ASRS | |  |
| DETAILED DESCRIPTION | Package tray was off location in pallet. The part fell from the pallet into the ASRS area damaging ASRS parts and Robot 309-4-R2 cat track. | | | | | DETAILED DESCRIPTION | |

**6. BUILD LINE PRODUCTION REPORT (7/26 NIGHT)**    ▸ BODY SHOP D/T [7/28 18:15 ~ 7/29 05:00]

| SUBJECT | LH Side line | | | | | SUBJECT | | | | | |
|---------|------|---|---|---|---|---------|---|---|---|---|---|
| **2** | 4:24 | AMOUNT OF DOWNTIME | | STATION NUMBER | 700 | | | AMOUNT OF DOWNTIME | | STATION NUMBER | |
| DETAILED DESCRIPTION | cat track at 700 station damaged. Robot cable track caught on part damaging cable track. | | | | | D | | | | | |



6. BUILD LINE PRODUCTION REPORT (7/26 NIGHT)          ▸ BODY SHOP D/T [7/28 18:15 ~ 7/29 05:00]

| SUBJECT | Body Re-Spot | | | | | SUBJECT | RH Side line | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **3** | 10:36 | AMOUNT OF DOWN TIME | 5 min | STATION NUMBER | 325 | | | AMOUNT OF DOWN TIME | | STATION NUMBER | |
| DETAILED DESCRIPTION | NF Cowl bent on RH Side | | | | | DETAILED DESCRIPTION | 713 R3 bent shank, hit tip dresser  (did not stop body build) | | | | |

## 7. BC1 PRODUCTION REPORT (7/28 Night)
### BUILD BASED ON: BODY COMPLETE 1



| TIME | WORK TIME | ARGE | ACT Total | D/T (MIN) | PROBLEMS | CAUSE |
|---|---|---|---|---|---|---|
| 06:20~07:15 | 55 | 69 | 60 | 4 | 6:43-6:45 Station 503: slow cycle time = 2 min<br>7:00-7:02 Station 503: Hinge jig fault = 2 min | Striker plate off location<br>Wrong hinges on RH RR |
| 07:15~08:15 | 60 | 75 | 70 | 4 | 7:43-7:45 Station 509: Safety mat fault = 2 min<br>7:59-8:01 Station 508: No Doors = 2 min | EMS System down |
| 08:15~09:15 | 50 | 62 | 58 | 7 | 8:15-8:18 Station 509: No Trunk lids = 3 min<br>8:22-8:24 Station 511: No Fenders = 2 min<br>8:25-8:27 Station 507: No Doors = 2 min<br>8:30-8:40 Break | EMS System down<br>EMS system down<br>EMS system down |
| 09:15~10:15 | 60 | 75 | 52 | 21 | 9:50-9:52 Receiving units slowly from BBS = 2 min<br>9:56-10:15 BBS Empty = 19 min | BB waiting for Roofs, EMS down<br>BB waiting for Roofs, Drop point zero down |
| 10:15~11:15 | 60 | 75 | 21 | 13 | 10:15-10:26 BBS Empty = 11 min<br>10:30-10:32 Receiving units slowly from BBS = 2 min<br>10:45-11:15 Lunch | BB waiting for Roofs, Drop point zero down<br>BB waiting for Roofs |
| 11:15~12:00 | 30 | 38 | 29 | 10 | 11:15-11:30 Lunch<br>11:30-11:38 Line was stripped before Lunch = 8 min<br>11:55-11:57 Station 509: Slow cycle time = 2 min | Wrong tailgate in pallet |
| 12:00~01:00 | 45 | 56 | 64 | 8 | 12:05-12:09 Station 508: Slow cycle time (3 times) = 4 min<br>12:10-12:12 Station 511: Unit did not seat properly = 2 min<br>12:22-12:24 Backed up to BC2 = 2 min | Bad hems CM FRT LH doors<br>NF unit loaded on skid #100 incorrectly<br>Split in CM cowl |
| 01:00~02:00 | 60 | 75 | 61 | 10 | 1:05-1:07 Station 503: Hinge jig fault = 2 min<br>1:25-1:28 Station 505: Conveyor fault = 3 min<br>1:30-1:33 Station 511: Received wrong body data = 3 min<br>1:55-1:57 Backed up to BC2 = 2 min | RH FRT hinges loaded incorrectly on jig<br><br>Received CM and needed NF<br>Dent RR LH NF Wall |
| 02:00~03:00 | 50 | 56 | 60 | 4 | 2:00-2:10 Break<br>2:45-2:47 Backed up to Paint = 2 min<br>2:50-2:52 Backed up to Paint = 2 min | Problems with lift at end of ED sand<br>Problems with lift at end of ED sand |
| 03:00~04:00 | 60 | 75 | 27 | 28 | 3:05-3:08 Receiving units slowly from BBS = 3 min<br>3:15-3:25 Break<br>3:30-3:55 BBS Empty = 25 min | BB down waiting for floors, CRPB ASRS down.<br><br>BB down waiting for floors, CRPB ASRS down. |
| 04:00~05:00 | 50 | 56 | 33 | 29 | 4:10-4:12 Receiving units slowly from BBS = 2 min<br>4:25-4:27 Receiving units slowly from BBS = 2 min<br>4:35-5:00 BBS Empty = 25 min | Recovering BB down waiting for floors, CRPB ASRS down.<br><br>BB Down waiting for LH Sides. |
| 05:00~06:00 | After Shift | | | | | |
| TOTAL = | 565 | 706 | 535 | 138 | | |

CONFIDENTIAL

D- 00795  EDWARDS V HMMA


PLAINTIFF'S EXHIBIT

# HMMA DAILY PRODUCTION REPORT

## – CONTENTS –

1. PRODUCTION STATUS
2. EFFICIENCY (BUILD LINE)
3. MAJOR EQUIPMENT ISSUES
4. MAJOR DOWN TIME ISSUES
5. BUILD LINE OPERATION STATUS
6. PICTURES & DESCRIPTIONS
7. BODY COMPLETE 1
8. PICTURES & DESCRIPTIONS

05. 31. 06 (WEDNESDAY) DAY

HMMA BODY SHOP

# HMMA BODY SHOP PRODUCTION REPORT

## 1. PRODUCTION STATUS [5/31 (WEDNESDAY), 06:30 ~ 5/31 (WEDNESDAY), 17:15]

### DAY SHIFT

| | 06:00 ~ | 07:30 ~ | 08:30 ~ | 09:30 ~ | 010:30 ~ | 11:30 ~ | 12:15 ~ | 13:15 ~ | 14:15 ~ | 15:15 ~ | 16:15 ~ | OFF SHIFT | DAY TOTAL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIME | 90 | 60 | 50 | 60 | 60 | 45 | 60 | 60 | 50 | 60 | 60 | | 660 | |
| B/IN | 51 | 40 | 24 | 14 | 33 | 21 | 39 | 19 | 40 | 47 | 12 | 8 | 348 | BODY IN |
| B/OUT | 37 | 46 | 42 | 31 | 4 | 20 | 33 | 41 | 38 | 33 | 32 | 0 | 357 | |

### NIGHT SHIFT

| | 18:15 ~ | 19:15 ~ | 20:15 ~ | 21:15 ~ | 22:15 ~ | 23:15 ~ | 24:00 ~ | 01:00 ~ | 02:00 ~ | 03:00 ~ | 04:00 ~ | OFF SHIFT | NIGHT TOTAL | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TIME | 55 | 60 | 50 | 60 | 60 | 30 | 30 | 60 | 50 | 50 | 60 | | 565 | |
| B/IN | | | | | | | | | | | | | | BODY OUT |
| B/OUT | | | | | | | | | | | | | | |

## BUILD LINE EFFICIENCY

| UPH | | TOTAL WORKED (MIN) | DOWNTIME (MIN) | | | | | |
|---|---|---|---|---|---|---|---|---|
| TARGET | ACTUAL | | EQUIPMENT | PARTS | QUALITY | PRODUCTION | OTHER | TOTAL |
| 75 | 35 | 660 | | | | | | |

※ EQUIPMENT EFFICIENCY: %

## 2. MOR DOWNTIME ISSUES

BODY SHOP D/T STATUS [5/31 06:30 ~ 5/12 17:30]

| TYPE | DESCRIPTION | D/T | OCCUR | CAUSE AND COUNTER MEASURE | LEAD |
|---|---|---|---|---|---|
| EQUIPMENT | A. St. 124B – Brackets from Leoni Cable | 58 Min. | | Cause:  Brackets broke that hold Leoni Cable<br><br>Counter measure: Maintenance had to replace brackets. | |
| EQUIPMENT | B. 700 L1 – Dropping SOP's | 18 Min. | 2 | Cause: 700 L1 dropped SOP<br><br>Counter measure: Fanuc Rep. touched up Robot. | |
| EQUIPMENT | C. St. 315 – Suction cup fell off | 30 Min. | 2 | Cause: Suction cup fell of hanger at St. 315<br><br>Counter measure: Maintenance had to repair. | |
| EQUIPMENT | D. Floor Line had trouble with Carrier #2 | 15 Min | 4 | Cause:  Carrier #2, Clamp #7 would not advance fully.<br><br>Counter measure: Maintenance adjusted clamp. | |
| PART SHORTAGE | A. | | | | |
| PART SHORTAGE | B. | | | | |
| QUALITY | | | | | |
| BACKED UP TO PAINT | A. | | | CAUSE: | |
| BACKED UP TO PAINT | B. | | | CAUSE: | |
| ETC. | A. | | | CAUSE:<br>COUNTER: | |
| ETC. | B. | | | CAUSE:<br>COUNTER: | |

Edwards v. Hyundai, et al.

0356

# 6. Pictures and Descriptions

▶ BODY SHOP D/T [5/31 06:30 ~ 5/12 ㅗ ㅗ5]



| SUBJECT | 700 L1 – dropped SOP | | |
| --- | --- | --- | --- |
| TIME OF SHIFT | | AMOUNT OF DOWNTIME | STATION NUMBER |
| DETAILED DESCRIPTION | Damaged SOP from 700 L1 drop. | | |

| SUBJECT | | | |
| --- | --- | --- | --- |
| TIME OF SHIFT | | AMOUNT OF DOWNTIME | STATION NUMBER |
| DETAILED DESCRIPTION | | | |

Edwards v. Hyundai, et al.
0357

▲ BODY SHOP D/T [5/31 06:30 ~ 5/12 ⌐. .5]

# 6. Pictures and Descriptions

| SUBJECT | STATION NUMBER | AMOUNT OF DOWNTIME | TIME OF SHIFT | DETAILED DESCRIPTION |
|---|---|---|---|---|
| CM Rear Roof Rail | | | | CM Rear roof rail not welded, found in rack with good parts. |



Edwards v. Hyundai, et al.
0358

# 6. Pictures and Descriptic

▶ BODY SHOP D/T [5/31 06:30 ~ 5/12 1, .5]



| SUBJECT | STATION NUMBER | AMOUNT OF DOWNTIME | TIME OF SHIFT | SUBJECT |
|---|---|---|---|---|
| | | | DETAILED DESCRIPTION | |



| SUBJECT | 112 R3 Leoni | | | |
|---|---|---|---|---|
| TIME OF SHIFT | AMOUNT OF DOWNTIME | STATION NUMBER | | |
| DETAILED DESCRIPTION | 112 R3 Leoni mounting brackets sheared off. | | | |

## 6. Pictures and Description

▶ BODY SHOP D/T [5/31 06:30 ~ 5/12 1, .5]

ASRS – PALLETS OFF LOCATION

| SUBJECT | AMOUNT OF DOWNTIME | STATION NUMBER |
| --- | --- | --- |
| TIME OF SHIFT | | |
| DETAILED DESCRIPTION | | |

Two pallets of Quarter Lowers off location in ASRS. This happened back to back.

| SUBJECT | TIME OF SHIFT | DETAILED DESCRIPTION |
| --- | --- | --- |

| | AMOUNT OF DOWNTIME | STATION NUMBER |
| --- | --- | --- |



Edwards v. Hyundai, et al.
0360

# 6. Pictures and Descriptions

▶ BODY SHOP D/T [5/31 06:30 ~ 5/12 1, .5]

St. 315 – Suction Cup



| SUBJECT | | STATION NUMBER | | AMOUNT OF DOWNTIME | | STATION NUMBER |
|---|---|---|---|---|---|---|
| TIME OF SHIFT | | | | | | |
| DETAILED DESCRIPTION | | | | | | |

St. 315 L1 – Suction cup came off. Maintenance had to put back on.

P I C T U R E

Edwards v. Hyundai, et al.
0361

# 7 Pictures and Descriptio.

BASED ON: BODY BUILD LINE

▲ BODY SHOP D/T [5/31 06:30

**Sealer Leak**

| SUBJECT | | |
| --- | --- | --- |
| TIME OF SHIFT | | STATION NUMBER |
| AMOUNT OF DOWNTIME | | AMOUNT OF DOWNTIME |
| STATION NUMBER | | |

DETAILED DESCRIPTION

BPR pedestal sealer o-ring failed causing sealer to leak.



SUBJECT

TIME OF SHIFT

DETAILED DESCRIPTION

Edwards v. Hyundai, et al.
0362

# 7. BC PRODUCTION REPORT (5/31 DAY)
## BUILD BASED ON: BODY COMPLETE 1

| BC1 Efficiency | % |
| Total Build for Shift | |

P- PRODU...
E- EQUIPMENT
O- OTHER

| TIME | WORK TIME | TARGET | ACT Total | D/T (MIN) | PROBLEMS | CAUSE | TYPE |
|---|---|---|---|---|---|---|---|
| 06:35~07:30 | 55 | 69 | 58 | 5 | St. 507 – 3 Minutes | Conveyor fault at St. 507 (X3). Safety mat faulted, no one stepped on mat. Maintenance removed frame from mat. | E |
| 07:30~08:30 | 60 | 75 | 44 | 21 | Backed up to BC2 – 2 Minutes | BC2 repairing damaged NF Units. Lows on C-Post and Highs on Hood. | E |
| | | | | | St. 510 – 2 Minutes | St. 510 Out of CM Hatches.  Slow cycle time from Hood Station to Drop Point. | E |
| | | | | | No Units from BBS – 7 Minutes | BB waiting on LH Sides. 701 dropped CM SOP into St. 703. Maintenance replaced SOP. | E |
| | | | | | Backed up to BC2 – 2 Minutes | NF Repairs – Lows on C-Post, LH Side and Highs on Hoods. | E E |
| 08:30~09:30 | 50 | 62 | 43 | 15 | No Units from BBS – 2 Minutes | 700 L2 had a bad drop of a CM Side/Outer/Reinforcement. HMC touched up Robot | E |
| | | | | | No Units from BBS – 13 Minutes | Bracket broke that holds Leoni Cable. Maintenance had to replace. | E |
| 09:30~10:30 | 60 | 75 | 8 | 55 | No Units – 55 Minutes | 112 R3 – Leoni Cable bracket broke and fell snatching the motor cable out.  Bolts in the bracket broke off. Maintenance drilled out holes and replaced bracket. | E |
| 10:30~11:30 | 60 | 75 | 16 | 15 | No Units – 15 Minutes / LUNCH 11:00~11:30 | BB, St. 315 L1 was waiting on signal from MES, while MES was waiting on the robot. Team Leader stimulated the digital input on Robot 315 L1. | E |
| 11:30~12:30 | 60 | 75 | 32 | 20 | No Units – 10 Minutes | Fanuc Rep. touched up pick of NF SOP on 700 L1. | E |
| | | | | | No Units – 10 Minutes | Jig team touched up 713, SOP was getting a ding on back panel. Jig Team had to put duct tape on lifter. | E |
| 12:30~13:15 | 45 | 56 | 34 | 17 | No Units – 17 Minutes | BB waiting on LH Sides due to previous problems. | E |
| 13:15~14:15 | 50 | 62 | 22 | 32 | No Units – 25 Minutes | BB down due to St. 315 had a suction cup fell off hanger.  Maintenance had to replace. | E |
| | | | | | No Units – 7 Minutes | BB recovering slowly from downtime. | E |
| 14:15~15:15 | 60 | 75 | 48 | 20 | No Units – 20 Minutes | BB Slow cycle time due to Floor line having problems with Carrier #2, 111 R2 had a Limit Switch error and Robot 122 had bad NF Rear Floor pick. | E |
| 15:15~16:15 | 50 | 62 | 30 | 25 | Units Slow – 5 Minutes | BB down due to NF Carrier #2 being repaired. | E |
| | | | | | No Units – 15 Minutes | BB down due to NF Carrier #2 air valve malfunctioned. HMC bypassing in PLC. | E |
| | | | | | No Units – 2 Minutes | BB down due to Side Inner Complete conveyor belt lost VIN data. | E |
| | | | | | No Units – 3 Minutes | BB down due to 706 CM bracket will not retract. Maintenance adjusted. | E |
| 16:15~17:15 | 60 | 75 | 25 | 40 | No Units – 40 Minutes | BB down due to CM Sides taken off hanger above the main buck to make a scrap unit. Floor was sent alone. | O |
| TOTAL = | 610 | 761 | 360 | 265 | | | |

63 records found, from 1 to 63 shown.

# D/T Analysis

▶ Equipment Status ▶ D/T Analysis

Area: *
Text language: English
Text selection: *

Shift number: ☑ 1 ☐ 2 ☐ 3 ☐ 4
Equipment Type:          Message Type:
Summary: A,B,C,D,E,F,G,H,I,J,K,L,M   Detail:
Responsibility:          Description:
Duration: >= 0:0:0
Priority: 0 - 100

All messages
Received from: 05/31/06 06:00:00 until: 05/31/06 17:30:59
Sort by: Detail (Ascending)
Show as pie graph: Duration [%]

◀◀ ◀ Page 1 from 1 ▶ ▶▶    150   Lines on page

| # | Begin | Shift | Duration | Text | Area | Summary | Detail | Responsibility | Description | Comment | Action plan | Lost |
|---|-------|-------|----------|------|------|---------|--------|----------------|-------------|---------|-------------|------|
| 1 | 05/31/06 06:00:59 | 1 | 0:05:07 | ST009: summary production stop | 215213_MAIN BUC | E: Side RH | A: Equipment | B: Maintenance | C: Jig Issue | Maintenance had to repair a cylinder on Turntable 704 and 705. | BB waiting on RH Sides. | 0 |
| 2 | 05/31/06 06:06:48 | 1 | 0:01:07 | ST009: summary production stop | 215213_MAIN BUC | E: Side RH | A: Equipment | B: Maintenance | C: Jig Issue | RH Sides coming slow due to problem with Turntable. | BB waiting on RH Sides. | 0 |
| 3 | 05/31/06 06:11:30 | 1 | 0:01:44 | ST009: summary fault (stop) | 215213_MAIN BUC | E: Side RH | A: Equipment | B: Maintenance | C: Jig Issue | RH Sides coming slow due to previous problems. | BB waiting on RH Sides. | 0 |
| 4 | 05/31/06 06:11:46 | 1 | 0:01:51 | ST009: summary production stop | 215213_MAIN BUC | E: Side RH | A: Equipment | B: Maintenance | C: Jig Issue | RH Sides coming slow due to previous problems. | BB waiting on RH Sides. | 0 |
| 5 | 05/31/06 06:17:55 | 1 | 0:02:28 | ST009: summary production stop | 215213_MAIN BUC | E: Side RH | A: Equipment | B: Maintenance | C: Jig Issue | RH Sides coming slow due to previous problems. | BB waiting on RH Sides. | 0 |
| 6 | 05/31/06 06:20:50 | 1 | 0:01:11 | ST009: summary fault (stop) | 215213_MAIN BUC | E: Side RH | A: Equipment | B: Maintenance | C: Jig Issue | RH Sides coming slow due to previous problems. | BB waiting on RH Sides. | 0 |
| 7 | 05/31/06 06:21:07 | 1 | 0:02:30 | ST009: summary production stop | 215213_MAIN BUC | E: Side RH | A: Equipment | B: Maintenance | C: Jig Issue | RH Sides coming slow due to previous problems. | BB waiting on RH Sides. | 0 |
| 8 | 05/31/06 06:24:20 | 1 | 0:01:16 | ST009: summary | 215213_MAIN BUC | A: | | | | | BB waiting on RH | |

Edwards v. Hyundai, et al.
0364

| # | Date/Time | Qty | Duration | Event | Station | Col1 | Col2 | Col3 | Col4 | Description | Note | | Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 05/31/06 06:29:20 | 1 | 0:01:04 | production stop | BUC | E: Side RH | Equipment | B: Maintenance | C: Jig Issue | RH sides slow. | sides. | [icon] | 0 |
| 10 | 05/31/06 06:31:54 | 1 | 0:03:11 | ST009: summary production stop | 215213_MAIN BUC | E: Side RH | A: Equipment | B: Maintenance | | Rh sides slow. | BB waiting on RH sides. | [icon] | 0 |
| 11 | 05/31/06 06:40:12 | 1 | 0:03:35 | ST009: summary production stop | 215213_MAIN BUC | E: Side RH | A: Equipment | B: Maintenance | C: Jig Issue | RH sides slow. | BB waiting on RH sides. | [icon] | 0 |
| 12 | 05/31/06 06:47:30 | 1 | 0:01:58 | ST009: summary production stop | 215213_MAIN BUC | E: Side RH | A: Equipment | B: Maintenance | | RH sides slow. | BB waiting on RH sides. | [icon] | 0 |
| 13 | 05/31/06 06:49:56 | 1 | 0:01:10 | ST009: summary fault (stop) | 215213_MAIN BUC | A: BBBR | A: Equipment | B: Maintenance | D: Robot Issue | 309 L1 has pressure shortage. | | [icon] | 0 |
| 14 | 05/31/06 07:01:56 | 1 | 0:01:05 | ST009: summary fault (stop) | 215213_MAIN BUC | A: BBBR | A: Equipment | A: Production | D: Robot Issue | 309 L1 has pressure shortage. | | [icon] | 0 |
| 15 | 05/31/06 07:02:01 | 1 | 0:03:35 | ST009: summary production stop | 215213_MAIN BUC | A: BBBR | A: Equipment | B: Maintenance | I: Part off location | 302- CM floor off location on O/L. | | [icon] | 0 |
| 16 | 05/31/06 07:20:59 | 1 | 0:02:11 | ST009: summary production stop | 215213_MAIN BUC | A: BBBR | A: Equipment | B: Maintenance | D: Robot Issue | St. 305 L1 had dirt on cap causing bad weld spot. | | [icon] | 0 |
| 17 | 05/31/06 07:27:20 | 1 | 0:03:49 | ST009: summary production stop | 215213_MAIN BUC | D: Side LH | F: Part Quality | B: Maintenance | J: Other | No LH sides due to a quality check. | BB waiting on LH Sides. | [icon] | 0 |
| 18 | 05/31/06 07:32:41 | 1 | 0:03:21 | ST009: summary production stop | 215213_MAIN BUC | D: Side LH | I: Other | I: Other | C: Jig Issue | No LH sides due to the jig team taping up clamps at 706 and 707. | | [icon] | 0 |
| 19 | 05/31/06 07:37:31 | 1 | 0:01:49 | ST009: summary production stop | 215213_MAIN BUC | D: Side LH | A: Equipment | B: Maintenance | D: Robot Issue | LH Sides coming slow due to problems at 706 and 707. | BB waiting on LH Sides. | [icon] | 0 |
| 20 | 05/31/06 07:54:04 | 1 | 0:12:21 | ST009: summary production stop | 215213_MAIN BUC | A: BBBR | A: Equipment | B: Maintenance | D: Robot Issue | No LH sides. 701 L1 dropped a CM SOP in 703. | Maint. changed it out. | [icon] | 0 |
| 21 | 05/31/06 08:06:15 | 1 | 0:01:32 | LS_FAULT | 215213_MAIN BUC | A: BBBR | A: Equipment | B: Maintenance | J: Other | 309- RH Gate Index turn lock pin did not retract. | | [icon] | 0 |
| 22 | 05/31/06 08:12:40 | 1 | 0:02:44 | ST009: summary | 215213_MAIN BUC | D: Side LH | A: | B: Maintenance | D: Robot | No LH sides due to CM REINF being off | Maint. straighten | [icon] | 0 |

Edwards v. Hyundai, et al.

0365

| # | Date/Time | | Duration | production stop | BUC | | | | Issue | location. | parts. | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 | 05/31/06 08:16:07 | 1 | 0:04:43 | ST009: summary production stop | 215213_MAIN BUC | D: Side LH | A: Equipment | B: Maintenance | D: Robot Issue | LH sides slow. | BB waiting. | 0 |
| 24 | 05/31/06 08:26:25 | 1 | 0:02:30 | ST009: summary production stop | 215213_MAIN BUC | A: BBBR | A: Equipment | B: Maintenance | J: Other | 302. Carrier #29, no part detector. | | 0 |
| 25 | 05/31/06 08:30:26 | 1 | 0:07:25 | ST009: summary production stop | 215213_MAIN BUC | D: Side LH | A: Equipment | J: HMC Engr | J: Other | HMC testing the drop of CM REINF at 700 L1. | | 0 |
| 26 | 05/31/06 08:48:35 | 1 | 0:01:10 | ST009: summary production stop | 215213_MAIN BUC | D: Side LH | A: Equipment | B: Maintenance | D: Robot Issue | LH sides slow. | BB waiting. | 0 |
| 27 | 05/31/06 08:54:17 | 1 | 0:02:14 | ST009: summary production stop | 215213_MAIN BUC | A: BBBR | A: Equipment | B: Maintenance | D: Robot Issue | 325 L1- Robot Fault. | Operated robot in manual mode. | 0 |
| 28 | 05/31/06 09:04:04 | 1 | 0:01:27 | ST009: summary production stop | 215213_MAIN BUC | A: BBBR | A: Equipment | B: Maintenance | D: Robot Issue | 329 L1- Robot Fault. | | 0 |
| 29 | 05/31/06 09:14:44 | 1 | 0:57:42 | ST009: summary production stop | 215213_MAIN BUC | B: Floor | A: Equipment | B: Maintenance | D: Robot Issue | St. 124 B. Brackets broke that hold the Leoni Cable. | Maintenance had to replace. | 0 |
| 30 | 05/31/06 10:18:54 | 1 | 0:06:51 | ST009: summary production stop | 215213_MAIN BUC | B: Floor | A: Equipment | B: Maintenance | D: Robot Issue | Maintenance had to make adjustment to Leoni Cable. | BB waiting on Floors. | 0 |
| 31 | 05/31/06 10:26:28 | 1 | 0:08:08 | ST009: summary production stop | 215213_MAIN BUC | A: BBBR | A: Equipment | B: Maintenance | F: PLC Program Issue | St. 315 L1, Robot waiting on signal from PLC. | Team Leader jumped out program and continued production. | 0 |
| 32 | 05/31/06 10:57:45 | 1 | 0:14:11 | ST009: summary production stop | 215213_MAIN BUC | A: BBBR | F: Part Quality | B: Maintenance | J: Other | Bent CM Floor at ST. 307. Team Leader manually sent Unit through. | | 0 |
| 33 | 05/31/06 11:12:40 | 1 | 0:17:37 | ST009: summary production stop | 215213_MAIN BUC | D: Side LH | I: Planned Stop | J: HMC Engr | D: Robot Issue | HMC stopped line to work on Vision problem at LH Side Lines. | BB waiting on LH Sides. | 0 |
| 34 | 05/31/06 11:44:18 | 1 | 0:14:37 | ST009: summary production stop | 215213_MAIN BUC | D: Side LH | A: Equipment | I: Other | D: Robot Issue | Fanuc Rep touching up 700 L1. It was having problems dropping | BB waiting on LH Sides. | 0 |

Edwards v. Hyundai, et al.

0366

| # | Date/Time | Duration | | Event | Line | | | | | Description | Comment | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | stop | | | | | | | | parts. | | |
| 35 | 05/31/06 12:00:27 | 0:04:22 | 1 | ST009: summary production stop | 215213_MAIN BUC | D: Side LH | A: Equipment | B: Maintenance | D: Robot Issue | LH Sides recovering from problems with 700 L1. | BB waiting on LH Sides. | 0 |
| 36 | 05/31/06 12:10:22 | 0:05:54 | 1 | ST009: summary production stop | 215213_MAIN BUC | D: Side LH | A: Equipment | I: Other | D: Robot Issue | Jig Team taped up lifter at St. 713. | BB waiting on LH Sides. | 0 |
| 37 | 05/31/06 12:17:46 | 0:07:23 | 1 | ST009: summary production stop | 215213_MAIN BUC | D: Side LH | A: Equipment | I: Other | D: Robot Issue | LH Sides recovering from problem at 713. | BB waiting on LH Sides. | 0 |
| 38 | 05/31/06 12:30:11 | 0:01:45 | 1 | ST009: summary production stop | 215213_MAIN BUC | D: Side LH | A: Equipment | I: Other | D: Robot Issue | LH Sides coming slow due to previous problems. | BB waiting on LH Sides. | 0 |
| 39 | 05/31/06 12:42:02 | 0:02:10 | 1 | ST009: summary production stop | 215213_MAIN BUC | A: BBBR | A: Equipment | B: Maintenance | D: Robot Issue | St. 302, Carrier 29, no part detected. | | 0 |
| 40 | 05/31/06 12:59:31 | 0:13:50 | 1 | ST009: summary production stop | 215213_MAIN BUC | D: Side LH | C: Pallet | B: Maintenance | J: Other | Two pallets of Outer/Inner/Lower were off location in ASRS. | BB waiting on LH Sides. | 0 |
| 41 | 05/31/06 13:14:51 | 0:01:03 | 1 | ST009: summary production stop | 215213_MAIN BUC | D: Side LH | A: Equipment | B: Maintenance | J: Other | LH Sides recovering from previous problem. | BB waiting on LH Sides. | 0 |
| 42 | 05/31/06 13:22:10 | 0:19:48 | 1 | ST009: summary production stop | 215213_MAIN BUC | A: BBBR | A: Equipment | B: Maintenance | J: Other | St. 315 had a suction fell off hanger. | Maintenance replaced. | 0 |
| 43 | 05/31/06 13:43:28 | 0:12:36 | 1 | ST009: summary production stop | 215213_MAIN BUC | A: BBBR | A: Equipment | B: Maintenance | J: Other | St. 315, Suction cups still not working properly. Maintenance adjust again. | | 0 |
| 44 | 05/31/06 13:57:35 | 0:02:11 | 1 | ST009: summary production stop | 215213_MAIN BUC | B: Floor | A: Equipment | B: Maintenance | D: Robot Issue | Floor line had a bad NF Carrier #2. | BB waiting on Floors. | 0 |
| 45 | 05/31/06 14:10:17 | 0:01:25 | 1 | ST009: summary production stop | 215213_MAIN BUC | B: Floor | A: Equipment | B: Maintenance | D: Robot Issue | Floors slow cycle time due to problems with Carrier #2. | BB waiting on Floors. | 0 |
| 46 | 05/31/06 14:21:11 | 0:01:49 | 1 | ST009: summary production stop | 215213_MAIN BUC | B: Floor | A: Equipment | B: Maintenance | D: Robot Issue | Floor line, 111 Air Valve sensor malfunctioned. | BB waiting on Floors. | 0 |

Edwards v. Hyundai, et al.
0367

| # | Date/Time | | Duration | Stop | BUC | Cat 1 | Cat 2 | Cat 3 | Cat 4 | Description | Comment | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | 05/31/06 14:32:13 | 1 | 0:03:42 | ST009: summary production stop | 215213_MAIN BUC | B: Floor | A: Equipment | B: Maintenance | D: Robot Issue | 111R2, Limit Switch error on CM pick of LH Apron. Maintenance reset. | BB waiting on Floors. | 0 |
| 48 | 05/31/06 14:36:38 | 1 | 0:01:14 | ST009: summary production stop | 215213_MAIN BUC | B: Floor | A: Equipment | B: Maintenance | D: Robot Issue | Floors coming slow due to previous problems. | BB waiting on Floors. | 0 |
| 49 | 05/31/06 14:40:16 | 1 | 0:01:19 | ST009: summary production stop | 215213_MAIN BUC | B: Floor | A: Equipment | B: Maintenance | D: Robot Issue | Floors coming slow due to previous problems. | BB waiting on Floors. | 0 |
| 50 | 05/31/06 14:48:37 | 1 | 0:02:30 | ST009: summary production stop | 215213_MAIN BUC | A: BBBR | A: Equipment | B: Maintenance | D: Robot Issue | 328 L1, Stuck in tip dress. | BB waiting on Floors. | 0 |
| 51 | 05/31/06 15:00:55 | 1 | 0:01:19 | ST009: summary production stop | 215213_MAIN BUC | B: Floor | A: Equipment | B: Maintenance | J: Other | Floors, Slow Cycle time due to previous problems. | BB waiting on Floors. | 0 |
| 52 | 05/31/06 15:03:44 | 1 | 0:05:30 | ST009: summary production stop | 215213_MAIN BUC | B: Floor | A: Equipment | B: Maintenance | J: Other | Floor line was down due to Carrier #2, Clamp #7 did not advance fully. | BB waiting on Floors. | 0 |
| 53 | 05/31/06 15:12:20 | 1 | 0:03:33 | ST009: summary production stop | 215213_MAIN BUC | B: Floor | A: Equipment | B: Maintenance | J: Other | Floor line recovering from problems with Carrier #2. | BB waiting on Floors. | 0 |
| 54 | 05/31/06 15:21:34 | 1 | 0:01:49 | ST009: summary production stop | 215213_MAIN BUC | B: Floor | A: Equipment | B: Maintenance | J: Other | Floors coming slow due to previous problems. | BB waiting on floors. | 0 |
| 55 | 05/31/06 15:25:12 | 1 | 0:01:00 | ST009: summary production stop | 215213_MAIN BUC | B: Floor | A: Equipment | B: Maintenance | J: Other | Floors coming slow due to previous problems. | BB waiting on Floors. | 0 |
| 56 | 05/31/06 15:28:00 | 1 | 0:01:02 | ST009: summary production stop | 215213_MAIN BUC | B: Floor | A: Equipment | B: Maintenance | J: Other | Floors coming slow due to previous problems. | BB waiting on Floors. | 0 |
| 57 | 05/31/06 15:32:31 | 1 | 0:01:47 | ST009: summary production stop | 215213_MAIN BUC | B: Floor | A: Equipment | B: Maintenance | J: Other | Floors coming slow due to previous problems. | BB waiting on Floors. | 0 |
| 58 | 05/31/06 15:35:01 | 1 | 0:02:59 | ST009: summary production stop | 215213_MAIN BUC | B: Floor | A: Equipment | B: Maintenance | J: Other | Floors coming slow due to previous problems. | BB waiting on Floors. | 0 |
| | | | | ST009: summary | 215213_MAIN | | A: | | | Side Inner Complete | BB waiting on LH | 0 |

Edwards v. Hyundai, et al.
0368

| # | Date/Time | | Duration | Event | Location | | | | Description | |
|---|---|---|---|---|---|---|---|---|---|---|
| 59 | 05/31/06 15:53:23 | 1 | 0:05:20 | production stop | BUC | D: Side LH Equipment | B: Maintenance | J: Other | conveyor belt lost data. Sides. | 0 |
| 60 | 05/31/06 16:02:20 | 1 | 0:09:25 | ST009: summary production stop | 215213_MAIN BUC | D: Side LH | F: Part Quality | B: Maintenance | J: Other | LH Sides down due to replacing damaged SOP. | 0 |
| 61 | 05/31/06 16:12:28 | 1 | 0:01:35 | ST009: production stop | 215213_MAIN BUC | D: Side LH | F: Part Quality | B: Maintenance | J: Other | LH Sides moving slow due to previous problems. | 0 |
| 62 | 05/31/06 16:14:46 | 1 | 0:32:08 | ST009: summary production stop | 215213_MAIN BUC | A: BBBR | I: Planned Stop | J: HMC Engr | J: Other | CM Sides above 309 were taken off hanger to make a scrap unit. | 0 |
| 63 | 05/31/06 17:02:42 | 1 | 0:10:14 | ST009: summary production stop | 215213_MAIN BUC | A: BBBR | I: Planned Stop | J: HMC Engr | J: Other | Scrap Unit has reached St. 315. Maintenance had to take roof out of pallet. | 0 |

▲ Top of page

http://10.37.107.217/emossm-WS/standard/factorlog/factorlog.jsp?cmd=_cmdOrderColumn_&sortField=DateEvent&sortDirect...    5/31/2006

Edwards v. Hyundai, et al.
0369



PLAINTIFF'S
EXHIBIT
48

From:          Edwards Tammy R HMMA/Welding
Sent:          Friday, August 11, 2006 5:28 PM
To:            Worley, Christopher R HMMA/Welding; /o=Autos/ou=First Administrative
               Group/cn=Recipients/cn=treybutler; Abrams, Kimberly V HMMA/Welding; An Joon Goo
               HMMA/Welding; Applegate, John HMMA/Plant Engineering; Binasio, Peter J
               HMMA/Welding; Blackburn, David C HMMA/QC; Bondy, Thomas H HMMA/Welding;
               Brookshire, James A HMMA/Stamping; Brown, Tommy L HMMA/Welding; Certain, Thomas
               A HMMA/PC; Chance, Toby A HMMA/Welding; Coats, Bryan H HMMA/QC; Cox, Kevin
               HMMA/QC; Craig Stapely; Culpepper, Stephen R HMMA/Welding; Gahafer Vincent P
               HMMA/Welding; George, Eric S HMMA/PC; Gilkey-Shuford, Yvette A HMMA/QC; Gillahen,
               Donald L HMMA/Plant Engineering; Glass, Dennis J HMMA/QC; Glen, Art; Golden, Gusta
               AHMMA/Welding; Griggs, Corey R HMMA/MES; Gulden, Evan P HMMA/PC; Guy, Stephen
               F HMMA/QC; Hatch, John W HMMA/Production Control; HMC; Horton, Elizabeth W
               HMMA/PC; James Brookshire; Jung, Ku Yong HMMA/PC; Kalson, John HMMA/Production
               Sub_Div; Katzenbach, Robert T HMMA/Welding; Kim  Inhwa HMMA/Welding; Kitchens, Billy
               F HMMA/Welding; Kongchan, Kahn T HMMA/QC; Kosgi, Ravi S HMMA/Welding; Lancaster,
               J Jackson HMMA/MES; Lee, Chang Woo HMMA/MES; Magruder, Dawn HMMA/Welding;
               McRae, Sheri H HMMA/Welding; Mouton, Patrick J HMMA/QC; Nelson, Michelle
               HMMA/Welding; Olding, Zachary E HMMA/Welding; Park, Joowook HMMA/Welding; Park,
               Myung Hyun HMMA/Welding; Phomsavanh, Mylavanh Y HMMA/Welding; Pinkney, Troy B
               HMMA/Plant Engineering; Robertson, Tommie J HMMA/Welding; Rohlman, Maurice J
               HMMA/Stamping; S. H. Jeon; Seung, Jo Jeon ; Smith, Scott A HMMA/PC; Stapley, Craig E
               HMMA/Assembly; Stoddard, Pamela M HMMA/Welding; Swindle Michael W
               HMMA/Welding; Thomas, Kelly M HMMA/Welding; Thornton, Jason; Truil, Richard E
               HMMA/PC; Ulrich Keith A HMMA/Welding; Wegner, Bradley D HMMA/QC; White, Harry J
               HMMA/Welding; Williams, Keith K HMMA/QC; Williams, Richard A HMMA/MES
Subject:       D_T_Analysis 1 .xls

Attachments:   D_T_Analysis 1 .xls

D_T_Analysis 1 .xls
(25 KB)

1

| | Begin | Duration | Summary | Detail | Responsibility | Description | Comment | Action plan |
|---|---|---|---|---|---|---|---|---|
| 1 | 8/11/06 6:04 | 0:02:54 | A: BBBR | A: Equipment | B: Maintenance | D: Robot Issue | 326 R1 Maint replaced Leoni quick connect cable. | |
| 3 | 8/11/06 7:02 | 0:09:32 | D: Side LH | A: Equipment | B: Maintenance | J: Other | No LH sides/Pallet #1001 with CM SOPs had damaged parts in the rack. | Maint sent rack back and the robot home so damaged parts could be removed. |
| 5 | 8/11/06 8:06 | 0:02:27 | D: Side LH | | | | No LH sides. | |
| 7 | 8/11/06 8:53 | 0:01:37 | A: BBBR | A: Equipment | B: Maintenance | I: Part off location | St#309 LH SOP off location on CM index Jig. | |
| 9 | 8/11/06 9:15 | 0:02:09 | D: Side LH | K: Other | I: Other | J: Other | No LH sides/Slow cycle time. | |
| 11 | 8/11/06 10:55 | 0:03:01 | D: Side LH | A: Equipment | B: Maintenance | D: Robot Issue | No LH sides/700 L2 dropped CM side INR complete. Grippers are not closing all the way. | Maint went into gate and put another part on. |
| 13 | 8/11/06 12:05 | 0:03:04 | D: Side LH | A: Equipment | J: HMC Engr | J: Other | St#309 LH carrier #853 is put back on line but working improperly. | |

CONFIDENTIAL

D- 00947 EDWARDS V HMMA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16 | 8/11/06 12:35 | 0:09:49 | A: BBBR | A: Equipment | B: Maintenance | J: Other | St#309 CRPB carrier #804 would not lower down into BUCK. Com sensor was not made. | Maint made adjustments so sensor to get a down Ok. |
| 17 | 8/11/06 13:35 | 0:03:00 | A: BBBR | A: Equipment | B: Maintenance | J: Other | St#315 Part Defect sensor was not made. | |
| 19 | 8/11/06 14:53 | 0:09:28 | E: Side RH | G: Part Shortage | C: Production Control | J: Other | No RH sides/No NF SOPs loaded into ASRS. | Waiting on parts. |
| 21 | 8/11/06 15:24 | 0:04:29 | A: BBBR | A: Equipment | B: Maintenance | D: Robot issue | 314 R1 Limit Error, Cap needs changing robot has welded to its limit. | |
| 23 | 8/11/06 16:45 | 0:01:05 | A: BBBR | A: Equipment | B: Maintenance | D: Robot Issue | 330 R2 has a clogged nozzle. | Keeper cleaned nozzle out. |

CONFIDENTIAL

D- 00948  EDWARDS V HMMA



**From:** Edwards Tammy R HMMA/Welding
**Sent:** Thursday, August 10, 2006 5:33 PM
**To:** Worley, Christopher R HMMA/Welding; /o=Autos/ou=First Administrative Group/cn=Recipients/cn=treybutler; Abrams, Kimberly V HMMA/Welding; An Joon Goo HMMA/Welding; Applegate, John HMMA/Plant Engineering; Binasio, Peter J HMMA/Welding; Blackburn, David C HMMA/QC; Bondy, Thomas H HMMA/Welding; Brookshire, James A HMMA/Stamping; Brown, Tommy L HMMA/Welding; Certain, Thomas A HMMA/PC; Chance, Toby A HMMA/Welding; Coats, Bryan H HMMA/QC; Cox, Kevin HMMA/QC; Craig Stapely; Culpepper, Stephen R HMMA/Welding; Gahafer Vincent P HMMA/Welding; George, Eric S HMMA/PC; Gilkey-Shuford, Yvette A HMMA/QC; Gillahan, Donald L HMMA/Plant Engineering; Glass, Dennis J HMMA/QC; Glen, Art; Golden, Gusta A HMMA/Welding; Griggs, Corey R HMMA/MES; Gulden, Evan P HMMA/PC; Guy, Stephen F HMMA/QC; Hatch, John W HMMA/Production Control; HMC; Horton, Elizabeth W HMMA/PC; James Brookshire; Jung, Ku Yong HMMA/PC; Kalson, John HMMA/Production Sub_Div; Katzenbach, Robert T HMMA/Welding; Kim  Inhwa HMMA/Welding; Kitchens, Billy F HMMA/Welding; Kongchan, Kahn T HMMA/QC; Kosgi, Ravi S HMMA/Welding; Lancaster, J Jackson HMMA/MES; Lee, Chang Woo HMMA/MES; Magruder, Dawn HMMA/Welding; McRae, Sheri H HMMA/Welding; Mouton, Patrick J HMMA/QC; Nelson, Michelle HMMA/Welding; Olding, Zachary E HMMA/Welding; Park, Joowook HMMA/Welding; Park, Myung Hyun HMMA/Welding; Phomsavanh, Mylavanh Y HMMA/Welding; Pinkney, Troy B HMMA/Plant Engineering; Robertson, Tommie J HMMA/Welding; Rohlman, Maurice J HMMA/Stamping; S. H. Jeon; Seung, Jo Jeon ; Smith, Scott A HMMA/PC; Stapley, Craig E HMMA/Assembly; Stoddard, Pamela M HMMA/Welding; Swindle Michael W HMMA/Welding; Thomas, Kelly M HMMA/Welding; Thornton, Jason; Trull, Richard E HMMA/PC; Ulrich Keith A HMMA/Welding; Wegner, Bradley D HMMA/QC; White, Harry J HMMA/Welding; Williams, Keith K HMMA/QC; Williams, Richard A HMMA/MES

**Subject:** D_T_Analysis 1 .xls

**Attachments:** D_T_Analysis 1 .xls



D_T_Analysis 1 .xls
(27 KB)

1

CONFIDENTIAL

| | Begin | Duration | Summary | Detail | Responsibility | Description | Comment | Action plan |
|---|---|---|---|---|---|---|---|---|
| 1 | 8/10/06 6:21 | 0:06:31 | A: BBBR | A: Equipment | B: Maintenance | J: Other | St#302 CM carrier #9 has a loose air line. | |
| 3 | 8/10/06 8:00 | 0:25:27 | E: Side RH | A: Equipment | B: Maintenance | D: Robot Issue | 700 R2 Has a pallet of side INR complete off location; Robot picked part and dropped it on the brake cable, cutting it. | Maint repaired cable by resplicing the wires in the brake cable. |
| 5 | 8/10/06 8:29 | 0:04:07 | E: Side RH | K: Other | I: Other | J: Other | No RH sides/Slow cycle time. | |
| 7 | 8/10/06 9:15 | 0:05:29 | E: Side RH | A: Equipment | B: Maintenance | D: Robot Issue | No RH sides/Maint is reteaching 708-10 R1. | |
| 9 | 8/10/06 10:30 | 0:14:50 | E: Side RH | G: Part Shortage | C: Production Control | J: Other | No RH sides/Out of CM SOPs in the ASRS. | |
| 11 | 8/10/06 11:28 | 0:07:23 | A: BBBR | A: Equipment | B: Maintenance | D: Robot Issue | 330 L1 Migweld wire broke inside the feeder housing. | |

D- 00937  EDWARDS V HMMA

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 13 | 8/10/06 11:57 | 0:01:44 | A: BBBR | K: Other | B: Maintenance | J: Other | St#322 CM RH Cowl reinf. is damaged. | |
| 15 | 8/10/06 12:12 | 0:08:48 | B: Floor | A: Equipment | B: Maintenance | J: Other | No Floors/St#124 A CM clamp sensor open/advance signal did not make. | There was a bad pick on a CM apron. |
| 17 | 8/10/06 12:45 | 0:10:38 | B: Floor | A: Equipment | B: Maintenance | D: Robot Issue | No Floors/111 R1 Vision Fault; Shot a blank pic due to a loose cable. | Maint adj cable wire; it may need changing out. |
| 19 | 8/10/06 13:57 | 0:01:36 | B: Floor | A: Equipment | A: Production | D: Robot Issue | No Floors/111 R2 LH apron on pallet #40 off location. | Keeper entered cell and adjusted part onto pallet ro be re-picked. |
| 21 | 8/10/06 14:41 | 0:03:33 | B: BBBR | J: Part off location | B: Maintenance | I: Part off location | St#315 Roof pallet off location. | Maint took roof off pallet placed it onto the jig and ran the process manually. |
| 23 | 8/10/06 14:54 | 0:01:10 | B: Floor | K: Other | I: Other | J: Other | No Floors/Slow cycle time. | |
| 25 | 8/10/06 14:59 | 0:01:17 | B: Floor | K: Other | I: Other | J: Other | No Floors/Slow cycle time. | |

CONFIDENTIAL

D- 00938  EDWARDS V HMMA

| 27 | 8/10/06 15:08 | 0:04:25 | B: Floor | A: Equipment | J: HMC Engr | J: Other | No Floors/HMC adjusting NF carrier in manual mode. | |
| | | | | | | | | |
| 29 | 8/10/06 16:04 | 0:11:15 | A: BBBR | A: Equipment | B: Maintenance | J: Other | Carrier is off location on the 3rd floor between BB and BR. | |
| | | | | | | | | |
| 31 | 8/10/06 16:53 | 0:03:04 | B: Floor | A: Equipment | B: Maintenance | J: Other | No Floors/111 R1 Vision failed. | |
| | | | | | | | | |

CONFIDENTIAL

PLAINTIFF'S
EXHIBIT

58

| | |
|---|---|
| **From:** | Edwards Tammy R HMMA/Welding |
| **Sent:** | Tuesday, August 08, 2006 5:58 PM |
| **To:** | Worley, Christopher R HMMA/Welding; /o=Autos/ou=First Administrative Group/cn=Recipients/cn=treybutler; Abrams, Kimberly V HMMA/Welding; An Joon Goo HMMA/Welding; Applegate, John HMMA/Plant Engineering; Binasio, Peter J HMMA/Welding; Blackburn, David C HMMA/QC; Bondy, Thomas H HMMA/Welding; Brookshire, James A HMMA/Stamping; Brown, Tommy L HMMA/Welding; Certain, Thomas A HMMA/PC; Chance, Toby A HMMA/Welding; Coats, Bryan H HMMA/QC; Cox, Kevin HMMA/QC; Craig Stapely; Culpepper, Stephen R HMMA/Welding; Gahafer Vincent P HMMA/Welding; George, Eric S HMMA/PC; Gilkey-Shuford, Yvette A HMMA/QC; Gillahan, Donald L HMMA/Plant Engineering; Glass, Dennis J HMMA/QC; Glen, Art; Golden, Gusta AHMMA/Welding; Griggs, Corey R HMMA/MES; Gulden, Evan P HMMA/PC; Guy, Stephen F HMMA/QC; Hatch, John W HMMA/Production Control; HMC; Horton, Elizabeth W HMMA/PC; James Brookshire; Jung, Ku Yong HMMA/PC; Kalson, John HMMA/Production Sub_Div; Katzenbach, Robert T HMMA/Welding; Kim Inhwa HMMA/Welding; Kitchens, Billy F HMMA/Welding; Kongchan, Kahn T HMMA/QC; Kosgi, Ravi S HMMA/Welding; Lancaster, J Jackson HMMA/MES; Lee, Chang Woo HMMA/MES; Magruder, Dawn HMMA/Welding; McRae, Sheri H HMMA/Welding; Mouton, Patrick J HMMA/QC; Nelson, Michelle HMMA/Welding; Olding, Zachary E HMMA/Welding; Park, Joowook HMMA/Welding; Park, Myung Hyun HMMA/Welding; Phomsavanh, Mylavanh Y HMMA/Welding; Pinkney, Troy B HMMA/Plant Engineering; Robertson, Tommie J HMMA/Welding; Rohlman, Maurice J HMMA/Stamping; S. H. Jeon; Seung, Jo Jeon ; Smith, Scott A HMMA/PC; Stapley, Craig E HMMA/Assembly; Stoddard, Pamela M HMMA/Welding; Swindle Michael W HMMA/Welding; Thomas, Kelly M HMMA/Welding; Thornton, Jason; Trull, Richard E HMMA/PC; Ulrich Keith A HMMA/Welding; Wegner, Bradley D HMMA/QC; White, Harry J HMMA/Welding; Williams, Keith K HMMA/QC; Williams, Richard A HMMA/MES |
| **Subject:** | August 8, DT.xls |
| **Attachments:** | August 8, DT.xls |

August 8 DT.xls
(28 KB)

1

## HMMA DAILY PRODUCTION REPORT

### - CONTENTS –

1. PRODUCTION STATUS
2. EFFICIENCY (BUILD LINE)
3. MAJOR EQUIPMENT ISSUES
4. MAJOR DOWN TIME ISSUES
5. BUILD LINE OPERATION STATUS
6. PICTURES & DESCRIPTIONS
7. BODY COMPLETE 1
8. PICTURES & DESCRIPTIONS

08. 09. 06 (WEDNESDAY) DAY

**HMMA BODY SHOP**

CONFIDENTIAL

D- 00927  EDWARDS V HMMA

| | Begin | Duration | Summary | Detail | Responsibility | Description | Comment | Action plan |
|---|---|---|---|---|---|---|---|---|
| 1 | 8/8/2006 6:00 | 0:05:50 | D: Side LH | A: Equipment | B: Maintenance | J: Other | LH Sides down due to Station 704 CM tables 2 and 3 locate pin is not retracting. | |
| 2 | 8/8/2006 6:07 | 0:05:09 | D: Side LH | A: Equipment | B: Maintenance | J: Other | LH Sides continues to have problems with Station 704 CM tables. | |
| 3 | 8/8/2006 6:14 | 0:04:16 | D: Side LH | A: Equipment | Maintenance | J: Other | LH Sides - Same as above. | |
| 4 | 8/8/2006 6:20 | 0:01:47 | D: Side LH | A: Equipment | B: Maintenance | J: Other | LH Sides - Slow Cycle Time. | BB waiting on LH Sides. |
| 5 | 8/8/2006 6:23 | 0:01:18 | D: Side LH | A: Equipment | Maintenance | J: Other | LH Sides - Slow Cycle Time. | BB waiting on LH Sides. |
| 6 | 8/8/2006 6:37 | 0:05:15 | D: Side LH | A: Equipment | B: Maintenance | J: Other | LH Sides continues to have problems with Station 704 CM Tables. | BB waiting on LH Sides. |
| 7 | 8/8/2006 6:45 | 0:01:54 | D: Side LH | A: Equipment | Maintenance | J: Other | LH Sides - Slow Cycle Time. | BB waiting on LH Sides. |
| 8 | 8/8/2006 6:48 | 0:01:47 | D: Side LH | A: Equipment | B: Maintenance | J: Other | LH Sides - Slow Cycle Time. | BB waiting on LH Sides. |
| 9 | 8/8/2006 7:28 | 0:01:48 | D: Side LH | A: Equipment | Maintenance | J: Other | LH Sides - Slow Cycle time. | BB waiting on LH Sides. |
| 10 | 8/8/2006 7:36 | 0:06:45 | A: BBR F: Roof | F: Part Quality | B: Maintenance | J: Other | BB down due to damaged CF Roof Station 315. | keep/replace tool. |
| 11 | 8/8/2006 7:54 | 0:28:53 | F: Roof Sub | A: Equipment | B: Maintenance | C: Jig Issue | Roof Sub down due to Station 355 CM Jig had a TC Fault. | Maintenance had to replace memory boards and file tip. |
| 12 | 8/8/2006 8:40 | 0:03:45 | F: Roof Sub | A: Equipment | B: Maintenance | C: Jig Issue | Roof Sub recovering from previous problem. | BB waiting on Roofs. |
| 13 | 8/8/2006 8:52 | 0:01:10 | F: Roof Sub | A: Equipment | Maintenance | C: Jig Issue | Roof Sub recovering from previous problems. | BB waiting on Roofs. |
| 14 | 8/8/2006 9:01 | 0:03:02 | F: Roof Sub | A: Equipment | B: Maintenance | C: Jig Issue | Roof Sub recovering from previous problem. | BB waiting on Roofs. |
| 15 | 8/8/2006 9:30 | 0:16:40 | A: BBR | B: Operator | A: Production | G: E-Stop / Safety System Issue | BB down due to operator stepped on mat causing E-stop. | |
| 16 | 8/8/2006 9:48 | 0:02:44 | A: BBR | A: Equipment | B: Maintenance | G: E-Stop / Safety System Issue | BB shut off but BBR's still down due to E-Stop. | Maintenance working on broken bolt. |

CONFIDENTIAL

| # | Date/Time | Duration | A: | B: | B: Maintenance | Issue | Description | Comments |
|---|---|---|---|---|---|---|---|---|
| 17 | 8/8/2006 9:51 | 1:00:16 | A: BBR | B: Operator | B: Maintenance | G: E-Stop / Safety System Issue | BB down due to E-stop caused bolt to break in hook. Line could not shuttle due to broke bolt. | Maintenance had to replace bolt. |
| 18 | 8/8/2006 11:07 | 0:02:27 | A: BBR | B: Equipment | B: Maintenance | A: Resistance Weld Issue | BB down due to ... Fault | |
| 19 | 8/8/2006 11:30 | 0:03:03 | A: BBR | A: Equipment | B: Maintenance | J: Other | BB down due to Part Detect Sensor did not read empty skids. | |
| 20 | 8/8/2006 12:21 | 0:03:04 | D: Side LH | A: Equipment | B: Maintenance | J: Other | LH Sides ... would not retract | BB wailing on LH Sides. |
| 21 | 8/8/2006 12:36 | 0:04:57 | D: Side LH | A: Equipment | B: Maintenance | J: Other | LH Sides having problems with 707 shuttle. | BB wailing on LH Sides. |
| 22 | 8/8/2006 12:50 | 0:24:27 | A: Side LH | A: Equipment | B: Maintenance | J: Other | LH Sides ... 707 shuttle | BB wailing on LH Sides. |
| 23 | 8/8/2006 13:15 | 0:03:21 | A: BBR | A: Equipment | B: Maintenance | A: Resistance Weld Issue | BB down due to 314 R1 pulled a cap. | Keeper replaced cap. |
| 24 | 8/8/2006 13:19 | 0:03:13 | A: BBR | A: Equipment | B: Maintenance | J: Other | BB down due to ... pulled a cap. | Keeper replaced cap. |
| 25 | 8/8/2006 13:41 | 0:03:52 | A: BBR | A: Equipment | B: Maintenance | A: Resistance Weld Issue | BB down due to 326 R1 pulled a cap, excessive weld slag on B-Post. | Keeper replaced cap. |
| 26 | 8/8/2006 13:47 | 0:02:34 | A: BBR | A: Equipment | B: Maintenance | J: Other | ... Reinforcement part ... | Maintenance replaced damaged part. |
| 27 | 8/8/2006 13:53 | 0:02:46 | A: BBR | A: Equipment | B: Maintenance | J: Other | BB down due to damaged Cowl Reinforcement part on RH Index. | Maintenance replaced part. |
| 28 | 8/8/2006 13:57 | 0:05:11 | A: BBR | A: Equipment | B: Maintenance | A: Resistance Weld Issue | BB down due to ... and been added | Maintenance replaced cap and ... |
| 29 | 8/8/2006 14:16 | 0:01:37 | A: BBR | A: Equipment | B: Maintenance | J: Other | BB down due to damaged Cowl Reinforcement part on RH Index. | Maintenance replaced part. |
| 30 | 8/8/2006 14:26 | 0:06:08 | A: BBR | A: Equipment | B: Maintenance | D: Robot Issue | ... working on 322 Cowl Reinforcement drop | |
| 31 | 8/8/2006 14:33 | 0:06:50 | A: BBR | A: Equipment | B: Maintenance | D: Robot Issue | BB down due to Maintenance had to reteach robot to drop Cowl Reinforcement part. | |
| 32 | 8/8/2006 14:42 | 0:01:35 | A: BBR | A: Equipment | B: Maintenance | A: Resistance Weld Issue | BB down due to ... | |

CONFIDENTIAL

| # | Date/Time | Duration | | | | E: Sequenced Production Issue | Description | |
|---|---|---|---|---|---|---|---|---|
| 33 | 8/8/2006 15:01 | 0:04:37 | C: CRPB | K: Other | I: Other | E: Sequenced Production Issue | CRPB down due to bad drop on front sub caused out of sequence issue. | |
| 34 | 8/8/2006 15:08 | 0:04:12 | C: CRPB | K: Other | I: Other | E: Sequenced Production Issue | CRPB down due to bad drop on front sub caused out of sequence issue. | |
| 35 | 8/8/2006 15:18 | 0:04:37 | A: BBBR | A: Equipment | B: Maintenance | J: Other | BB down due to Drop Lifter at Station 334 under traveled to 3rd Floor. | Maintenance manually jogged and locked, switched DL to auto mode and restarted. |
| 36 | 8/8/2006 16:34 | 0:08:56 | A: BBBR | A: Equipment | B: Maintenance | J: Other | BB down due to CW Leader out of location to 3rd Floor. | Maintenance had to manually adjust leader. |
| 37 | 8/8/2006 16:44 | 0:01:51 | A: BBBR | A: Equipment | B: Maintenance | J: Other | BB down due to Station 315 waiting on pounce mode. | |
| 38 | 8/8/2006 17:01 | 0:02:09 | A: BBBR | A: Equipment | B: Maintenance | J: Other | BB down due to ... under traveled. | |

D- 00904  EDWARDS V HMMA

# HMMA BODY SHOP PRODUCTION REPORT

## 1. PRODUCTION STATUS [7/09 (WEDNESDAY), 06:35 ~ 7/09 (WEDNESDAY), 17:15]

| | | 06:00 ~ | 07:30 ~ | 08:30 ~ | 09:30 ~ | 010:30 ~ | 11:30 ~ | 12:15 ~ | 13:15 ~ | 14:15 ~ | 15:15 ~ | 14:15 ~ | OFF SHIFT | DAY TOTAL | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DAY SHIFT | TIME | 90 | 60 | 50 | 60 | 60 | 45 | 60 | 60 | 50 | 60 | 60 | | 565 | | |
| | B/IN | 26 | 22 | 10 | 46 | 45 | 47 | 27 | 37 | 20 | 28 | 50 | 15 | 373 | BODY IN | |
| | B/OUT | 55 | 35 | 12 | 30 | 23 | 23 | 58 | 45 | 32 | 23 | 51 | 12 | 399 | | |
| NIGHT SHIFT | TIME | 18:15 ~ | 19:15 ~ | 20:15 ~ | 21:15 ~ | 22:15 ~ | 23:15 ~ | 24:00 ~ | 01:00 ~ | 02:00 ~ | 03:00 ~ | 04:00 ~ | OFF SHIFT | NIGHT TOTAL | | |
| | | 55 | 60 | 50 | 60 | 60 | 30 | 30 | 60 | 50 | 50 | 60 | | 565 | BODY OUT | |
| | B/IN | | | | | | | | | | | | | | | |
| | B/OUT | | | | | | | | | | | | | | | |

## 2. BUILD LINE EFFICIENCY

| UPH | | TOTAL WORKED | DOWNTIME (MIN) | | | | | |
|---|---|---|---|---|---|---|---|---|
| TARGET | ACTUAL | (MIN) | EQUIPMENT | PARTS | QUALITY | PRODUCTION | OTHER | TOTAL |
| 75 | | 565 | | | | | | |

## 3. SHIFT BEGIN & END TIMES

| 🅷 | DAY SHIFT | | NIGHT SHIFT | |
|---|---|---|---|---|
| | BEGIN | END | BEGIN | END |
| BC LINES | 0635 | 17:45 | 1835 | |
| BB/BR | 0600 | 17:45 | 1800 | |

※ EQUIPMENT EFFICIENCY: %

CONFIDENTIAL

D- 00928  EDWARDS V HMMA

## 5. BUILD LINE PRODUCTION REPORT (8/09 DAY)
Start VIN #

BUILD BASED ON: BODY BUILD
LINE

P- PRODUCTION
E - EQUIPMENT
O - OTHER

| TIME | WORK TIME | TARGET | ACT /TGM | D/T (MIN) | PROBLEMS | CAUSE | TYPE | SBS | WBS |
|---|---|---|---|---|---|---|---|---|---|
| 6:00~7:30 | 90 | 112 | 22 | 69 | 314 L1 pulled a cap twice.<br>No floors-Air pressure malfunctioning.<br>St#309 RH gate did not advance to load pos. | Maintenance replaced.<br>St#112 CM carrier #1 Festo block changed and air pressure adjusted so Clamp #6 can open and close.<br>System show robot interference in the PLC. | E<br><br>E<br><br>E | 41 | 1 |
| 7:30~8:30 | 60 | 75 | 17/39 | 43 | St#302 Carrier #6 has loose air line.<br>St#302 Need Robot in Ok.<br>St#302 NF Carrier #25 Part detect sensor not made.<br>No LH sides/St#707 had a pallet of NF Outer reinforcements with damages to the B-pillar sides (cont'd) | Maintenance replaced a damaged air line fitting.<br>Drop Lift #301 faulted. Maintenance reset.<br><br>Damaged parts being removed from the areas that they have reached. | E<br>E<br>E<br><br>E | 0 | 16 |
| 8:30~9:30 | 60 | 75 | 19/58 | 46 | | | | 0 | 5 |
| 9:30~10:30 | 50 | 56 | 42/100 | 22 | No LH sides/St#710 QTR INR complete is 06station.<br>329 L1 Wire burned into feeder.<br>313 R1 Weld Fault.<br>326 R1 Pulled a cap.<br>329 R2 Wire became stuck during the welding process. | Tip threads are stripped so tip holder is not on correctly which causes a miss weld that burns the wire.<br>Weld cap sparked out when robot tried to weld.<br>Alignment of shank and holder nipple was not perfect. | E<br><br>O<br><br>O<br>E<br>E | 0 | 2 |
| 10:30~11:30 | 60 | 75 | 49/149 | 19 | No RH sides<br>No RH sides | St#706 Sensor was replaced on shuttle.<br>St#707 R1 Pulled a cap twice. | E<br>E | 4 | 5 |
| 11:30~13:15 | 90 | 112 | 71/220 | 40 | No LH sides<br>No RH sides | St#711 CM carrier #1 and #2 clamps would not retract.<br>St#711 NF turntable set pins would not advance; Bad Festo Block. Taken offline for repairs. | E<br>E | 29 | 14 |
| 13:15~14:15 | 60 | 75 | 31/251 | 47 | No CRPBs<br>No RH sides<br>No RH sides | 309-2 R1 sensor is not reading CM roof rail.<br>PC loaded incorrect parts into ASRS.<br>HMC and Maint repairing previous problem with Festo Block. | E<br>O<br>E | 5 | 5 |

CONFIDENTIAL

## 5. BUILD LINE PRODUCTION REPORT (8/09 DAY)

Start VIN #

BUILD BASED ON: BODY BUILD LINE

P - PRODUCTION
E - EQUIPMENT
O - OTHER

| TIME | WORK TIME | TARGET | ACT Total | D/T (MIN) | PROBLEMS | CAUSE | TYPE | BBS | WBS |
|---|---|---|---|---|---|---|---|---|---|
| 14:15~15:15 | 50 | 62 | 20/271 | 32 | No RH sides (Slow cycle time)<br>No LH sides | (Cont'd)<br>700 L2 Leoni Cable was cut by a bolt hung on a pallet. | E<br>E | 0 | 20 |
| 15:15~16:15 | 60 | 75 | 32/303 | 31 | No LH sides (Slow cycle time) | (Cont'd) | | 4 | 1 |
| 16:15~17:15 | 60 | 75 | 51/354 | 13 | No LH sides<br>No LH sides | 3/3711 First Unit pin would not advance.<br>700 L2 Bad pick on CM reinforcement rack #17. | | 3 | 8 |
| 17:15~17:30 | 15 | 18 | 19/373 | 12 | No LH sides | | | 4 | 17 |
| Total = | 660 | 822 | 373 | 374 | | | | | |

CONFIDENTIAL

D- 00930  EDWARDS V HMMA

## 9. BC1 PRODUCTION REPORT (8/09 DAY)
### BUILD BASED ON: BODY COMPLETE 1



P- PRODUCTION
E - EQUIPMENT
O - OTHER

| TIME | WORK TIME | TARGET | ACT Total | D/T (MIN) | PROBLEMS | CAUSE | TYPE |
|---|---|---|---|---|---|---|---|
| 06:35~07:30 | 55 | 69 | 64 | 4 | No Units/No Floors- (4 m) | St#112 CM carrier #1 air pressure malfunctioning; Maint changed Festo Block and adj air pressure. | |
| 07:30~08:30 | 60 | 75 | 27 | 38 | No Units/No LH sides- (10 m)<br>Hwashin- (28 m) | St#707 has a pallet of NF outer reinforcements with damages to the B-post. Damaged parts are being removed from the areas they have reached.<br>Supplier of damaged NF outer reinforcements. | |
| 08:30~09:30 | 50 | 62 | 0 | 60 | No Units/No LH sides- (60 m) | Hwashin; Supplier of damaged NF outer reinforcements. | |
| 09:30~10:30 | 60 | 75 | 39 | 29 | No Units/No LH sides- (15 m)<br>No Units/BB- (3 m)<br>No Units/BB- (11 m) | Units coming very slow; Hwashin.<br>326 R1 pulled a cap; Maint replaced cap, shank, and holder.<br>329 L1 Wire burned into the feeder. | |
| 10:30~11:30 | 60 | 75 | 26 | 10 | No Units/No RH sides- (10 m) | St#706 sensor on shuttle was replaced; 707 R1 pulled a cap twice. | |
| 11:30~12:30 | 60 | 75 | 50 | 5 | No Units/No LH sides- (5 m) | St#711 CM carriers #1 and #2 clamps would not retract. | |
| 12:30~13:15 | 45 | 56 | 44 | 10 | No Units/No RH sides | St#711 NF turntable set pins would not advance; Bad Festo Block.  Taken offline for repairs. | |
| 13:15~14:15 | 50 | 62 | 50 | 10 | No Units/No RH sides | (Cont'd) HMC and Maint repairing previous problem at St#711. | |
| 14:15~15:15 | 60 | 75 | 12 | 40 | No Units/No RH sides- (35 m)<br>No Units/No LH sides- (5 m) | (Same as above.)<br>700 L2 Leoni cable was cut by a bolt hung on pallet. | |
| 15:15~16:15 | 50 | 62 | 25 | 30 | No Units/No LH sides- (7 m)<br>No Units/No LH sides- (23 m) | (Cont'd)  Slow cycle time.<br>700 L2 bad pick on CM reinf out of rack #24. | |
| 16:15~17:15 | 60 | 75 | 51 | 18 | No Units/No LH sides- (18 m) | | |
| | | | 12 | | | | |
| TOTAL = | 610 | 761 | 400 | 254 | | | |

CONFIDENTIAL

D- 00931  EDWARDS V HMMA



PLAINTIFF'S
EXHIBIT

51

| | |
|---|---|
| **From:** | Edwards Tammy R HMMA/Welding |
| **Sent:** | Thursday, July 27, 2006 6:09 PM |
| **To:** | Worley, Christopher R HMMA/Welding; /o=Autos/ou=First Administrative Group/cn=Recipients/cn=treybutler; Abrams, Kimberly V HMMA/Welding; An Joon Goo HMMA/Welding; Applegate, John HMMA/Plant Engineering; Binasio, Peter J HMMA/Welding; Blackburn, David C HMMA/QC; Bondy, Thomas H HMMA/Welding; Brookshire, James A HMMA/Stamping; Brown, Tommy L HMMA/Welding; Certain, Thomas A HMMA/PC; Chance, Toby A HMMA/Welding; Coats, Bryan H HMMA/QC; Cox, Kevin HMMA/QC; Craig Stapely; Culpepper, Stephen R HMMA/Welding; Gahafer Vincent P HMMA/Welding; George, Eric S HMMA/PC; Gilkey-Shuford, Yvette A HMMA/QC; Gillahan, Donald L HMMA/Plant Engineering; Glass, Dennis J HMMA/QC; Glen, Art; Golden, Gusta A HMMA/Welding; Griggs, Corey R HMMA/MES; Gulden, Evan P HMMA/PC; Guy, Stephen F HMMA/QC; Hatch, John W HMMA/Production Control; HMC; Horton, Elizabeth W HMMA/PC; James Brookshire; Jung, Ku Yong HMMA/PC; Kalson, John HMMA/Production Sub_Div; Katzenbach, Robert T HMMA/Welding; Kim Inhwa HMMA/Welding; Kitchens, Billy F HMMA/Welding; Kongchan, Kahn T HMMA/QC; Kosgi, Ravi S HMMA/Welding; Lancaster, J Jackson HMMA/MES; Lee, Chang Woo HMMA/MES; Magruder, Dawn HMMA/Welding; McRae, Sheri H HMMA/Welding; Mouton, Patrick J HMMA/QC; Nelson, Michelle HMMA/Welding; Olding, Zachary E HMMA/Welding; Park, Joowook HMMA/Welding; Park, Myung Hyun HMMA/Welding; Phomsavanh, Mylavanh Y HMMA/Welding; Pinkney, Troy B HMMA/Plant Engineering; Robertson, Tommie J HMMA/Welding; Rohlman, Maurice J HMMA/Stamping; S. H. Jeon; Seung, Jo Jeon ; Smith, Scott A HMMA/PC; Stapley, Craig E HMMA/Assembly; Stoddard, Pamela M HMMA/Welding; Swindle Michael W HMMA/Welding; Thomas, Kelly M HMMA/Welding; Thornton, Jason; Trull, Richard E HMMA/PC; Ulrich Keith A HMMA/Welding; Wegner, Bradley D HMMA/QC; White, Harry J HMMA/Welding; Williams, Keith K HMMA/QC; Williams, Richard A HMMA/MES |
| **Subject:** | D_T_Analysis 1 .xls |
| **Attachments:** | D_T_Analysis 1 .xls |

# BB - 601    BC1 - 597

| | Begin | Duration | Summary | Detail | Responsibility | Description | Comment | Action plan |
|---|---|---|---|---|---|---|---|---|
| 1 | 7/27/06 6:40 | 0:14:00 | A: BBBR | A: Equipment | B: Maintenance | D: Robot Issue | 319 L1 ground wire on quick connect cable was shorted. | Maint replaced wire. |
| 2 | ▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓ | A: Equipment | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ |
| 3 | 7/27/06 8:17 | 0:03:14 | A: BBBR | A: Equipment | B: Maintenance | J: Other | St#309 RH side gate did not turn completely to load position. | Maint moved gate manually. |
| 4 | ▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ |
| 5 | 7/27/06 9:47 | 0:04:37 | C: CRPB | A: Equipment | B: Maintenance | J: Other | No CRPB/Front rail clamp on NF carrier 806 was not made. | |
| 6 | ▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ |
| 7 | 7/27/06 10:51 | 0:03:56 | C: CRPB | A: Equipment | B: Maintenance | J: Other | No CRPB; 309-1 roof rail was not detected by part sensor. | |
| 8 | ▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ |
| 9 | 7/27/06 12:00 | 0:09:56 | A: BBBR | A: Equipment | B: Maintenance | J: Other | St#334 skids would not transfer to 3rd floor in storage. | |
| 10 | ▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ |
| 11 | 7/27/06 13:21 | 0:04:47 | A: BBBR | A: Equipment | B: Maintenance | D: Robot Issue | 326 R1 Limit Error. | |
| 12 | ▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ |
| 13 | 7/27/06 14:50 | 0:01:34 | A: BBBR | A: Equipment | B: Maintenance | D: Robot Issue | 309 L6 waiting in pounce mode. | Maint reset. |
| 14 | ▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ |
| 15 | 7/27/06 10:18 | 0:05:31 | D: Side LH | G: Part Shortage | I: Other | J: Other | No LH sides no CM SOPs. | |
| 16 | ▓▓▓▓▓▓ | ▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓▓▓▓▓ |
| 17 | 7/27/06 7:21 | 0:03:05 | E: Side RH | G: Part Shortage | B: Maintenance | J: Other | No RH sides/No CM SOP due to crash. | Being hand loaded. |

CONFIDENTIAL

D- 00758  EDWARDS V HMMA

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | No CRPB/CM cowls and front roof rail off location. | |
| 19 | 7/27/06 9:29 | 0:12:42 | C: CRPB | J: Part off location | B: Maintenance | I: Part off location | | |
| 21 | 7/27/06 13:38 | 0:09:26 | A: BBBR | K: Other | B: Maintenance | J: Other | St#328 VIN marker fault. | |
| 23 | 7/27/06 7:42 | 0:01:43 | D: Side LH | K: Other | I: Other | J: Other | No LH sides/Slow cycle time. | Waiting on LH sides. |
| 25 | 7/27/06 8:02 | 0:01:43 | D: Side LH | K: Other | I: Other | J: Other | No LH sides/Slow cycle time. | Waiting on sides. |
| 27 | 7/27/06 9:17 | 0:01:33 | D: Side LH | K: Other | H: Paint Dept | J: Other | No LH side/Slow cycle time. | Waiting on sides. |

CONFIDENTIAL

D- 00759  EDWARDS V HMMA

| 17:43 | FL | CR | SL | SR | RS |
|---|---|---|---|---|---|
| BB | BR | BC | BO | FD | RD | HT |

| IPU | 72 | OPU | 77 |
|---|---|---|---|
| IAT | 601 | OAT | 541 |
| TG | 824 | WBS | 27 | 30 |
| BBS | 59 | NVP | 613 |

CONFIDENTIAL

D- 00761  EDWARDS V HMMA

**Clevenger, Robert A HMMA/HR**

| | |
|---|---|
| From: | Bondy, Thomas H HMMA/Welding |
| Sent: | Thursday, May 03, 2007 1:04 PM |
| To: | Clevenger, Robert A HMMA/HR |
| Subject: | FW: Personal Business |

**PLAINTIFF'S EXHIBIT**

52

FYI, We may have to meet with Pamela too.

---

**From:** Culpepper, Stephen R HMMA/Welding
**Sent:** Thursday, May 03, 2007 10:03 AM
**To:** Bondy, Thomas H HMMA/Welding
**Subject:** Personal Business

Tom,

It has come to my attention that a malicious rumor concerning me and 2 of my Team Leaders has been circulating throughout the Body Shop. I have heard from a couple of Team Members (Rod Lewis, Jennifer Foster, Amber Kelley) that Pam Stoddard is the individual for beginning these rumors.

The rumor, as I understand it, is Pam witnessed Billy Kitchens and me sleeping at BC1 on the Sunday of April 15th. Also, it was said that she witnessed April Smith "leaning" on me and kissing me.

I have been told by Paul Dawson that she made several comments on Body Build Tuesday that reflected on her as the source of the rumor. As Paul tells it, she kept walking by him and making the comment "When you tell on somebody, you get in trouble for it yourself". I can only assume that she was referring to the fact that at that time, she was going to remain on Day Shift with me due to upcoming shift swaps and a conflict of interest regarding night shift CCR Operator Sheri McRae.

I can attest that all of that is false and bears absolutely no truth. On the day in question, Billy and I were very sick, and at break time, we did go the break area to rest. But we did not sleep, even on our scheduled break. As for April, the few minutes she did come down to BC1's break area, she was not even sitting at the same table as I was. April was actually one table behind me and several seats over.

Billy and I assisted Matt Koessel all morning while Matt made improvements to the fender jig at Station 511. Matt has a detailed report concerning this activity. Also, there were several other team members in the immediate area who can verify this. If there were any truth at all about this rumor, they would have seen it as well. For your reference, these are the team members who were present:

7/2007

CONFIDENTIAL                                         D- 00551  EDWARDS V HMMA

Page 2 of 2

Matt Koessel
Greg Haddux (Contractor)
Steve Gibbons
Craig Hay
Todd Webb
Geoff Cleveland
Latisha Tyus
Carl Savage

Also, if there were any truth to this, why is it now surfacing 2 weeks after the alleged incident took place?

I have heard Pamela make similar remarks in the past concerning other team members. I have personally heard her say things such as "Amber Kelley is not really pregnant, she just doesn't want to work". As you know, Amber is due to have twins very soon. I have also heard her say that Amber just pretended to be sick so she could go to a Troy University homecoming game. Again, Amber brought a doctor's excuse (pregnancy related) for that day.

It seems to me that Pam has a history of spreading rumors about team members who work in the Body Shop. I have heard many complaints from other team members regarding this, but I have never been able to find anything "concrete" to substantiate it.

It is my belief that this is a personal attack from Pam directed at me as retaliation for her perceptions as to why she was going to change shifts. I also believe this is just now surfacing due to the recent termination of her good friend, Ronald Mitchell.

Best regards,

Stephen Culpepper
Group Leader, Welding Dept.
Hyundai Motor Manufacturing, LLC
sculpepper@hmmausa.com
Cell # 334-296-5535

/7/2007

CONFIDENTIAL

| (Hyundai logo) HYUNDAI | TEAM RELATIONS MEMO | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Hyundai Motor Manufacturing Alabama | Owner: Team Relations | |
| Revision Date: 05/26/06 | | Revision Level: 02 |

**TO:** Audie Swegman

**FROM:** Barry Jackson

**DATE:** August 31, 2007

**SUBJECT:** Steve Culpepper

**CC:** Rob Clevenger

*Present*
*Rick*
*Audie*
*Rob*
*James*
*Wendy*
*Barry*
*John*

PLAINTIFF'S
EXHIBIT
*53*

Summary:

### Interview conducted by TR Barry Jackson with AM Vince Gahafer

On Monday, August 20, 2007, I was requested to attend a meeting with Manger, Tom Bondy and AM, Vince Gahafer at 4:30 pm in the Body Shop. Before I arrived at the meeting I received a phone call from Tom who stated that he would not be attending, but Vince would be there to provide the information. Once I arrived, Vince told me that he was told by TM, Billy Kitchens that GL Steve Culpepper told him (Billy) that he (Steve) had broken into Vince and Chris' desk and got a file that contained timesheets and gate scan information on former IL April Smith (April is reportedly involved in a relationship and planning to marry Steve in October, but Steve has denied this relationship on several occasions when asked by Legal and Management) and made a copy of the information. Billy went on to say that Steve said he was going to try to set Vince and Chris up to be fired, even if he had to do it with a tape recorder.

I asked Vince why he thought Steve would do this and he stated that Steve thought Chris and he were out to get April Smith fired by starting a case on her. Vince went on to say that the rumor in the shop was they (Steve and April) were going to get married in October and he being Steve's AM had asked him on two separate occasions in the past if he was dating April and on both occasions Steve told him "no" they were just friends.

Vince also stated the following sequence of events:

| Friday 8/10 | April received a Phase 1 for Performance |
| Saturday 8/11 | Billy called Vince to tell him what Steve had just told him that he got the file out of the desks of Vince and Chris. |
| Monday 8/13 | April reports off from work. |
| Tuesday 8/14 | April reports off from work. |
| Wednesday 8/15 | April reports to work and request to Tom to step down from her TL positions because of her blood pressure. |
| Thursday 8/16 | April was terminated. |

| ![HYUNDAI logo] **HYUNDAI**<br>Hyundai Motor Manufacturing Alabama<br>Revision Date: 05/26/06 | **TEAM RELATIONS MEMO**<br>Owner: Team Relations | HR-AL-HR-TR-F-00002<br>Revision Level: 02 |
|---|---|---|

Vince said he thought Steve went in the desk looking for information on April. Once he found the file he made a copy and informed April. After hearing this, she didn't know what was going on so she didn't come to work for two days, but when she did return back to work she got with the Manger to request stepping down from the TLs position.

Vince then went on to say that TMs Billy Kitchens and Mike Sandusky were going to be in the wedding in October. He also wants something to be done to Steve for lying and going into their desk getting information that he was not privileged to.

I (Barry) informed Vince that we would see if Tom had anything else to add and we would pass this information on to the Legal Department.

**Interview conducted by Manager Tom Bondy with GL Stephen Culpepper (TR Will Ware present)**

On Tuesday August 21, 2007 at approximately 2:35 pm, Tom Bondy and I (Will) met with Stephen Culpepper, concerning him entering GL Chris Worley's desk.

Tom began the conversation by stating that he heard complaints and has evidence that implicates Steve going through Chris Worley's desk and making copies of some of Chris's files. Tom went on to say that this took place during the last weekend that April Smith worked at HMMA.

Tom stated, "I want you to tell me your side of the story before I have to go on the information that I already have." Tom urged him to tell him why he went through the files.

Stephen said, "I went into Chris's desk looking for a walk back." He stated while he was in Chris's desk he looked at April's file and saw something that was disturbing." Steve then admitted to making copies of the some of the files content.

Steve also admitted that there was a conflict of interest, but he did not feel comfortable with some of the things he saw in the file; therefore, he did not question Chris or Vince about its contents.

Tom stated that there are cameras in the shop and that he just wanted Steve to have the opportunity to come clean. Tom went on to explain that Steve going through Chris's files caused a breach of trust and credibility. Tom went on to elaborate that Steve's sister works in Welding and that some of April's friends work in Welding, which brought him to the question: "What if one of these people had a discipline issue, to what extent would you try to help them? Tom stated that we (MGMT) need to find out where it stops.

D- 00513  EDWARDS V HMMA

| ![Hyundai] HYUNDAI<br>Hyundai Motor Manufacturing Alabama | TEAM RELATIONS MEMO | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date: 05/26/06 | Owner: Team Relations | Revision Level: 02 |

In closing, Steve said that curiosity had gotten the best of him and that he was sorry for the events that had transpired.

### Conclusion:

It can be determined by Steve Culpeper's admission that he went in his AM Chris Worley's desk without authorization and obtained confidential information on former TL April Smith. Steve stated that he went into the desk looking for production paper work, but he made copies of documents pertaining to April.

Manager Tom Bondy's recommended to Team Relations was to close this case out because they had worked things out in the department.

### Policy:

Serious Misconduct Policy

**1.0)    PURPOSE**

The intent of this policy is to define the steps that will be taken when it is believed that a Team Member has committed a Serious Misconduct violation.

**2.0)    POLICY**

HMMA requires a high degree of personal integrity from its Team Members. There are certain things a person can do that by nature are so serious that they place him/her outside of the "Corrective Action Policy." When a person commits one of those actions against HMMA and/or his/her fellow Team Members, he/she may be terminated from employment.

**3.0)    GENERAL PROVISIONS**

In Serious Misconduct cases where it is determined that termination is not appropriate, the Team Member will receive a Serious Misconduct Letter which will remain in the Team Member's file for 36 months. Upon issuance of a Serious Misconduct Letter, the affected Team Member, group leader, team member relations representative, manager-team member relations and the appropriate management team member will have a formal meeting. Following this meeting, the Team Member will develop an action plan and make a written commitment to successfully implement that plan.

CONFIDENTIAL

| ![HYUNDAI] Hyundai Motor Manufacturing Alabama | TEAM RELATIONS MEMO | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date:  05/26/06 | Owner: Team Relations | Revision Level:  02 |

Listed below are some examples but is not an all-inclusive list of activities that constitute Serious Misconduct at HMMA:

- Serious and excessive violations of HMMA's attendance program.
- Serious and excessive violations of HMMA's performance standards.
- Threatening or fighting on HMMA's premises or while conducting business away from the plant.
- Disclosing, misusing or removing from the premises any HMMA or fellow Team Member's property unless authorized.
- Use, possession, sale, transfer of or being under the influence of illegal drugs, alcohol or any other intoxicating substance at any time on HMMA property. Gifts of alcohol and/or coolers containing alcohol are also prohibited at HMMA.
- Deliberate damage to HMMA property or the property of a fellow Team Member.
- Intentionally misrepresenting or falsifying any information concerning employment or any report or HMMA record.

Engaging in any form of discrimination in the workplace, including racial or sexual harassment of a fellow Team Member or harassment by a person in

- a supervisory position of a Team Member under the supervisor's authority.
- Insubordination, including refusing to perform a work assignment or refusing to follow direction of HMMA Security or Safety personnel.
- Deliberately trying to conceal serious quality problems in HMMA products.
- Deliberately using unsafe work practices that might seriously jeopardize the health or safety of the Team Member or a fellow Team Member.
- Use, possession, sale or transfer of a weapon at any time on HMMA property.
- Engaging in illegal activities such as gambling or trafficking stolen goods.
- Deliberately violating HMMA's Solicitation and Distribution Policy.
- Deliberately spreading false or malicious rumors or slandering or libeling a fellow Team Member, HMMA or an HMMA product.
- Leaving the plant without proper authorization (note: this is also considered a voluntary resignation).
- Chronic violations of HMMA's Safety Rules or Procedures.
- Willful violations of HMMA's Lockout/Tagout, Confined Space Procedures or other situations where the violation places the Team Member or others in immediate danger.

4.0)    PROCEDURES

CONFIDENTIAL

| ![Hyundai Logo] HYUNDAI<br>Hyundai Motor Manufacturing Alabama | TEAM RELATIONS MEMO | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date: 05/26/06 | Owner: Team Relations | Revision Level: 02 |

When the manager and/or the group leader determines that a Team Member has committed a Serious Misconduct violation, the following procedures are to be followed.

4.1) The group leader and the manager will contact the manager of team member relations to discuss the details of any alleged Serious Misconduct violation.

    4.2.1) The manager of team member relations will coordinate all investigations.

    4.2.2) The manager and/or group leader of the department will conduct an investigation regarding a Serious Misconduct violation with a member of the team member relations section in attendance.

    4.2.3) After evaluation of the facts, the Team Member may be suspended pending further investigation or be allowed to continue to work until the investigation is concluded.

4.3) All the results from the investigation will be given to the manager of team member relations for review and comparison to HMMA's policy and past practice in similar situations.

4.4) The manager of team member relations will present the results of the investigation to the director of manufacturing, manager of employment.

4.5) If it is determined that the Team Member will be returned to work from suspension with less than a Serious Misconduct Letter, the Team Member will be paid for all missed time with no adverse impact.

4.6) If the decision is to give the Team Member a Serious Misconduct Letter:

    4.6.1) The team member relations manager will set up a meeting with the Team Member's department manager and team member relations representative to inform the Team Member of the decision not to terminate his/her employment.

    4.6.2) The Team Member's department manager will at that time present the Serious Misconduct Letter to the Team Member.

    4.6.3) The Team Member is required to write a commitment letter by the end of his/her shift the following business day.

CONFIDENTIAL

| ⬡ **HYUNDAI**<br>Hyundai Motor Manufacturing Alabama | **TEAM RELATIONS MEMO** | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date:  05/26/06 | Owner: Team Relations | Revision Level:  02 |

4.6.4) If the Team Member is returning from a suspension he/she will not be paid for any of the time during suspension. However, the Team Member will not lose any of his/her benefits during the time of the suspension.

4.6.5) The director of Human Resources must approve any exceptions to the Policy.

4.7) If the decision is to terminate

4.7.1) The manager of team member relations will set up a meeting with the manager of employment, department manager, team member relations representative and the Team Member in question.

4.7.2 ) The employment manager will notify the Team Member of his/her termination.

4.7.3) The terminated Team Member will then be escorted of the property by security.

**Past Practice:**

HMMA's past practice indicates one case that involved disclosing, misusing or removing from the premises any HMMA or fellow Team Members' property unless authorized and it resulted in termination.

| ▓ | QC | 11-May-04 | Theft | |
|---|---|---|---|---|

**Team Member Review Board:**

This case is eligible for review but, there haven't been any cases reviewed to date that concern a Team Member disclosing, misusing, or removing from the premises any HMMA or fellow Team Member's property unless authorized to do so.

D- 00517  EDWARDS V HMMA

| HYUNDAI | Team Relations Memo | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Hyundai Motor Manufacturing Alabama | | |
| Revision Date: 9-Sept-04 | Owner: Team Relations | Revision Level: 00 |

**TO:**     Rob Clevenger

**FROM:**   Barry Jackson

**DATE:**   August 21, 2007

**SUBJECT:** Steve Culpepper

**CC:**

*[handwritten notes at top right:]*
+ No proof
+ He said, he said ..
+ SC - stated to TB, AP + AC no violation of Policy
+

On Monday, August 20, 2007 I was requested to attend a meeting with Manger Tom Bondy and AM Vince Gahafer at 4:30 pm in the Body Shop. Before I arrived at the meeting I received a phone call from Tom who stated that he would not be attending, but Vince would be there to provide the information. Once I arrived Vince told me that he was told by TM Billy Kitchens that GL Steve Culpepper told him (Billy) that he (Steve) had broken into Vince and Chris' desk and got a file that contained timesheet and gate scan information on former TL April Smith and made a copy of the information. Billy went on to say that Steve said he was going to try to set Vince and Chris up, even if he had to do it with a tape recorder.

I asked Vince why does he think Steve would do this and he stated that Steve thought Chris and he were out to get April Smith fired by starting a case on her. Vince went on to say that the rumor in the shop was they (Steve and April) were going to get married in October and he being Steve's AM had asked him on two separate occasions in the past if he was dating April and he told him no they were just friends on both occasions.

Vince also stated the following:
| | | |
|---|---|---|
| Friday 8/10 | April received a Phase 1 for Performance |
| Saturday 8/11 | Billy called Vince to tell him what Steve had just told him that he got the file out of the desks of Vince and Chris. |
| Monday 8/13 | April reports off from work. |
| Tuesday 8/14 | April reports off from work. |
| Wednesday 8/15 | April reports to work and request to Tom to step down from her TL positions because of her blood pressure. |
| Thursday 8/16 | April was terminated. |

I (Vince) think Steve went in the desk looking for information on April. Once he found the file he made a copy and informed April. After hearing this, she didn't

| ![Hyundai logo] HYUNDAI<br>Hyundai Motor Manufacturing Alabama | Team Relations Memo | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date:  9-Sept-04 | Owner: Team Relations | Revision Level:  00 |

know what was going on so she didn't come to work for two days, but when she did return back to work she got with the Manger to request stepping down from the TL's position.

Vince then went on to say that TM Billy Kitchens and Mike Sandusky were going to be in the wedding in October.  He also wants something to be done to Steve for lying and going into their desk getting information that he was not privileged to.

I informed Vince that we would see if Tom had anything to add and we would pass this information on to the Legal Department.

Meeting w/ Bondy

* Se what c y dun 10/r - like u c e--- z -- wedding
* No Invites - just verbal
* Had c cuple f st dows of h-- - dwieD

CONFIDENTIAL

D- 00519  EDWARDS V HMMA

| HYUNDAI | TEAM RELATIONS MEMO | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Hyundai Motor Manufacturing Alabama | | |
| Revision Date: 05/26/06 | Owner: Team Relations | Revision Level: 02 |

**TO:**         Rob Clevenger

**FROM:**      William Ware

**DATE:**      August 14, 2007

**SUBJECT:**   Steve Culpepper

**CC:** Barry Jackson,

Interview with Tom Bondy, William Ware, Stephen Culpepper

Today at about 2:35, Tom Bondy and I met with Stephen Culpepper, concerning him going GL Chris Worley's desk.

Tom began the conversation by stating that he heard complaints and has evidence that implicates Steve of going through Chris Worley's desk and making copies of some of Chris's files. Tom went on to say that this took place during the last weekend that April Smith worked at HMMA.

Tom stated, "I want you to tell me your side of the story before I have to go on the information that I already have." Tom urged him to tell him why he went through the files.

Stephen said, "I went into Chris's desk looking for a walk back." He stated while he was in Chris's desk he looked at April's file and saw something that was disturbing." Steve then admitted to making copies of the some of the files content.

Steve admitted that there was a conflict of interest, but he did not feel comfortable with some of the things he saw in the file; therefore, he did not question Chris or Vince about its contents.

Tom stated that there are cameras in the shop and that he just wanted Steve to have the opportunity to come clean. Tom went on to explain that Steve going through Chris's files caused a breach of trust and credibility. Tom went on to elaborate that Steve's sister works in Welding and that some of April's friends work in Welding, which brought him to the question: "What if one of these people had a discipline issue, to what extent would you try to help them? Tom stated that we (MGMT) need to find out where it stops.

In closing Steve said that curiosity had got the best of him and that he was sorry for the events that had transpired.

CONFIDENTIAL

| ⬿ **HYUNDAI**<br>Hyundai Motor Manufacturing Alabama | **TEAM RELATIONS MEMO** | HR-AL-HR-TR-F-00002 |
|---|---|---|
| Revision Date:   05/26/06 | Owner: Team Relations | Revision Level:  02 |

Steve apologized and asked for a second chance to redeem himself. Tom stated that trust is earned and that he could begin tonight by speaking to Vince Gahafer and Chris Worley about what happened. Tom then called Chris and Vince and told them to come into work early, so that Steve could talk to them.

CONFIDENTIAL

PLAINTIFF'S
EXHIBIT
54

Interview with Joseph Craig Hayle

Craig was working on fender jig and had stomach virus, He attempted to go home but Steve denied b/c he was the only person for that job. Craig stated that the two were at a table together, however, he did not see anything inappropriate (did not see April's head on Steve's shoulder)

Possible witnesses Matt K., Todd, Fish, Steve, Geoff C.

Craig wonders why this took so long to come out

Craig Hay    5/3/07

CONFIDENTIAL

3:35pm  5:207        STEVE GIBBONS

THEY LEFT OVER AT THE TABLE, I DON'T KNOW
IF THEY WERE SLEEPING OR NOT.

WE WERE AT STATION 5, 11, 12. LEFT HAND
SIDE

THEY HAD THEIR BACKS TO ME

IT WAS ME TODD WEBB, JEFF
SOME OF THE JIG TEAM WAS HERE,
DAYSHIFT GUYS

MATT KESOLE

Stephen C Sibley

5.20.07 | 3:35pm    Pam Stoddard

Sunday morning 6 to kit went in for TPM at around 12p or 12:30 sic. there standing by body build, Craig Hay and I (respot) Charles Harris

I asked where Steve Culpepper was. Craig said they all back there asleep

45-1:15 | I walked back to the break room (b/c on back side) Steve had his head down facing April Smith her head was down also facing Steve. There was no space between them. It looked like they were kissing. (looked liked like)

I said excuse me. April raised up. I asked for the keys. She gave me the keys. Steve made a noise I assumed to wake Billy Kitchen he didn't move

Steve and April were awake but still staring at me

I came back and Billy was still asleep. Charles called me and asked if I had a camera because Billy was still still asleep

Monday the other TM's asked me if I saw it. I said yes. I was asked if they were kissing. I said it looked like it.

CONFIDENTIAL

I WERE DOWN TO THE FLOOR ABOUT 7:35 AM.
AS I MET APRIL GOING TO THE TOOL ROOM.
I SAID I NEED YOUR ATTENDANCE. SHE SAID
IF I DON'T SEND YOU ANYTHING THEN I
DON'T HAVE ANYTHING. I SAID HOW DO I
KNOW IT WASN'T FORGOTTEN. SHE SAID I JUST
DON'T HAVE ANYTHING.

(SHE AGGITATED)

I ASK ABOUT THE ETT NUMBER, SHE SAID THEY ARE
ON THE CHART. I ASKED HER IF SHE HAD
HAD A PROBLEM WITH ME. SHE SAID WHAT THE
FUCK DO YOU THINK. I SAID ITS NOT MY FAULT
STEVE IS GOING TO THE OTHER SHIFT. SHE WALKED
INTO THE TOOL ROOM, I SAID ARE YOU GOING
TO SEND ME THOSE NUMBERS AND SHE SAID LEAVE
ME THE FUCK ALONE.
KEEP MY NAME OUT YOUR FUCKIN MOUTH

I SAW APRIL STANDING AGAINST A POLE IN B/C
(NORTH) AND STEVE FACING HER WITH HIS HANDS
OVER HER HEAD 12 INCHS OF SPACE

Pamela M. Stoddard
5-2-07

CONFIDENTIAL

5-2-07     4:30p   BILLY KITCHEN

There was no one sleeping. I called Steve and said I wasn't coming in. I didn't feel good.

Steve said he needed me to come in. I told him I would but I wouldn't stay cause I was sick.

I took a break, about 15 minutes then went back to work. I wasn't sleeping.

I was sitting in my desk chair, Steve and April was there sitting at the break table but Steve may have had his head down.

I was talking to them. There was maybe a stall between them.

What Steve does with April, what they've done I don't know. Its not professional what he's done, goin to lunch and such.

Now I was lookin at them and they wasn't close enough to be touchin.

Billy Kitchen        5-2-07

CONFIDENTIAL

# HYUNDAI

Hyundai Motor Manufacturing Alabama

**Weekly Overtime Report**

For Reference Only

Rev Date: 04/03/2006

Revision Level: 00

Work Week (date(s)): _12/18/06_ to _12/24/06_

Page _1_ of 1

Dept: Body Welding

Cost Ctr: _MXBXC1_    Owner: Welding

Pay Period: _1st Shift_    20

*Handwritten note:* This timesheet is actually for wk 01/01. It was dated wrong by TH, but was sent to HR with the others that were dated 01/01

**PLAINTIFF'S EXHIBIT 55**

| Name | Date TM # | Mon 18-Dec Act. | Tues 19-Dec Act. | Wed 20-Dec Act. | Thurs 21-Dec Act. | Fri 22-Dec Act. | Sat 23-Dec Act. | Sun 24-Dec Act. | Totals Act. | Exception |
|---|---|---|---|---|---|---|---|---|---|---|
| Eric Boone | 100463 | | 2.25 | 2.25 | 2.25 | 2.00 | | | 8.75 | |
| Willie Wright | 100552 | | | 2.25 | | 2.00 | | | 8.25 | |
| Dana Kincade | 101097 | | 2.00 | 2.00 | 2.00 | 2.00 | | | 8.00 | |
| Brandon Shumate | 101120 | | 2.00 | 3.00 | 2.00 | 2.00 | | | 9.00 | |
| David Crum | 101297 | 8.00 | 2.00 | 2.00 | 2.00 | 2.00 | | | 16.00 | |
| David Young | 102241 | 10.50 | 2.00 | 1.00 | 1.50 | 2.00 | 5.25 | | 22.25 | |
| Bobby Floyd | 102291 | | 2.00 | 2.50 | 1.00 | 1.00 | | | 6.50 | |
| James Nicholson | 102343 | | 2.00 | 2.00 | 2.00 | 2.00 | | | 8.00 | |
| Brandon Simmons | 102367 | | 2.00 | 1.00 | 2.00 | 2.00 | | | 8.00 | |
| Teresa Smith | 102828 | 8.00 | 2.00 | 2.00 | 2.00 | 2.00 | | | 16.00 | |
| Henry Barber | 103031 | | 1.00 | 2.00 | 2.50 | | | | 6.50 | |
| Matthew Ash | 103201 | | 1.00 | 1.00 | 1.00 | 1.00 | | | 4.00 | |
| Tracy Williams | 103286 | 8.00 | 2.50 | 2.50 | 3.00 | 2.00 | | 8.00 | 28.00 | |
| Simon Ritchie | 103354 | | 2.00 | 2.00 | 2.00 | | | | 8.00 | |
| | | | | | | | | | 0.00 | |
| | | | | | | | | | 0.00 | |
| | | | | | | | | | 0.00 | |
| | | | | | | | | | 0.00 | |
| | | | | | | | | | 0.00 | |
| **TOTALS** | | 52.50 | 49.00 | 53.25 | 52.25 | 48.75 | 0.00 | 45.50 | 297.25 | |

V8 - Vacation Day
V/4 - Half Vacation Day
S - Short Term Disability
B - Bereavement (relation)**

A - Accident/Worker's Comp
F - Family Medical Leave
T - Training
P - Personal Leave (unpaid)**

Physician's note required for medical absences of more than 3 days.

Group Leader/Asst. Mgr./Manager Signature: _(signature)_    Date: _1-8-07_

CONFIDENTIAL

HR-AL-HR-SOP-F-00023  Revision Level  00

**Hyundai Motor Manufacturing Alabama**

Dept/Team: BODY WELDING/GC2 & BC3

Pay Period End Date: 13-Jan-06

Shift: Coal Ctr. 1003XCI

Pay Period: 2

PRODUCTION & MAINTENANCE — HOURLY ONLY — TOTAL TEAM LEADER, HOURLY SUPPORT

| Name | TM Initials | TM # | Monday 8-JAN | Tuesday 9-JAN | Wednesday 10-JAN | Thursday 11-JAN | Friday 12-JAN | Saturday 13-JAN | Sunday 14-JAN | TOTAL | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Eric Boone | EB | 100463 | 2.00 | 1.30 | 1.30 | 1.50 | 2.00 | | | 8.10 | |
| Jerry Williamson | JW | 100551 | 2.30 | 1.00 | 1.50 | 1.50 | 2.00 | | | 8.30 | |
| Willie Wright | WW | 16552 | 2.30 | 1.00 | 1.00 | 1.50 | 2.00 | | | 7.80 | |
| Brenda Hooks | BH | 101010 | 2.00 | 1.00 | 1.00 | 1.50 | 2.00 | | | 7.50 | |
| Dixie Kincade | DK | 101097 | 2.00 | 1.00 | 1.00 | 1.30 | 0.00 V8 | | | 5.30 | VACATION |
| Fabian Parker | FP | 101108 | 1.00 | 1.30 | 1.50 | 1.30 | 1.00 | | | 6.10 | |
| Brandon Shumate | BS | 101120 | 0.00 V8 | 0.00 | 1.50 | 0.80 | 1.00 | | | 4.30 | VACATION |
| Ajeet Smith | AS | 101123 | 3.00 | 5.30 | 3.00 | 2.50 | 3.00 | | | 16.30 | |
| David Owen | DO | 101207 | 2.00 | 1.00 | 1.00 | 1.30 | 2.00 | | | 7.30 | |
| Ben Dukanski | BD | 102129 | 2.00 | 1.00 | 1.00 | 1.20 | 2.00 | | | 7.30 | |
| David Young | DY | 102241 | 2.00 | 1.00 | 1.00 | 1.30 P8 | 2.00 | | | 7.80 | |
| David Barber | DB | 102248 | 2.00 | 1.00 | 1.00 | 0.00 P4 | 1.00 P8 | | | 3.00 | UNSCH, PER-4 HRS, 7/08 & 6BRS, 1/11 |
| Bobby Floyd | BF | 102291 | 2.00 | 1.00 | 6.00 | 1.30 | 1.30 | | | 8.60 | |
| Ralston McDonald | RS | 102330 | 2.00 | 1.00 | 1.00 | 1.30 | 2.00 | | | 7.30 | |
| James Nicholson | JN | 102343 | 2.00 | 1.00 | 1.00 | 1.20 | 2.00 | | | 7.20 | |
| Eldonwy Robbins | ER | 102381 | 2.50 | 1.00 | 1.00 | 1.00 | 1.00 | | | 6.40 | |
| Brandon Simmons | BS | 102387 | 2.30 | 2.00 | 1.30 | 1.30 | 2.00 | | | 8.80 | |
| Derrick Frazier | DF | 102792 | 2.00 | 1.00 | 1.00 | 1.30 | 2.00 | | | 7.30 | |
| Teresa Smith | TS | 102828 | 2.50 | 1.00 | 1.00 | 1.30 | 2.00 | | | 7.50 | |
| Barney Bass | BB | 102897 | 2.50 | 1.00 | 1.30 | 1.30 | 2.00 | | | 7.40 | |
| Henry Barber | HB | 103031 | 2.00 | 1.00 | 1.00 | 1.30 | 2.00 | | | 7.30 | |
| Godfrey Cleveland | GC | 103130 | 2.00 | 1.00 | 1.00 | 1.50 | 2.00 | | | 7.50 | |
| Mathew Ash | MA | 103201 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | | | 6.00 | |
| Tedd Webb | TW | 103280 | 2.80 | 2.50 | 2.00 | 2.00 | 2.00 | | | 11.30 | |
| Titus Williams | TW | 103208 | 2.80 | 2.50 | 2.50 | 1.50 | 2.00 | | | 10.80 | |
| Eff Martin | EM | 103514 | 2.00 | 0.00 P8 | 1.30 | 1.30 | 2.00 | | | 6.30 | |
| Scotty Patterson | SP | 103590 | 2.50 | 2.00 | 1.00 | 1.50 | 2.00 | | | 9.50 | |
| Simon Ritchie | SR | 103334 | 1.00 | 1.00 | 1.30 | 1.30 | 2.00 | | | 7.20 | UNSCHD. |
| | | | | | | | | | | 0.00 | |

Manager Signature:

H.O.D Signature:

ENTERED BY: (handed)

Page 1 of 1

CONFIDENTIAL

D- 00532  EDWARDS V HMMA

REPORT - FOR - HRLY ONLY

PRODUCTION & MAINTENANCE, &TM& TEAM LEADER,
ADMIN ASSISTANT, TECHNICIAN & SUPPORT
Owner, Manager, Benefits & Payroll

Hyundai Motor Manufacturing Alabama

Rev Date:

HR-AL-HR-SOP-F-00023    Revision Level: 00

Dept/Team: BODY WELDING/BO2 & BO3

Shift    Cost Ctr: MX9XC4    Pay Period: 2

| Name | TM # | Rec'd Date | Monday JAN 15 | Tuesday JAN 16 | Wednesday JAN 17 | Thursday JAN 18 | Friday JAN 19 | Saturday JAN 20 | Sunday JAN 21 | TOTAL OT 68A TEAM | TOTAL EXCEPT | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Willie Wright | 100552 | | H | 2.20 | 2.20 | 2.00 | 2.00 | | | 8.40 | | |
| Dora Kinsale | 100097 | | H | 1.70 | 1.60 | 1.00 | 0.00 | | | 4.60 | | |
| Brandon Sturniale | 101105 | | H | 2.00 | 2.00 | 1.80 | 2.00 | | | 7.80 | | |
| David Dunn | 101297 | 6.30 | H | 2.00 | 0.00 | 1.80 | 2.00 | | | 12.10 | | Unattractivess |
| David Young | 102241 | 6.30 | H | 1.70 | 1.80 | 1.00 | 0.00 | 4.00 | | 14.80 | | |
| Bobby Floyd | 102591 | | H | 1.30 | 1.30 | 1.00 | 1.00 | | | 4.60 | | |
| Jamie McMahon | 102343 | | H | 1.90 | 1.80 | 1.00 | 0.00 | | | 4.70 | | |
| Brandon Simmons | 102307 | | H | 2.00 | 2.00 | 1.00 | 0.00 | | | 6.00 | | VACATION 1910 |
| Teresa Smith | 102828 | | H | 1.80 | 1.80 | 1.00 | 1.00 | | | 2.80 | | VACATION 1916 |
| Henry Beeler | 103351 | | H | 1.70 | 2.00 | 1.00 | 1.00 | | | 4.70 | | |
| Matthew Ash | 103251 | | H | 1.00 | 1.00 | 1.00 | 1.00 | | | 4.00 | | |
| Tracy Williams | 102268 | 6.30 | H | 1.70 | 1.00 | 1.00 | 1.00 | 4.00 | | 16.00 | | |
| Scotty Patterson | 103350 | 6.30 | H | 2.00 | 2.00 | 1.20 | 0.00 | 4.00 | | 15.30 | | |
| | | | | | | | | | | 0.00 | | |
| | | | | | | | | | | 0.00 | | |

Manager Signature:

H.O.D Signature:

ENTERED BY: (Required)

*Shirley Clopton* 1-30-07

# HYUNDAI

Hyundai Motor Manufacturing Alabama

WEEKLY EXCEPT. ☑ OVERTIME / PRODUCTION PLANT FOR HOURLY ONLY /
ADMIN ASSISTANT, TECHNICAL SUPPORT

Owner: Manager: ASSISTANT, TECHNICAL SUPPORT

HR-AL-HR-SOP-F-00023

Revision Level: 00

Work Week (Dates): From 1/22/07  To

Dept/Team BODY WELDING/B02 & 603    Cost Ctr: MX6XCA    Shift    Pay Period: 2

| Name | T/M # | Date | Monday Jan. 22 | Tuesday Jan. 23 | Wednesday Jan. 24 | Thursday Jan. 25 | Friday Jan. 26 | Saturday Jan. 27 | Sunday Jan. 28 | Total | OT Exp / Non | Reason |
|------|-------|------|---------|---------|-----------|----------|--------|----------|--------|-------|---------------|--------|
| Willie Wright | 10552 | | 2.20 | 2.20 | 1.00 | 1.00 | 1.00 | | | | EXCEPT | |
| Dura Kincaide | 101097 | | 1.00 | 1.40 | 0.80 | 2.00 | 2.0 | | | | | |
| Brandon Shumate | 101120 | | 1.50 | 1.00 | 1.00 | 1.00 | 2.00 | | | | | |
| David Crum | 101297 | | 1.00 | 1.40 | 0.80 | 2.00 | 1.20 | | | | | |
| David Young | 102241 | | 1.50 | 1.00 | 1.00 | 0.70 | 0.40 | | | | | |
| Bobby Floyd | 102291 | | 1.30 | 1.30 | 0.30 | 0.00 | 0.00 | | | | | |
| James Nicholson | 102343 | | 1.50 | 1.00 | 1.00 | 0.70 | 0.40 | | | | | |
| Brandon Simmons | 102367 | | 2.00 | 1.0 | 2.00 | 0.70 | 0.40 | | | | | |
| Teresa Smith | 102828 | | 1.60 | 1.00 | 1.00 | 0.70 | 0.40 | | | | | |
| Henry Barber | 103031 | | 1.50 | 1.00 | 1.00 | 0.70 | 0.40 | | | | | |
| Matthew Ash | 103201 | | 1.00 | 1.00 | 0.30 | 1.00 | 0.40 | | | | | |
| Tracy Williams | 103258 | | 2.00 | 1.00 | 1.50 | 0.70 | 0.40 | | | | | |
| Scotty Patterson | 103350 | | 1.50 | 1.00 | 2.00 | 0.70 | 0.40 | | | | | |
| | | | 37.40 | 30.70 | 27.60 | 24.20 | 16.50 | | | | | |

Manager Signature:

H.O.D Signature:

# HYUNDAI
Hyundai Motor Manufacturing Alabama
Rev Date: 12-Dec-05

## WEEKLY EXCEPTION /OVERTIME REPORT
## PRODUCTION & MAINTENANCE TALLY, TEAM LEADER, ADMIN ASSISTANT, TECHNICAL SUPPORT
OWNER: MANAGER, BODYWELD & PAYROLL

HR-AL-HR-BOP-F-00023
Revision Level: 00

Work-Week (Date): From 1/28/07 To 2/4/07
Dept/Team: BODY/WELD/W&E2 & BC3

| Name | Date/Title # | Monday Jan.28 | Tuesday Jan.29 | Wednesday Jan.30 | Thursday Jan.31 | Friday Feb.1 | Saturday Feb.2 | Sunday Feb.3 | TOTAL | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Joey Williamson | 100583 | 2.20 | 2.00 | 1.80 | 2.00 | 0.00 | | | 8.00 | |
| Willie Wright | 100562 | 2.20 | 2.00 | 1.80 | 2.00 | 0.0 | | | 8.00 | |
| Brenda Hooks | 101016 | 1.70 | 0.40 | 0.50 | 0.60 | 0.0 | | | 5.00 | |
| Dura Kincaide | 101097 | 2.00 | 0.40 | 1.00 | 0.50 | 0.00 | | | 3.90 | |
| Fabian Parker | 101109 | 2.00 | 0.40 | 0.50 | 0.50 | 0.00 | | | 3.40 | |
| Brandon Shumate | 101120 | 2.00 | 2.00 | 1.70 | 2.00 | 0.00 | | | 7.70 | |
| April Smith | 101123 | 3.30 | 2.00 | 2.50 | 2.50 | 2.00 | | | 12.30 | |
| David Crum | 101297 | 1.70 | 2.00 | 1.80 | 0.70 | 0.00 | | | 6.20 | |
| Ben DeJarnett | 102129 | 2.00 | 0.40 | 0.60 | 0.50 | 0.00 | | | 3.40 | |
| David Young | 102241 | 2.00 | 0.40 | 0.50 | 0.50 | 0.00 | | | 3.40 | |
| David Barber | 102248 | 0.00 | 0.80 | 0.00 | 1.80 | 0.00 | | | 0.00 | 17.35 worked 2 hrs 1430-unexc. Unpaid |
| Bobby Floyd | 102291 | 1.30 | 0.80 | 0.00 | 0.60 | 0.00 | | | 3.50 | |
| Ralston McDonald | 102330 | 2.00 | 0.40 | 0.50 | 0.50 | 0.00 | | | 3.40 | |
| James Nicholson | 102343 | 2.00 | 0.40 | 0.50 | 0.50 | 0.00 | | | 3.40 | |
| Elkenney Robbins | 102364 | 1.00 | 0.50 | 0.00 | 1.00 | 0.70 | | | 3.20 | |
| Brandon Simmons | 102367 | 2.00 | 2.00 | 0.50 | 2.00 | 0.20 | | | 4.70 | |
| Detrick Frazier | 102792 | 2.00 | 0.40 | 0.50 | 0.50 | 0.00 | | | 3.40 | |
| Teresa Smith | 102828 | 2.00 | 0.40 | 0.60 | 0.50 | 0.00 | | | 3.40 | |
| Barney Bass | 102887 | 2.00 | 0.00 | 0.50 | 0.50 | 0.00 | | | 3.00 | |
| Henry Barber | 103031 | 0.00 | 0.40 | 0.50 | 0.50 | 1.30 | | | 1.40 | 1/28 - Unexc. Unpaid |
| Geoffrey Cleveland | 103130 | 2.00 | 0.50 | 1.75 | 0.50 | 1.30 | | | 6.05 | |
| Matthew Ash | 103201 | 1.00 | 0.50 | 0.00 | 1.00 | 0.70 | | | 3.20 | |
| Todd Webb | 103266 | 2.20 | 0.50 | 1.80 | 2.00 | 0.00 | | | 6.50 | |
| Tracy Williams | 103288 | 2.00 | 0.50 | 1.80 | 2.00 | 0.00 | | | 0.30 | Exc. Per. 8 hrs. |
| Eli Martin | 103314 | 2.00 | 0.40 | 0.50 | 0.50 | 0.00 | | | 3.40 | |
| Scotty Patterson | 103350 | 2.00 | 2.00 | 0.50 | 2.00 | 0.20 | | | 6.70 | |
| Simon Ritchie | 103356 | 2.00 | 0.50 | 0.50 | 0.50 | 1.30 | | | 4.00 | |
| | | | | | | | | | 0.00 | |
| TOTALS >>>>>>>>>>> | | 46.60 | 23.80 | 22.95 | 28.30 | 6.40 | 0.00 | 0.00 | | |

Manager Signature: _____
H.R.O Signature: _____
ENTERED BY: (Required) _____     DATE: _____

HYUNDAI
Hyundai Motor Manufacturing Alabama
Rev Date:  12-Dec-06

WEEKLY EXCEPTION / OVERTIME
REPORT - FOR HOURLY ONLY
PRODUCTION & MAINTENANCE TMS, TEAM LEADER,
ADMIN ASSISTANT TECH
Owner: Manager, Benefits & Payroll

HR-AL-HR-SOP-F-0002S
Revision Level: 00

Work Week (Date) From  02/05/07    To  2/11/07
Dept/Team: BODY WELDING#2 & BC3

| Name | Team L | Date | Title # | Monday Feb-5 | | | Tuesday Feb-6 | | | Wednesday Feb-7 | | | Thursday Feb-8 | | | Friday Feb-9 | | | Saturday Feb-10 | | | Sunday Feb-11 | | | TOTAL | | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | OT | PT | EXCEPT | OT | PT | EXCEPT | OT | PT | EXCEPT | OT | PT | EXCEPT | OT | PT | EXCEPT | OT | PT | EXCEPT | OT | PT | EXCEPT | OT Hours | PT Hours | EXCEPT |
| Joey Williamson | | 100551 | | 2.00 | | | 2.00 | | | 2.00 | | | 2.00 | | | 1.00 | | | | | | 4.00 | | | 13.20 | | |
| Willie Wright | | 100552 | | 2.00 | | | 2.00 | | | 2.20 | | | 2.00 | | | 1.00 | | | | | | | | | 9.20 | | |
| Brenda Hoots | | 101016 | | 0.20 | | | 0.00 | | | 1.00 | | | 0.10 | | | 0.00 | | | | | | | | | 1.30 | | |
| Dura Kincaide | | 101097 | | 0.20 | | | 0.70 | | | 1.00 | | | 0.10 | | | 0.00 | | | | | | | | | 2.00 | | |
| Fabian Parker | | 101109 | | 0.20 | | | 0.70 | | | 4.00 | | | 0.40 | | | 0.00 | | | | | | | | | 2.00 | | |
| Brandon Shumate | | 101120 | | 1.00 | | | 1.00 | | | 1.10 | | | 1.00 | | | 1.00 | | | | | | | | | 5.10 | | |
| April Smith | | 101123 | | 2.00 | | | 2.30 | | | 2.00 | | | 2.00 | | | 2.00 | | | | | | | | | 10.30 | | |
| David Crum | | 101297 | | 0.20 | | | 0.70 | | | 1.00 | | | 0.10 | | | 0.00 | | | | | | | | | 2.20 | | |
| Ben DeJarnett | | 102129 | | 0.20 | | | 1.00 | | | 1.10 | | | 0.40 | | | 0.00 | | | | | | | | | 2.40 | | |
| David Young | | 102241 | | 0.20 | | | 0.70 | | | 1.00 | | | 0.60 | | | 0.00 | | | | | | | | | 2.00 | | |
| David Barber | | 102246 | | 0.00 | | | 0.00 | | | 0.00 | | | 0.10 | | | 0.10 | | | | | | | | | 0.10 | | |
| Bobby Floyd | | 102291 | | 0.30 | | | 0.70 | | | 0.80 | | | 0.00 | | | 0.30 | | | | | | | | | 2.10 | | |
| Ralston McDonald | | 102330 | | 0.20 | | | 0.70 | | | 1.00 | | | 0.10 | | | 0.00 | | | | | | | | | 2.00 | | |
| James Nicholson | | 102343 | | 0.20 | | | 0.70 | | | 1.00 | | | 0.10 | | | 0.00 | | | | | | | | | 2.00 | | |
| Elkennay Robbins | | 102361 | | 0.30 | | | 0.80 | | | 1.00 | | | 0.00 | | | 0.00 | | | | | | | | | 2.10 | | |
| Brandon Simmons | | 102367 | | 0.00 | | | 2.00 | | | 1.10 | | | 0.10 | | | 1.00 | | | | | | | | | 4.20 | | |
| Detrick Frazier | | 102792 | | 0.20 | | | 0.70 | | | 1.00 | | | 0.10 | | | 0.00 | | | | | | | | | 2.00 | | |
| Teresa Smith | | 102828 | | 0.20 | | | 0.70 | | | 1.00 | | | 0.10 | | | 0.00 | | | | | | | | | 2.00 | | |
| Barney Bass | | 102987 | | 0.20 | | | 0.70 | | | 1.00 | | | 0.10 | | | 0.00 | | | | | | | | | 2.00 | | |
| Henry Barber | | 103031 | | 0.20 | | | 0.70 | | | 1.00 | | | 0.10 | | | 0.00 | | | | | | | | | 2.00 | | |
| Geoffrey Cleveland | | 103190 | | 0.30 | | | 0.70 | | | 1.00 | | | 2.00 | | | 0.00 | | | | | | 4.00 | | | 11.00 | | |
| Matthew Ash | | 103201 | | 0.30 | | | 0.80 | | | 1.00 | | | 0.00 | | | 0.00 | | | | | | | | | 2.10 | | |
| Todd Webb | | 103266 | | 2.00 | | | 2.00 | | | 1.50 | | | 0.10 | | | 1.00 | | | | | | 4.00 | | | 10.60 | | |
| Tracy Williams | | 103268 | | 2.00 | | | 2.00 | | | 1.00 | | | 1.00 | | | 1.00 | | | | | | | | | 7.00 | | |
| Eli Martin | | 103314 | | 0.20 | | | 0.70 | | | 1.00 | | | 0.10 | | | 0.00 | | | | | | | | | 2.00 | | |
| Scotty Patterson | | 103350 | | 2.00 | | | 2.00 | | | 1.10 | | | 2.00 | | | 1.00 | | | | | | 4.00 | | | 10.20 | | |
| Simon Ritchie | | 103354 | | 1.00 | | | 0.70 | | | 1.00 | | | 1.00 | | | 0.00 | | | | | | | | | 3.70 | | |
| TOTALS>>>>>>> | | | | 19.50 | | | 29.00 | | | 30.10 | | | 12.70 | | | 9.30 | | | | 0.00 | | | 16.00 | | | | | |

Manager Signature:

H.O.D Signature:

ENTERED BY: (Required)

# HYUNDAI — Hyundai Metal Manufacturing/Alabama

**WEEKLY EXCEPTION / OVERTIME REPORT FOR STRAIGHT HOURLY ONLY**
PRODUCTION & MAINTENANCE, HOURLY, TEAM LEADER, ADMIN ASSISTANT, TECHNICAL SUPPORT
Owner, Manager, Benefits & Payroll

HR-AL-HR-BOP-R-00023
Revision Level: 00
Rev Date: 12-Dec-05

Work Week (Dates) From 2/11/07 To 2/16/07

*Schedule Present Shift – Didn't Clock*

| Name | Rage | TM # | Monday Feb-11 | Tuesday Feb-12 | Wednesday Feb-13 | Thursday Feb-15 | Friday Feb-16 | Saturday Feb-17 | Sunday Feb-18 | OT/Sat/Sun Total | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Joey Williamson | JW | 100555 | 2.00 | 1.50 | 2.00 | 1.50 | 0.50 | | | 8.00 | |
| Willie Wright | WW | 100592 | 2.00 | 1.50 | 2.00 | 1.50 | 1.00 | | | 8.00 | |
| Brenda Hooks | | 101016 | 0.70 | 0.10 | 0.90 | 1.00 | 0.50 | | 4.00 | | |
| Dura Kincaide | | 101097 | 0.70 | 0.10 | 0.00 | 0.00 | 0.60 | | | 1.40 | |
| Fabian Parker | FRP | 101109 | 0.20 | 1.10 | 0.30 | 1.00 | 4.00 | | | | vacation 2/14-15 |
| Brandon Shumate | BS | 101120 | 0.90 | 1.10 | 1.00 | 0.00 | 0.00 | | | 3.20 | |
| April Smith | | 101123 | 2.00 | 2.00 | | 0.00 | 0.00 | | | 3.00 | sched. Per 2/15 |
| David Crum | DC | 101297 | 0.00 | 0.10 | 0.80 | 1.00 | 0.00 | 6.00 | | 10.30 | Vacation 2/14-15 |
| Ben DeJurnett | | 102109 | 0.70 | 0.10 | 1.20 | 1.00 | 1.00 | 0.00 | | 2.00 | Usc/Junex 2/16 |
| David Young | JW | 102241 | | 0.10 | 0.90 | 1.00 | 1.00 | | 4.00 | 4.00 | |
| Ralston McDonald | | 102330 | 0.70 | 0.10 | 0.90 | 1.00 | 1.00 | | | 7.70 | |
| James Nicholson | | 102343 | 0.70 | 0.10 | 0.90 | 1.00 | 1.00 | | | 3.70 | |
| Brandon Perine | BC | 102352 | 0.70 | 0.10 | 0.90 | 1.00 | 1.00 | | 4.00 | | |
| Elkenney Robbins | | 102361 | 0.40 | 0.00 | 1.20 | 0.60 | 0.60 | | 5.60 | 3.70 | |
| Brandon Simmons | BS | 102367 | 2.00 | 1.30 | 1.00 | 1.50 | 2.00 | | 5.60 | 8.70 | |
| Detrick Frazier | DF | 102792 | 0.70 | 0.10 | | 1.00 | 1.00 | | | 7.80 | |
| Teresa Smith | | 102828 | 0.70 | 0.10 | 0.90 | 1.00 | 1.00 | | | 4.80 / 2.10 | |
| Barney Bass | BB | 102987 | 0.70 | 0.10 | 0.30 | 1.00 | 1.00 | | | 3.30 | |
| Henry Bacher | | 103031 | 0.70 | 0.10 | 0.90 | | 1.00 | | | 3.70 | |
| Geoffrey Cleveland | | 103130 | 0.70 | 2.00 | 2.00 | 1.50 | 1.00 | | 4.00 | 3.70 | |
| Matthew Ash | MA | 103201 | 0.40 | 0.00 | 1.00 | 1.50 | 0.60 | | | 11.20 | |
| Todd Webb | | 103266 | 2.00 | 1.50 | 2.30 | 1.50 | 1.00 | | | 3.50 | |
| Tracy Williams | EM | 103288 | 2.00 | 0.10 | 2.00 | 1.00 | 1.00 | | 5.60 | 13.80 | |
| Eli Martin | | 103314 | 0.70 | 0.10 | 2.20 | 1.00 | 1.00 | | | 6.10 | |
| Scotty Patterson | SP | 103350 | 2.00 | 1.30 | 2.00 | 1.50 | 1.00 | | 4.00 | 9.10 | |
| Simon Ritchie | SR | 103364 | 0.70 | 0.60 | 0.50 | 1.00 | 1.00 | | | 7.80 / 4.50 | |
| **TOTALS >>>>>>>>>>** | | | 26.20 | 31.90 | 31.80 | 26.60 | 22.40 | 6.00 | 31.00 | 34.00 | |

Manager Signature: _____
Entered By (Required): _____
DATE: _____

CONFIDENTIAL

# HYUNDAI

**Hyundai Motor Manufacturing Alabama**

Rev Date: 12-Dec-05

**WEEKLY EXCEPTION / OVERTIME REPORT FOR HOURLY ONLY**
PRODUCTION & MAINTENANCE TEAM MEMBER, TEAM LEADER, ADMIN ASSISTANT, TECHNICIAN, SUPERVISOR
OWNER: Manager Benefits & Payroll

HR-AL-HR-SOP-P-00023     Revision Level: 00

Work Week (date) From: 12/2/07  To: 1/28/07

DEPT: BODY WELDING 9622 & 9633

| Name | TM # | Date | Monday 12/3 OT | EXCEPT | Tuesday 12/4 OT | EXCEPT | Wednesday 12/5 OT | EXCEPT | Thursday 12/6 OT | EXCEPT | Friday 12/7 OT | EXCEPT | Saturday 12/8 OT | EXCEPT | Sunday 12/9 OT | EXCEPT | TOTAL OT | TOTAL EXCEPT | Reason |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Joey Williamson | 100551 | | V | | V | | V | | V | | V | | | | | | | | |
| Willie Wright | 100562 | 3.00 | | 2.00 | | | | | | | | | | | | | 40.00 | |
| Brenda Hooks | 101016 | -0.01 | | 0.20 | | 0.40 | | 2.00 | | 0.50 | | | | | | | -10.00 | |
| Dura Kincaide | 101097 | 0.00 | | 0.20 | | 0.40 | | 0.20 | | | | | | | | | 0.80 | |
| Fabian Parker | 101109 | 0.00 | | 0.20 | | -0.40 | | -0.20 | | | | | | | | | -0.80 | |
| Brandon Shumate | 101120 | 2.00 | | 0.90 | | 1.00 | | 1.00 | | | | | | 4.00 | | | 0.80 | workd 4 2/19-unex |
| April Smith | 101123 | 1.00 | | 0.00 | | 3.00 | | -2.50 | | 2.50 | | 5.50 | | 4.00 | | | -4.50 | |
| David Crum | 101297 | 1.00 | | 0.20 | | 0.40 | | 0.20 | | | | | | | | 8.00 | 19.50 | |
| Ben DeJurnett | 102129 | 0.00 | | 0.20 | | -0.40 | | -0.20 | | | | | | | | | -1.80 | |
| David Young | 102241 | 0.00 | | 0.20 | | 0.00 | | 0.20 | | | | | | 4.00 | | 8.00 | -0.60 | call in per-unex |
| Ralston McDonald | 102330 | 2.00 | | 2.00 | | 0.40 | | 0.20 | | | | | | | | 8.00 | 4.40 | unsch. Per. |
| James Nicholson | 102343 | | | 0.20 | | 0.40 | | 0.20 | | | | | | | | | 4.60 | |
| Brandon Perine | 102352 | 0.00 | | 0.00 | | 1.00 | | 1.00 | | | | | | | | | -0.80 | |
| Elkenney Robbins | 102361 | 0.20 | | 1.60 | | -1.00 | | -1.20 | | 0.20 | | | | | | 8.00 | 2.00 | |
| Brandon Simmons | 102367 | 2.00 | | 2.00 | | 2.00 | | 2.00 | | | | | | | | | -4.20 | |
| Derrick Frazier | 102792 | 0.00 | | 0.20 | | -0.40 | | -0.20 | | | | | | | | | 8.00 | |
| Teresa Smith | 102828 | 0.00 | | 0.20 | | 0.40 | | 0.20 | | | | | | | | | 0.80 | |
| Barney Bass | 102897 | 0.00 | | 0.20 | | 0.40 | | 0.90 | | | | | | | | | 0.60 | |
| Henry Barber | 103031 | 1.50 | | 0.20 | | 0.40 | | 0.20 | | | | | | | | | 1.50 | |
| Geoffrey Cleveland | 103130 | 3.00 | | 2.00 | | 2.00 | | 2.00 | | | | | | 4.00 | | | 2.30 | |
| Matthew Ash | 103201 | 2.00 | | 2.00 | | 1.20 | | 2.00 | | 0.00 | | | | | | 8.00 | 13.00 | Unsch. Per. |
| Todd Webb | 103266 | 3.00 | | 0.60 | | 2.00 | | 2.00 | | 0.20 | | | | 4.00 | | | 7.40 | |
| Tracy Williams | 103288 | 2.00 | | -0.40 | | 2.00 | | 1.00 | | 1.00 | | | | 4.00 | | | 14.00 | |
| William Wood | 103269 | 0.00 | | 0.20 | | 0.00 | | 0.00 | | | | | | | | | 10.60 | |
| Eli Martin | 103314 | | | 0.40 | | 0.40 | | 0.20 | | | | | | | | | 0.40 | |
| Scotty Patterson | 103360 | 2.00 | | 2.00 | | 2.00 | | 2.00 | | 0.00 | | | | | | 8.00 | 0.80 | |
| Simon Ritchie | 103384 | 1.60 | | 1.00 | | 1.00 | | 0.25 | | | | | | 4.00 | | | 2.76 | |
| **TOTALS >>>>>>>>>>>>** | | 27.70 | | 20.70 | | 25.00 | | 22.25 | | 5.40 | | 5.50 | | 24.00 | | | | |

Manager Signature: _____    DATE: _____

ENTERED BY: (Recycled)

H.C.O Signature: _____

Hyu... Motor Manufacturing/Alabama | PRODUCTION & MAINTENANCE | TEAM FAMILY

ADMIN ASSISTANT, TECHNICAL SUPPORT
Owner: Manager, Benefits & Payroll

4RAL-HR-BOP-F-0002

Rev Date: 12-Dec-06

Work Week (Date): From 2/26/07 To 3/04/07

Dept/Team: Body Complete 1 — Shift — Cost Ctr: MXBXC1 — Pay Period: 6 — Revision Level: 00

| Name | Reqd. (initials) | T/M # | Monday 26-Feb | Tuesday 27-Feb | Wednesday 28-Feb | Thursday 1-Mar | Friday 2-Mar | Saturday 3-Mar | Sunday 4-Mar | TOTAL of Sub Total | EXCEPT | Reason |
|------|------|-------|------|------|------|------|------|------|------|------|--------|--------|
| Billy Kitchens | | 100391 | 1.50 | 1.50 | 2.00 | 1.50 | | | | 6.60 | | 3/2 school Vca Car |
| Latisha Tyus | | 100993 | 0.10 | 0.00 | 1.00 | 0.00 | | | | 1.10 | | |
| Tramen Davenport | | 101072 | 0.10 | 0.00 | 1.00 | 0.00 | | | | 1.10 | | |
| Stephen Gibbons | | 101320 | 0.10 | 0.00 | 1.00 | 0.00 | | | | 1.10 | | |
| Craig Hay | | 101504 | 1.00 | 1.00 | 1.00 | 0.00 | | | | 2.10 | | |
| Thomas Lee | | 101706 | 0.10 | 0.00 | 1.00 | 0.00 | P/8 | | 8 | 2.00 | | unsched. Pers 3/2 |
| Norman Williams | | 101715 | 0.10 | 0.00 | 1.00 | 0.00 | | | | 1.10 | | |
| Tamcca Livingston | | 102004 | 0.10 | 0.00 | 1.00 | 0.00 | | | | 1.10 | | |
| Willie Vann | | 102230 | 0.10 | 1.00 | 1.00 | 0.00 | | | | 1.10 | | |
| David Barber | | 102248 | 0.10 | 0.00 | 1.00 | 0.00 | | | | 2.10 | | 3/1 unpaid (no pt) ... |
| Darius Bell | | 102250 | 0.10 | 0.00 | 1.00 | 0.00 | | | | 1.10 | | |
| Eddie Channey | | 102268 | 0.10 | 0.00 | 1.00 | 0.00 | | | 8 | 1.10 | | 3/1 scheduled vacation 3/2 |
| Holland Perryman | | 102354 | 0.10 | 0.00 | 1.00 | V/8 | V/8 | | | 1.10 | | |
| Regina Shepard | | 102366 | 0.10 | 0.00 | 1.00 | 0.00 | | | | 1.10 | | 3/1 unscheduled personal |
| Robert Murray | | 102719 | 0.10 | 0.00 | 1.00 | P/8 | | | | 1.10 | | |
| Tamisha Carson | | 102690 | 0.10 | V/8 | 1.00 | 0.00 | | | | 1.10 | | |
| Tremaine Banks | | 103065 | 0.10 | 0.00 | 1.00 | 0.00 | | | | 1.10 | | 2/27 scheduled vacation |
| Shaun Cox | | 103073 | 0.10 | 0.00 | 0.00 | 0.00 | | | | 1.10 | | |
| Tammy Edwards | | 103137 | 0.10 | 0.00 | 0.00 | 0.00 | | | | 0.00 | | |
| Kontar Howell | | 103151 | 0.10 | 0.00 | 1.00 | 0.00 | | | | 1.10 | | |
| Stephanie Woods | | 103196 | 0.10 | 0.00 | 1.00 | 0.00 | | | | 1.10 | | |
| Donald Crum | | 103227 | 0.10 | 0.00 | 1.00 | 0.00 | V/8 | | | 1.10 | | |
| Talis Swann | | 103234 | 0.10 | 0.00 | 1.00 | 0.00 | | | | 1.10 | | 3/2 school VAC |
| Montoya Butler | | 103244 | 0.10 | 1.00 | 1.00 | 0.00 | | | | 2.10 | | |
| Toriano Harrell | | 103249 | 0.10 | 0.00 | 1.00 | 0.00 | | | | 1.10 | | |
| Roland Raissance | | 103289 | 1.00 | 1.00 | 1.00 | 0.00 | | | | 1.10 | | |
| Marcus Thomas | | 103284 | 0.10 | 0.00 | 1.00 | 0.00 | | | | 3.00 | | |
| Langley McClure | | 103346 | 0.10 | 0.00 | 1.00 | 0.00 | P/8 | | | 1.10 | | |
| April Scott | | 103358 | 0.10 | 0.00 | 1.00 | 0.00 | 8 | | | 1.10 | | 3/1 unscheduled personal |
| Karen Miller | | 103397 | 0.10 | 0.00 | 1.00 | 0.00 | P/4 | | | 1.10 | | 3/2 ... 4hr Per |
| | | | | | | | | | | 0.00 | | |
| | | | 6.10 | 6.50 | 30.00 | 1.50 | 0.00 | | | 44.10 | | |

Page 1 of 1

Manager Signature: _____
H.O.D Signature: _____
ENTERED BY: (Required) _____      DATE: _____

CONFIDENTIAL

D- 00539 EDWARDS V HMMA

**HYUNDAI**

**WEEKLY EXCEPTION / OVERTIME**
SEE REPORT — FOR HOURLY ONLY
PRODUCTION & MAINTENANCE TYAVG, TEAM LEADER,
ADMIN ASSISTANT, TECH, SUPPORT
Owner: Manager, Benefits & Payroll

Hyundai Motor Manufacturing Alabama
Rev Date: 12-Dec-06

HR-AL-HR-BCP-F-00023
Revision Level: 00

Work Week (Dates) From: 3/5/07   To: 3/11/07

Dept/Team: Body Complete 1          Shift          Cost Ctr: MXEXC1          Pay Period: 6

| Name | Date TM# | Monday 5-Mar | Tuesday 6-Mar | Wednesday 7-Mar | Thursday 8-Mar | Friday 9-Mar | Saturday 10-Mar | Sunday 11-Mar | OT Sub Total | Total EXCEPT | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Billy Kitchens | 100391 | 2.00 | 2.50 | 1.50 | 1.50 | 2.00 | 8.00 | | | 17.50 | |
| Latisha Tivus | 100993 | 0.80 | 0.00 P/4 | 0.00 | 0.30 | 0.50 | | | | 1.60 | 3/6 4hr unsch pers 4hr urnd |
| Stephen Gibbons | 101320 | 0.80 | 1.80 | 0.00 | 0.00 T | 0.50 | | | | 17.10 | 3/8 tardy 2hrs late |
| Craig Hay | 101504 | 0.00 P/8 | 1.80 | 0.00 | 0.30 | 0.60 | 6.00 | | | 2.60 | 3/6 unscheduled personal |
| Thomas Lee | 101709 | 0.80 | 1.80 | 0.00 | 0.30 | 0.50 | | | | 3.40 | |
| Norman Williams | 101715 | 0.80 | 1.80 | 0.00 | 0.30 | 0.50 | | | | 3.40 | |
| Tamica Livingston | 102004 | 0.80 | 1.80 | 0.00 | 0.30 | 0.50 | | | | 3.40 | |
| Ilja Vann | 102004 | 0.30 | 0.00 V/4 | 0.00 | 0.30 | 0.50 | | | | 1.60 | 3/6 scheduled vacation 4hrs |
| David Barber | 102248 | 0.80 | 1.80 V/8 | 0.00 V/4 | 0.30 | 0.60 | | 6.30 | | 7.50 | 3/6 scheduled vacation |
| Danus Bell | 102250 | 0.80 | 1.80 | 0.00 | 0.30 | 0.50 | | | | 3.40 | 3/7 sched vacation |
| Eddie Channey | 102268 | 0.80 | 1.80 | 0.00 | 0.00 P/8 | 0.50 | 8.00 | | | 11.10 | 3/8 sched vacation P. Barber |
| Holland Perryman | 102384 | 0.80 | 1.80 | 0.00 | 0.30 | 0.50 | | 6.70 | | 10.10 | |
| Regina Shepard | 102386 | 0.80 | 1.80 | 0.00 | 0.30 | 0.50 | | | | 3.40 | |
| Robert Murray | 102718 | 0.80 | 1.80 | 0.00 | 0.30 | 0.50 | | | | 3.40 | |
| Tamisha Carson | 102990 | 0.80 | 1.80 | 0.00 | 0.30 | 0.50 | | | | 3.40 | |
| Tremaine Banks | 103065 | 0.80 | 1.50 | 0.00 | 0.30 | 0.50 | | | | 3.40 | |
| Shaun Cox | 103073 | 0.80 | 1.80 | 0.00 | 0.30 | 0.00 P/4 | | | | 2.10 | 3/9 trdy wkd 8ha 3/9 unsc pers |
| Tammy Edwards | 103137 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | |
| Kontar Howell | 103151 | 0.00 | 1.80 | 0.00 | 0.30 | 0.50 | | | | 3.40 | |
| Stephanie Woods | 103196 | 0.00 U | 1.80 | 0.00 | 0.30 | 0.50 | | 5.50 | | 8.10 | 3/5 unpaid unexcused |
| Donald Odum | 103227 | 0.80 | 1.80 | 0.00 | 0.30 | 0.50 | | | | 3.40 | |
| Talia Swan | 103234 | 0.80 | 1.80 | 0.00 | 0.30 | 0.00 P/8 | | | | 2.90 | 3/9 unscheduled personal |
| J'tova Butler | 103244 | 0.80 | 1.80 | 0.00 | 0.30 | 0.50 | | | | 3.40 | |
| Torano Harrell | 103249 | 0.80 | 1.80 | 0.00 | 0.30 | 0.50 | | | | 3.40 | |
| Roland Rieassance | 103259 | 0.80 | 1.80 | 0.00 | 0.30 | 0.50 | | | | 3.40 | |
| Marcus Thomas | 103284 | 0.80 | 1.80 | 0.00 | 0.30 | 0.50 | | | | 3.40 | |
| Langley McGuire | 103348 | 0.80 | 1.80 | 0.00 | 0.30 | 0.50 | | 6.70 | | 10.10 | |
| April Scott | 103358 | 0.80 | 1.80 | 0.00 | 0.30 | 0.50 | | | | 3.40 | |
| Karen Miller | 103397 | 0.80 | 1.80 | 0.00 | 0.30 | 0.30 | | | | 3.40 | |
| | | | | | | | | | | 0.00 | |
| | 21.20 | | 46.70 | 30.00 | 9.00 | 15.00 | | | | 120.90 | |

Manager Signature:

H.O.D Signature:

ENTERED BY: (Required)
DATE:

Page 1 of 1

# HYUNDAI

**Hyundai Motor Manufacturing/Alabama**
Rev Date: 12-Dec-05

WEEKLY EXCEPTION / OVERTIME
REPORT - FOR HOURLY ONLY
PRODUCTION - MAINTENANCE/TEAM MEMBER
ADMIN ASSISTANT/ASSOCIATE, TEAM LEADER,
OWNER, MANAGER, BENEFITS, & PAYROLL

HR-AL-HR-SOP-F-00023

Revision Level:  00

Work Week (Week) From: 3/12/07  To:

Pay Period 4

| Name | Dept | TM # | Monday Mar-12 | | Tuesday Mar-13 | | Wednesday Mar-14 | | Thursday Mar-15 | | Friday Mar-16 | | Saturday Mar-17 | | Sunday Mar-18 | | OT-20/HrsT TOTAL EXCEPT | Reason |
|------|------|------|---------------|--|---------------|--|------------------|--|-----------------|--|--------------|--|----------------|--|---------------|--|------|------|
| Joey Williamson | | 100561 | 1.00 | | | | 2.00 | | | | | | | | | | | | |
| Willie Wright | | 100552 | 2.10 | | 0.50 | | 2.00 | | 0.50 | | | | | | | | 4.00 | | |
| Brendan Hooks | | 101016 | 2.00 | | 0.50 | | 1.00 | | | | | | | | | | 3.10 | | |
| Tramen Davenport | | 101072 | 2.00 | | 0.50 | | 1.00 | | 0.20 | | | | | | | | 3.70 | | |
| Buck Kincade | | 101097 | | | | | 1.00 | | | | | | | | | | 3.70 | | |
| Fabian Parker | | 101109 | 1.00 | | 0.50 | | 1.00 | | 0.80 | | | | | | | | 3.70 | | Rachel - Personal |
| Brandon Jullinate | | 101120 | 0.50 | | 0.50 | | 1.00 | | | | | | | | | | 3.30 | | |
| April Smith | | 101123 | 3.50 | | 2.50 | | 1.50 | | 2.60 | | | | | | | | 5.20 | | |
| David Odum | | 101297 | 1.00 | | 0.50 | | 1.00 | | 2.00 | | 1.00 | | | | | | 12.00 | | |
| Ben DeJarnett | | 102129 | 1.00 | | 0.80 | | 1.00 | | 0.20 | | | | | | | | 2.70 | | |
| David Young | | 102241 | 2.00 | | 0.50 | | 1.00 | | 0.20 | | | | | | | | 3.70 | | |
| Ralston McDonald | | 102330 | 2.00 | | 0.50 | | 1.00 | | 0.20 | | | | | | | | 3.70 | | |
| James Nicholson | | 102333 | 1.00 | | 0.50 | | 1.00 | | 0.20 | | | | | | | | 2.70 | | |
| Brandon Penne | | 102352 | 2.00 | | 0.50 | | 1.00 | | 1.00 | | | | | 4.00 | | | | 7.50 | | |
| Elkarney Robbins | | 102361 | 2.10 | | 0.50 | | 1.00 | | 0.50 | | | | | | | | 5.60 | | |
| Brandon Simmons | | 102367 | 2.10 | | 0.50 | | 1.00 | | 0.20 | | | | | | | | 2.30 | | |
| Detrick Frazier | | 102792 | 2.00 | | 0.80 | | 1.00 | | 0.20 | | | | | | | | 3.70 | | Uncle |
| Teresa Smith | | 102828 | 1.00 | | | | 1.00 | | 0.20 | | | | | | | | 2.20 | | |
| Barney Bass | | 102887 | 0.80 | | 0.50 | | 1.00 | | 0.20 | | | | | | | | 2.70 | | unsched. |
| Henry Barber | | 103031 | | | 1.00 | | 1.00 | | 1.00 | | | | | | | | 5.20 | | |
| Geoffrey Cleveland | | 103130 | 2.00 | | | | 1.00 | | 1.00 | | 0.30 | | | | | | 5.20 | | TRANSFER TEN WORKED 6 |
| Todd Webb | | 103286 | 2.00 | | 1.00 | | 1.00 | | 1.00 | | | | | | | | 3.00 | | |
| Tracy Williams | | 103288 | | | 2.00 | | 1.00 | | 1.00 | | | | | | | | 5.00 | | |
| William Wood | | 103269 | 1.00 | | 1.00 | | 1.00 | | 0.50 | | | | | | | | 5.00 | | worked 4 vacation 4 |
| Eli Martin | | 103314 | 2.00 | | 0.50 | | 1.00 | | 0.20 | | | | | | | | 3.50 | | |
| Scotty Patterson | | 103360 | 2.10 | | 0.50 | | 1.00 | | 0.30 | | | | | | | | 3.70 | | |
| Simon Ritchie | | 103384 | 1.00 | | 0.50 | | 1.00 | | 1.00 | | | | | | | | 3.50 | | |
| | | | | | | | | | | | | | | | | | 0.00 | | |
| **TOTALS >>>>>>>>>>** | | | 39.80 | | 19.80 | | 29.50 | | 15.30 | | 1.60 | | | 4.00 | | | | 0.00 | |

Manager Signature:

HLOD Signature

ENTERED BY (Initials):

# HYUNDAI

Hyundai Motor Manufacturing/Alabama

**WEEKLY EXCEPTION / OVERTIME REPORT - FOR HOURLY PRODUCTION & MAINTENANCE T/Ms, ADDITION & ASSISTANT TECHNICAL SUPPORT**

Owner: Manager, Engineer, Technical & Payroll

HR-AL-HR-BCP-F-00023    Rev Date: 12-Dec-05    Revision Level: 00

Work Week (Date): From 3/11/07 To 3/25/07

| Name | TM # | Monday Mar 19 OT | Tuesday Mar 20 OT | Wednesday Mar 21 OT | Thursday Mar 22 OT | Friday Mar 23 OT | Saturday Mar 24 OT | Sunday Mar 25 OT | Total OT hrs | Reason |
|---|---|---|---|---|---|---|---|---|---|---|
| Joey Williamson | 100650 | 0.80 | 0.50 | 1.00 | 0.50 | | | | 0.30 | |
| Willie Wright | 100662 | 0.80 | 0.00 | 1.00 | 0.00 | 0.50 | | | 4.00 | |
| Brenda Books | 102616 | 0.80 | 0.00 | | | | | | 0.80 | |
| Tramon Davenport | 101072 | 0.80 | 0.00 | | 1.00 | | | | 1.80 | |
| Dana Kimble | 101097 | 0.80 | 0.00 | | | | | | 0.80 | |
| Fabian Parker | 101109 | 0.80 | 0.00 | 0.90 | 1.10 | | | | 0.80 | |
| Brandon Shigmate | 101120 | 2.00 | 0.00 | | 0.50 | | | | 2.00 | |
| April Smith | 101123 | 1.50 | 0.40 | | 2.00 | 1.50 | | | 3.60 | |
| David Crum | 101297 | 0.80 | 0.00 | | | | 4.60 | | 12.50 | |
| Ben DeJarnett | 102129 | 0.80 | 0.00 | | | | | | 0.80 | OK |
| David Young | 102241 | 0.80 | | | | | | | 0.80 | |
| Ralston McDonald | 102330 | 0.80 | 0.00 | | | | | | 0.80 | 3/20 Vacation |
| Jennis Nicholson | 102343 | 0.80 | 0.00 | | | | | | 0.80 | |
| Brandon Perine | 102352 | 1.00 | 1.00 | | | | | | 0.80 | Hr per unsch. Worked 3 hrs. |
| Kenny Robbins | 102361 | 0.80 | 0.50 | 0.90 | 1.10 | | | | 0.80 | |
| Brandon Simmons | 102367 | 0.80 | 0.00 | 1.00 | 0.50 | | | | 2.00 | |
| Dennis Frazier | 102792 | 0.80 | 0.00 | | | | | | 2.80 | |
| Teresa Smith | 102828 | 0.80 | 0.00 | | | | | | 0.80 | |
| Barney Bass | 102987 | 0.80 | 0.00 | | | | | | 0.80 | |
| Henry Barber | 103031 | 1.50 | 0.10 | | 0.50 | 0.30 | | | 2.40 | |
| Geoffrey Cleveland | 103130 | 1.00 | 0.60 | | 0.50 | | 9.00 | | 8.80 | 4/5 3/32 Late 5 |
| Todd Webb | 103266 | 1.00 | 0.80 | 1.00 | 0.50 | 0.50 | 6.10 | | 9.40 | P/4 unsch. |
| Terry Williams | 103268 | 0.50 | 0.50 | | 0.80 | | 8.00 | | 9.50 | |
| William Wood | 103269 | 0.50 | 0.00 | | | | | | 1.30 | |
| Eli Martin | 103314 | 0.80 | 0.00 | 1.00 | 0.50 | | | | 0.80 | |
| Scotty Patterson | 103350 | 0.80 | 0.50 | | | | 6.00 | | 8.80 | |
| Simon Riddile | 103354 | 0.80 | 0.00 | | 0.20 | | | | 1.10 | |
| **TOTALS >>>>>>>>>>** | | 24.70 | 5.50 | 11.00 | 10.30 | 3.60 | 4.50 | 24.10 | 0.00 | |

Manager Signature: _____

H.O.D Signature: _____

ENTERED BY (Received): _____

CONFIDENTIAL

D- 00542  EDWARDS V HMMA

# HYUNDAI

**Hyundai Motor Manufacturing/Alabama**

**WEEKLY EXCEPTION / OVERTIME REPORT – PRODUCTION & MAINTENANCE TM's ONLY**

SHOP ASST MANAGER, TECHNICAL SUPPORT, TEAM LEADER, Owner, Manager, Benefits & Payroll

HR-AL-HR-SGP-F-0002s     Revision Level: 00

Work Week (Date) From: 3/26/07   To: 4/1/07
Dept Name: BODY WELDING 2 & BC3

| Name | TM # | Monday Mar 26 | Tuesday Mar 27 | Wednesday Mar 28 | Thursday Mar 29 | Friday Mar 30 | Saturday Mar 31 | Sunday Apr 1 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Joey Williamson | | 0.50 | 1.40 | 1.00 | | | | | |
| Willie Wright | 100551 | 0.50 | 1.20 | 1.50 | 1.40 | | | | 4.50 |
| Brenda Hooks | 101016 | | 1.00 | 0.60 | 0.60 | | | | 4.60 |
| Tramen Davenport | 101072 | 1.00 | 0.60 | 0.60 | | | | | 2.20 |
| Dirk Kincaide | 101097 | 1.00 | 0.60 | 0.60 | | | | | 2.20 |
| Fabian Parker | 101109 | 1.10 | 0.10 | 1.10 | 0.60 | | | | 2.30 |
| Brandon Stiumate | 101120 | 0.40 | 0.70 | 1.00 | 0.00 | 1.00 | | | 3.80 |
| Aaril Smith | 101123 | 2.00 | 2.40 | 2.00 | 2.00 | 1.20 | | | 9.60 |
| David Crum | 101297 | | | 0.80 | 0.60 | | | | 1.80 |
| Ben Daumett | 102129 | 1.00 | 0.60 | 0.60 | | | | | 2.20 |
| David Young | 102241 | 1.00 | 0.60 | 0.60 | | | | | 2.20 |
| Ralston McDonald | 102330 | 1.00 | 0.60 | 0.60 | | | | | 2.20 |
| James Nicholson | 102343 | 1.00 | 0.60 | 0.60 | | | | | 2.20 |
| Branson Perine | 102352 | 1.00 | 0.60 | 0.60 | | | | | 2.20 |
| Elkeinav Robbins | 102361 | 6.00 | 1.10 | 0.70 | | | | | 2.20 |
| Brandon Simmons | 102357 | 0.50 | 1.00 | 1.00 | 0.20 | | | | 4.20 |
| Dedrick Frazier | 102792 | | 0.60 | 0.60 | | | | | 3.50 |
| Teresa Smith | 102820 | | 1.00 | 0.60 | | | | | 2.20 |
| Barney Bass | 102987 | 1.00 | 1.00 | 1.00 | | 0.10 | | | 1.80 |
| Henry Barber | 103031 | 1.00 | 0.80 | 1.00 | | 0.60 | | | 3.10 |
| Geoffrey Cleveland | 103130 | 1.00 | 0.60 | 1.00 | | | | | 3.420 |
| Todd Webb | 103266 | 1.00 | 1.00 | 1.00 | | | | | 3.00 |
| Tracy Williams | 103268 | 1.00 | 1.00 | 1.00 | | | | | 3.00 |
| William Wood | 103269 | 1.00 | | 0.50 | 0.50 | | | | 3.00 |
| Eli Martin | 103314 | 1.00 | 0.50 | 0.60 | | | | | 2.50 |
| Scotty Patterson | 103350 | 0.50 | 1.00 | 1.00 | 1.00 | | | | 2.20 |
| Simoni Ritchie | 103354 | 0.40 | 0.70 | | | | | | 3.50 |
| | | | | | | | | | 1.10 |
| TOTALS>>>>>>>>>> | | 8.10 | 25.60 | 22.70 | 20.90 | 3.70 | | | 0.00 |

Manager Signature:

H.O.D Signature:

Reviewed By (Payroll):                    DATE:

CONFIDENTIAL

D- 00543   EDWARDS V HMMA

## HYUNDAI

Hyundai Motor Manufacturing, Alabama

**WEEKLY EXCEPTION / OVERTIME REPORT – PRODUCTION & MAINTENANCE / TEAM LEADER, ADMIN ASSISTANT, TECHNICAL SUPPORT**
Owner: Manager, Benefits & Payroll

Work Week (Date): From _____ To 4/7/07
Days: Team Body Welding/GA 2 & 3(C)
Pay Week: 12-Dec-06

HR-AL-HR-BCP-F-00023

Revision Level: 00

Shift: ____  Cost Center: ____

Pay Period 4

| Name | ID # | Date/Time | Monday Apr-2 | | Tuesday Apr-3 | | Wednesday Apr-4 | | Thursday Apr-5 | | Friday Apr-6 | | Saturday Apr-7 | | Sunday Apr-8 | | TOTAL | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Reg | OT | Reg | OT | Reg | OT | Reg | OT | Reg | OT | Reg | OT | Reg | OT | | |
| Rory Williamson | 100581 | 2.20 | 2.70 | | 2.00 | | | | 2.20 | | | | | | | | 9.10 | 8am/4pm |
| Willie Wright | 100852 | 2.20 | 2.70 | | 2.00 | | 2.00 | | 2.40 | | | | | | | | 9.30 | |
| Brenda Hooks | 100961 | 1.50 | 2.00 | | 2.00 | | 2.00 | | 2.00 | | | | | | | | 7.50 | |
| Tramen Davenport | 101072 | 1.60 | 2.00 | | 2.00 | | 2.00 | | 2.00 | | | | | | | | 7.60 | |
| Flora Kincaide | 101092 | 1.60 | 2.00 | | 2.00 | | 2.00 | | 2.00 | | | | | | | | 7.60 | |
| Fabian Parker | 101109 | 2.00 | 0.00 | | 0.00 | | V | | 1.00 | | | | | | | | 3.00 | |
| Brandon Slaunade | 101120 | 2.20 | 2.40 | | 2.00 | | 2.00 | | 2.00 | | | | | | | | 8.60 | |
| April Smith | 101123 | 2.20 | 2.50 | | 2.20 | | 2.50 | | 2.50 | | | | | | | | 9.40 | |
| David Crump | 102127 | 1.50 | 2.00 | | 2.00 | | 2.00 | | 2.00 | | | | | | | | 7.50 | |
| Ben DeJurnett | 102129 | 1.50 | 2.00 | | 2.00 | | 2.00 | | 2.00 | | 6.50 | | | | | | 14.00 | |
| David Young | 102244 | P | | P | | | | | | | | | | | | | | |
| Ralston McDonald | 102330 | 1.50 | 2.00 | | 2.00 | | 2.00 | | 2.00 | | | | | | | | 7.50 | |
| James Nicholson | 102344 | 1.50 | 2.00 | | 2.00 | | 2.00 | | 2.00 | | | | | | | | 7.50 | |
| Brandon Penne | 102352 | 1.50 | 2.00 | | 2.00 | | 2.00 | | 2.00 | | 6.30 | | 6.00 | | | | 19.80 | |
| Elkianey Robbins | 102361 | 2.10 | 0.00 | | 2.00 | | 2.00 | | 1.00 | | | | | | | | 7.60 | |
| Brandon Simmons | 102367 | 1.60 | 2.00 | | 2.00 | | 2.00 | | 1.00 | | | | | | | | 8.30 | PB calln |
| Detrick Frazier | 102392 | 1.60 | 2.00 | | 2.00 | | 2.00 | | 2.00 | | | | | | | | 7.50 | |
| Teresa Smith | 102828 | B | B | | B | | B | | B | | | | | | | | 7.60 | |
| Barney Bass | 102987 | 2.00 | 2.00 | | 2.00 | | 2.00 | | 2.00 | | | | | | | | 0.00 | |
| Henry Barber | 103031 | 1.50 | 2.00 | | 2.00 | | 2.00 | | 2.00 | | | | 5.00 | | | | 8.00 | |
| Geoffrey Cleveland | 103100 | 1.60 | 2.00 | | 2.00 | | 2.00 | | 2.00 | | 6.30 | | | | | | 18.30 | |
| Todd Webb | 103266 | 2.00 | 2.10 | | 2.00 | | 2.00 | | 2.00 | | | | | | | | 7.60 | |
| Tracy Williams | 103268 | 2.00 | 2.00 | | 2.00 | | 2.00 | | 2.00 | | | | | | | | 8.10 | |
| William Wood | 103269 | 2.00 | 0.10 | | 2.00 | | 2.00 | | 1.00 | | | | | | | | 6.00 | HR-FMLA vacation worked 6 |
| Etl Martin | 103316 | 1.50 | 2.00 | | 2.00 | | V | | V | | | | | | | | 5.10 | BROTHER |
| Scotty Patterson | 103350 | 1.50 | 2.00 | | 2.00 | | 2.00 | | 2.00 | | | | | | | | 6.50 | |
| Simon Ritchie | 103354 | 2.00 | 2.00 | | 2.00 | | 2.00 | | 2.00 | | | | | | | | 7.50 | |
| | | | | | | | | | | | | | | | | | 0.00 | |
| TOTALS >>>>> | | 43.90 | 48.40 | | 40.20 | | 40.20 | | 48.10 | | 19.10 | | | | | | | |

Manager Signature: _____
HR/D Signature: _____
ENTERED BY (Required): _____   DATE: _____

CONFIDENTIAL

D- 00544  EDWARDS V HMMA

# HYUNDAI

Hyundai Motor Manufacturing Alabama

**WEEKLY EXCEPTION/OVERTIME**
**PRODUCTION REPORT - FOR HOURLY ONLY**
ADMIN ASSISTANT, TECHNICIAN, TEAM LEADER,
Owner: Manager Benefits & Payroll

Rev Date: 12-Dec-08

HRAL-HR-BOP-P-00023

Revision Level: 00

Work Week (Dates) From: 4/16/07 To: 4/22/07

| Name | Date TM # | Monday Apr-16 | Tuesday Apr-17 | Wednesday Apr-18 | Thursday Apr-19 | Friday Apr-20 | Saturday Apr-21 | Sunday Apr-22 | TOTAL | Reason |
|------|-----------|---------------|----------------|------------------|-----------------|---------------|-----------------|---------------|-------|--------|
| Joey Williamson | 100551 | | 1.20 | 0.30 | 1.80 | 0.50 | | | | |
| Willie Wright | 100552 | 2.00 | 1.20 | 2.00 | | 0.50 | | | | |
| Bartrick Hooks | 100116 | 2.00 | 2.00 | 1.00 | 1.50 | 0.60 | | | | |
| Tramen Davenport | 101072 | 2.00 | 1.00 | 1.00 | 1.50 | 0.50 | | | 18.00 | |
| Julian Parker | 101109 | 2.00 | | 1.00 | 2.00 | 0.50 | 6.00 | | | |
| Brandon Shumate | 101120 | 2.00 | 1.90 | 2.00 | 2.00 | | 8.00 | | | |
| Adam Smith | 101123 | 2.00 | 2.20 | 2.20 | 2.20 | 2.00 | | | 16.50 | |
| David Crum | 101297 | 2.00 | | 1.00 | 1.50 | 0.50 | 4.00 | | 5.00 | Unscheduled call in |
| Bernard Jarrett | 101429 | 2.00 | 1.00 | 1.00 | 1.50 | 0.50 | | | 6.00 | |
| David Young | 102241 | | 1.00 | | 1.00 | 0.50 | | | 6.00 | |
| Raleton McDonald | 102330 | | | K | K | K | | | 0.00 | Korea Trip |
| James Nicholson | 102343 | 2.00 | 1.00 | 1.00 | 1.50 | 0.50 | | | 8.00 | |
| Brandon Perine | 102362 | 2.00 | 1.00 | 1.30 | 1.50 | 0.60 | | | 6.00 | |
| Elkenney Robbins | 102361 | 2.00 | 1.50 | 1.30 | 1.30 | 0.50 | | | 6.00 | |
| Brandon Simmons | 102367 | 2.00 | 1.00 | 1.50 | 1.50 | 0.50 | | 6.00 | 12.60 | |
| Detrick Frazier | 102792 | 2.00 | 1.00 | 1.00 | 1.00 | 0.50 | | | 6.50 | |
| Teeesa Smith | 102828 | 2.00 | 1.00 | 1.00 | 1.50 | 0.50 | 8.00 | | 6.00 | |
| Henry Barber | 103031 | 2.00 | | 1.00 | 1.50 | 0.50 | | | 6.00 | |
| Geoffrey Cleveland | 103130 | 2.00 | 1.00 | 1.00 | 1.50 | 0.50 | | | 3.00 | |
| Todd Webb | 103286 | 2.00 | 1.90 | 2.00 | 2.00 | 0.50 | 8.00 | | 19.00 | |
| Tracy Williams | 103288 | 2.00 | 1.00 | 2.00 | 1.50 | 0.50 | | 6.00 | 8.00 | |
| William Wood | 103269 | | 0.75 | 0.80 | 1.00 | | | | 3.10 | |
| Eli Martin | 103314 | 2.00 | 1.00 | 1.00 | 1.00 | 0.50 | | | 6.00 | |
| Scotty Patterson | 103350 | 2.00 | | 1.50 | 1.50 | 0.50 | | | 6.60 | |
| Simon Ritchie | 103354 | 2.00 | 1.50 | 1.00 | 1.50 | P | | | 8.00 | call in unscheduled |
| TOTALS>>>>>>>>>>> | | 44.50 | 25.15 | 27.60 | 38.00 | 12.50 | | | 0.00 | |

ENTERED BY: (Required)

Manager Signature: _____

DATE: _____

# HYUNDAI

Hyundai Motor Manufacturing Alabama

**WEEKLY EXCEPTION / OVERTIME REPORT - FOR HOURLY PRODUCTION & MAINTENANCE TEAM, TEAM LEADER, ADMIN ASSISTANT, TECHNICAL SUPPORT**

Owner: Manager: Edward S. Ferroll

HR-AL-HR-BOP-F-0023

Revision Level: 00

Rev Date: 12-Dec-06

Work Week (Date) From: 4/23/07   To: 4/29/07

Dept Name: BODY WELDING 2 & SEQ

| Name | Emp # | Date / Title # | Monday Apr-23 | Tuesday Apr-24 | Wednesday Apr-25 | Thursday Apr-26 | Friday Apr-27 | Saturday Apr-28 | Sunday Apr-29 | Total | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| John Williamson | | 100551 | 1.50 | 3.50 | 2.00 | 2.00 | 1.00 | | | 7.25 | |
| Willie Wright | | 100552 | 1.50 | 1.50 | 2.50 | 2.00 | 0.75 | | | 8.25 | |
| Brenda Hobbs | | 101016 | 1.50 | 0.80 | 1.80 | 2.00 | 0.50 | | | 6.60 | |
| Tramen Davenport | | 101072 | 1.50 | 0.80 | 1.80 | 2.00 | 0.50 | | | 6.60 | |
| Fabian Parker | | 101109 | 2.00 | 0.80 | 2.00 | 2.00 | 0.50 | | | 7.30 | |
| Brandon Shumate | | 101120 | 2.00 | 1.80 | 2.00 | 2.00 | 1.90 | | | 9.70 | |
| Adpri Smith | | 101128 | | | | 2.50 | 1.90 | | | 8.40 | |
| David Crum | | 101297 | 1.50 | | | | | | | 1.50 | |
| Ben Déourbett | | 102238 | 4.50 | 1.00 | 2.00 | 0.50 | | | | 5.80 | unsched PBP = hrs worked? |
| David Young | | 102241 | 1.50 | 0.80 | 1.80 | 2.00 | 0.60 | | | 4.60 | |
| Ralston McDonald | | 102330 | 1.50 | 0.80 | 1.80 | 2.00 | 1.90 | | | 8.00 | |
| James Nicholson | | 102343 | 1.50 | 0.80 | 1.80 | 2.00 | 0.50 | | | 6.60 | |
| Brandon Perine | | 102352 | 1.50 | 1.00 | 1.80 | 2.00 | 0.50 | | | 6.80 | |
| Elkenney Robbins | | 102361 | | 1.00 | 2.00 | 2.00 | 1.60 | | | 6.60 | |
| Brandon Simmons | | 102367 | 1.50 | 0.80 | 1.60 | 2.00 | 0.60 | | | 6.60 | aunt |
| Detrick Frazier | | 102792 | 1.50 | 0.80 | 1.80 | 2.00 | 0.50 | | | 6.60 | |
| Teresa Smith | | 102828 | 1.60 | 0.80 | 1.80 | 2.00 | 0.50 | | | 6.60 | |
| Henry Barber | | 103031 | 1.50 | 1.50 | 1.80 | 2.00 | 0.50 | | | 6.60 | |
| Geoffrey Cleveland | | 103190 | | | | | | 6.00 | | 11.50 | unsched per |
| Todd Webb | | 103268 | 1.00 | 2.00 | 2.00 | 1.00 | | 6.00 | | | |
| Tracy Williams | | 103068 | | 2.00 | 2.00 | 2.00 | 0.60 | | | | |
| William Wood | | 103289 | 1.60 | 0.00 | | | 1.00 | | | 3.00 | Scheduled personal |
| Eli Martin | | 103314 | | 1.60 | 1.80 | 2.00 | 0.60 | | | 6.60 | |
| Scotty Patterson | | 103380 | 1.50 | 1.50 | 1.60 | 2.00 | 0.50 | | | 7.30 | |
| Simon Ritchie | | 103354 | 1.60 | 0.60 | 1.80 | 2.00 | 0.60 | | | 6.60 | |
| | | | | | | | | | | 0.00 | |
| **TOTALS >>>>>>>>>>>>>>>** | | | 37.50 | 20.90 | 41.70 | 44.50 | 18.70 | | | | |

Manager Signature:

H.O.D Signature:

ENTERED BY: (Required)

# HYUNDAI

**Hyundai Motor Manufacturing Alabama**

**WEEKLY EXCEPTION/OVERTIME REPORT FOR HOURLY ONLY PRODUCTION & MAINTENANCE T/AM & TEAM LEADER, ADMIN ASSISTANT, TECHNICIAN, SUPPORT**

HR-AL-HR-SOP-F-00023

Rev Date: 12-Dec-05

Revision Level: 00

Work Week (Dates) From: 4/30/07  To: 5/6/07

Dept/Area: BODY WELDING/QC2 & SC2

Owner: Manager, Benefits & Payroll

| Name | Initials | Date TM # | Monday Apr-30 | Tuesday May-1 | Wednesday May-2 | Thursday May-3 | Friday May-4 | Saturday May-5 | Sunday May-6 | TOTAL | Reason |
|------|----------|-----------|---------------|---------------|------------------|----------------|--------------|----------------|--------------|-------|--------|
| | | 100851 | | | | | | | | | |
| Willie Wright | | 100852 | 1.50 | 2.00 | | 2.20 | | | | | |
| | | 101016 | 1.50 | 2.00 | 1.50 | | 1.00 | | | | |
| Tramon Davenport | | 101072 | 1.50 | 2.00 | 1.00 | 1.50 | 1.30 | | | 7.80 | |
| Fabian Parker | | 101109 | 1.50 | 2.00 | | | 1.80 | | | 7.80 | |
| Brandon Shumate | | 101120 | 1.90 | 2.00 | 2.00 | 2.00 | 1.40 | | | 9.30 | |
| Adrian Smith | | 101423 | 1.50 | 2.50 | 2.50 | | 2.50 | | | | |
| David Crum | | 101397 | | 2.00 | 1.30 | 1.80 | 2.10 | | | 7.20 | |
| Ben Bluthett | | 102129 | 1.50 | 2.00 | 1.00 | | 5.00 | | | | |
| David Young | | 102241 | 1.50 | 2.00 | -1.00 | 1.80 | 1.40 | | | 7.80 | |
| Ralston McDonald | | 102230 | 1.50 | 2.00 | | 1.30 | | | | | |
| James Nicholson | | 102243 | 1.50 | 2.00 | | 1.50 | | | | 2.90 | |
| Brandon Pettine | | 102362 | 1.50 | 2.00 | | 1.80 | 1.80 | | | 6.80 | Sched per 4 hours |
| Elkenney Robbins | | 102361 | 1.30 | 2.00 | 2.00 | 2.00 | 1.80 | | | 9.10 | |
| Haldon Shurden | | 102367 | 1.50 | 2.00 | 2.00 | 2.00 | 2.00 | | | | |
| Detrick Frazier | | 102792 | 1.50 | 2.00 | 1.00 | 1.50 | 1.80 | | | 7.80 | |
| Henry Barber | | 102828 | 1.50 | 2.00 | 1.00 | 1.50 | 1.80 | | | 7.80 | |
| Geoffrey Cleveland | | 103031 | 1.50 | 2.00 | 5.00 | 1.80 | 1.80 | | | 7.80 | |
| Todd Webb | | 103130 | 2.00 | 2.00 | 1.20 | 2.00 | 4.00 | | | 8.10 | |
| Tracy Williams | | 103266 | 2.00 | 2.00 | 1.00 | 2.00 | 0.00 | | | 7.20 | |
| William Wood | | 103269 | 1.00 | 2.00 | | | 2.00 | | | 6.60 | |
| Eli Alston | | 103314 | | 2.00 | 1.50 | 1.50 | 1.80 | | | 7.00 | |
| Scotty Patterson | | 103350 | 1.50 | 2.00 | 1.00 | 1.50 | 1.80 | | | 7.80 | |
| Sheldon Ritchie | | 103364 | 1.60 | 2.00 | 4.00 | 0.50 | 1.80 | | | 7.80 | |
| **TOTALS>>>>>>>>>>** | | | 37.50 | 50.50 | 29.70 | 42.50 | 43.00 | | | 0.00 | |

Manager Signature:

ENTERED By (Required):

DATE:

CONFIDENTIAL

# HYUNDAI

Hyundai Motor Manufacturing Alabama

Rev Date: 12-Dec-05

WEEKLY EXCEPT HOURLY OVERTIME REPORT - FOR HOURLY ONLY
PRODUCTION & MAINTENANCE TMs, TEAM LEADER,
ADMIN ASSISTANT, TECHNICIAN & SUPPORT
Owner: Manager, Benefits & Payroll

HR-AL-HR-BCP-F-00023
Revision Level: 00
Page 1 of 1

Work Week (Dates) From 5/7/07 to 5/13/07
Dept/Team: WELDING / BIC 2 & 3

Shift:
Cost Ctr: MXBXC1
Pay Period: 11

| | Name | Date Recd. | TM # | TM Initial | Monday 7-May | Tuesday 8-May | Wednesday 9-May | Thursday 10-May | Friday 11-May | Saturday 12-May | Sunday 13-May | OT Sub Total | TOTAL EXCEPT | Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Harrison, John | 100736 | | | 2.00 | 2.00 | 2.00 | 1.50 | | | | 7.50 | | |
| 3 | Mock, John | 100890 | | | 2.00 | 2.00 | 2.00 | 1.50 | 2.00 | | | 9.50 | | |
| 4 | Melewski, Jamie | 101027 | | | 2.80 | 2.00 | 2.00 | 1.50 | 2.00 | | | 10.30 | | |
| 1 | Smith, April | 101123 | | | 3.00 | 2.50 | 0.00 V/4 | 3.00 | 2.80 | | | 11.30 | | |
| 5 | Rives, Ben | 101400 | | | 2.00 | 2.00 | 2.00 | 1.50 | 2.00 | | | 9.50 | | |
| 6 | Hester, Kevin | 101682 | | | 2.00 | 2.00 | 2.00 | 1.50 | 2.00 | | | 9.50 | | |
| 7 | Hammatt, Mark | 101984 | | | 2.00 | 2.00 | 2.00 | 1.50 | 2.00 | | | 9.50 | | |
| 8 | Cowan, Ranzi | 102121 | | | 2.00 | 2.00 | 2.00 | 1.50 | 2.00 | | | 9.50 | | |
| 9 | Martin, Shandre | 102184 | | | 2.00 | 2.00 | 2.00 | 1.50 | 2.00 | | | 9.50 | | |
| 10 | Odom, Thomas | 102201 | | | 2.00 | 2.00 | 2.00 | 1.00 | 0.00 P/8 | | | 7.00 | | 5/11 P/8 unschd. |
| 11 | Britton, Mike | 102257 | | | 2.00 | 2.00 | 2.00 | 1.50 | 2.00 | | | 9.50 | | |
| 12 | Davis, Squire | 102278 | | | 2.00 | 2.00 | 2.00 | 1.50 | 2.00 | | | 9.50 | | |
| 13 | Crippens, James | 102284 | | | 2.00 | 2.00 | 2.00 | 2.50 | 2.00 | | | 10.50 | | |
| 14 | King, Larry | 102321 | | | 2.00 | 2.00 | 0.00 V/1.8 | 0.00 V/8 | 2.00 | | | 8.00 | | 5/9 .80 Unpd, Unsch, 5/10 Unpd Unsch |
| 15 | Martin, Tyree | 102327 | | | 2.00 | 2.00 | 2.00 | | 2.00 | | | 8.00 TM | | |
| 16 | Pangar, Patrick | 102351 | | | 2.00 | 2.00 | 2.00 | 1.50 | | | | 7.50 | | |
| 17 | Trotter, Joshua | 102384 | | | 2.00 | 2.00 | 2.00 | 1.50 | 2.00 | | | 9.50 | | |
| 18 | Waldrep, William | 103020 | | | 2.00 | 2.00 | 2.00 | 1.50 | 2.00 | | | 9.50 | | |
| 19 | Thomas, Jason | 103058 | | | 0.00 P/8 | 2.00 | 2.30 | 1.50 | 2.00 | | | 7.80 | | 5/7 P8 Unsched. |
| 20 | Hines, Dale | 103078 | | | 2.00 | 2.00 | 2.00 | 1.50 | 2.00 | | | 9.50 | | |
| 21 | Jones, Raymond | 103164 | | | 2.00 | 2.00 | 2.00 | | 2.00 | | | 8.00 | | |
| 22 | Merry, Justin | 103347 | | | 2.00 | 2.00 | 2.00 | 2.00 | 2.00 | | | 10.00 | | |
| 23 | Lewis, Freddie | 103390 | | | 2.00 | 2.00 | 2.00 | 1.50 | | | | 9.50 | | |
| | TOTAL | | | | 43.80 | 44.30 | 44.30 | 30.80 | 40.80 | 0.00 | | 205.00 | | |

Manager Signature:

H.O.D Signature:

ENTERED BY: (Required)

TIME MUST BE ENTERED IN TENTHS OF MINUTES:
6 TO 9 MINUTES = .10    33 TO 36 MINUTES = .60
7 TO 12 MINUTES = .20    37 TO 42 MINUTES = .40
17 TO 18 MINUTES = .30    43 TO 48 MINUTES = .80

D- 00548  EDWARDS V HMMA

# HYUNDAI

**Hyundai Motor Manufacturing Alabama**

**WEEKLY EXCEPTION REPORT - FOR HOURLY OVERTIME ONLY**
PRODUCTION & MAINTENANCE, TEAM LEADER, ADMINISTRATIVE & GENERAL SUPPORT
Owner: Manager, Benefits & Payroll

Work Week (Dates): From 4/HUL TO BEERT
Dept/Team: WELDING / BC 2 & 3

Shift: Cost Ctr: MXBXC1    Pay Period: 11    Revision Level: 00    Page 1 of 1

HR-ALHR-BCP-F-00023

| # | Name | Date TM # | Monday 14-May | Tuesday 15-May | Wednesday 16-May | Thursday 17-May | Friday 18-May | Saturday 19-May | Sunday 20-May | OT/Sub Total | Reason |
|---|------|-----------|------|------|------|------|------|------|------|------|------|
| 2 | Harrison, John | 100735 | 2.00 | 2.00 | 2.00 | 3.00 | 2.00 | | | 11.00 | |
| 3 | Mock, John | 100690 | 2.00 | 2.50 | 2.00 | 3.00 | 2.00 | | | 11.50 | |
| 4 | Malewski, James | 101027 | 2.00 | 2.00 | 2.00 | 3.80 | 2.50 | | | 12.3 | |
| 1 | Smith, April | 101123 | 3.00 | 3.20 | 2.50 | 4.00 | 2.30 | | | 19.00 | |
| 5 | Rives, Ben | 101400 | 2.00 | 2.50 | 2.00 | 3.00 | 2.00 | | | 11.50 | |
| 6 | Heater, Kevin | 101862 | 2.00 | 2.00 | 2.00 | 3.00 | 2.00 | | | 11.00 | |
| 7 | Hammell, Mark | 101984 | 2.00 | 0.00 | 2.00 | 3.00 | 2.00 | | | 9.00 | 5/15 P8 Scheduled |
| 8 | Cowan, Ranzy | 102121 | 2.00 | 2.50 | 2.00 | 3.00 | 2.00 | | | 11.50 | |
| 9 | Martin, Stance | 102184 | 2.00 | 2.50 | 2.00 | 3.00 | 2.00 | | | 11.50 | |
| 10 | Odom, Thomas | 102201 | 1.50 | 2.00 | 0.00 | 2.00 | 2.00 | | | 9.50 | 5/14 P8 unsched. |
| 11 | Britton, Mike | 102257 | 0.00 | 2.00 | 0.00 | 3.00 | 2.00 | | | 9.00 | |
| 12 | Davis, Squire | 102278 | 2.50 | 2.00 | 2.00 | 3.50 | 2.00 | | | 9.00 | |
| 13 | Driggers, James | 102284 | 2.00 | 2.00 | 0.00 | 3.50 | 2.00 | | | 10.50 | |
| 14 | King, Larry | 102321 | 2.00 | 2.50 | 2.00 | 3.00 | 2.00 | | | 11.50 | |
| 15 | Martin, Tyree | 102327 | 2.00 | 2.50 | 2.00 | 3.00 | 2.00 | | | 11.50 | |
| 16 | Pamper, Patrick | 102351 | 2.00 | 2.00 | 2.00 | 3.00 | 0.00 | | | 9.00 | 5/18 2.5 hrs. worked + P4 (1024) + 1.5 hrs. unpaid/unexc. |
| 17 | Trotter, Joshua | 102384 | 2.50 | 2.50 | 2.00 | 3.00 | 2.00 | | | 11.00 | |
| 18 | Waldrep, William | 103020 | 2.00 | 2.50 | 2.00 | 3.00 | 2.50 | | | 12.01 | |
| 19 | Thomas, Jason | 103068 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 | 5/14-5/18 STD (HR to enter time) |
| 20 | Hines, Dale | 103078 | 2.00 | 2.00 | 2.00 | 3.00 | 2.00 | | | 11.00 | |
| 21 | Jones, Raymond | 103154 | 2.00 | 2.00 | 2.00 | 3.00 | 2.00 | | | 11.00 | |
| 22 | Merry, Justin | 103347 | 0.00 | 2.50 | 3.30 | 3.00 | 0.00 | | | 8.80 | |
| 23 | Lewis, Freddie | 103390 | 2.00 | 0.00 | 2.00 | 3.00 | 0.00 | | | 8.00 | 5/14 P8 Unscheduled |
| | TOTAL | | | | | | | 4.00 | | 230.00 | |

Manager Signature:

H.O.D Signature:

ENTERED BY: (Resume)

# HYUNDAI

Hyundai Motor Manufacturing/Alabama
Rev Date: 12-Dec-05

**WEEKLY EXCEPTION / OVERTIME REPORT - FOR HOURLY PRODUCTION & MAINTENANCE TMs ONLY**
ADMIN ASSISTANCE, HACE TMs, TEAM LEADER
Owner: Manager, Benefits & Payroll

HR-AL-HR-BCP-#-0002S
Revision Level: 00
Page 1 OF 1

Work Week (Dates): From 5/29/05 to 6/4/05
Dept/Team: WELDING / BC 2 & 3
Shift
Cost Ctr: MXBXC1
Pay Period: 12

| # | Name | Read Tm Initials | Date TM # | Monday 30-May | Tuesday 31-May | Wednesday 1-Jun | Thursday 2-Jun | Friday 3-Jun | Saturday 4-Jun | Sunday 5-Jun | TOTAL OT less Total EXCEPT | Reason |
|---|------|------|------|------|------|------|------|------|------|------|------|------|
| 2 | Harrison, John | | 100730 | | 1.50 | 1.50 | 2.00 | | | | 6.50 | |
| 3 | Mock, John | | 100890 | | 1.50 | 1.50 | 2.00 | 1.50 | | | 7.00 | |
| 4 | Majewski, Jaime | | 101027 | | 2.00 | 1.50 | 2.00 | 2.00 | | | 7.50 | |
| 1 | Smith, April | | 101123 | | 3.00 | 1.50 | 2.50 | 3.00 | | | 10.00 | |
| 5 | Rives, Ben | | 101400 | | 1.00 | 0.00 - P4 | 2.00 | 1.50 | | | 4.50 | 4.00 5/30 P4 sched. |
| 6 | Hester, Kevin | | 101862 | | 1.50 | 1.50 | 2.00 | 1.50 | | | 6.50 | |
| 7 | Hammel, Mark | | 101984 | | 1.50 | | 0.00 Bib | 1.50 | | | 8.00 | |
| 8 | Cowan, Ranzi | | 102121 | | 1.00 | 1.50 | 2.00 | 1.50 | | | 4.50 | 8.00 5/31 Bib 1st cousin |
| 9 | Martin, Shandra | | 102194 | | 1.00 | 1.50 | 2.00 | 1.50 | | | 6.00 | |
| 10 | Odom, Thomas | | 102201 | | 1.00 | 1.50 | 2.00 | 2.00 | | | 6.50 | |
| 11 | Britton, Mike | | 102257 | | 1.50 | 1.50 | 2.00 | 1.50 | | | 6.50 | |
| 12 | Davis, Squire | | 102278 | | 1.00 | 1.50 | 2.00 | 1.50 | | | 6.00 | |
| 13 | Dirdgers, James | | 102284 | | 2.00 | 1.50 | 2.00 | 0.00 V-4 | | | 5.50 | 4.00 |
| 14 | King, Larry | | 102321 | | 1.50 | 1.50 | 2.00 | 1.80 | | | 6.80 | |
| 15 | Martin, Tyree | | 102327 | | 1.50 | 1.50 | 2.00 | 1.50 | | | 6.50 | |
| 16 | Pengar, Patrick | | 102351 | | 1.00 | 1.50 | 2.00 | 1.50 | | | 6.00 | |
| 17 | Trotter, Joshua | | 102384 | | 1.50 | 1.50 | 2.00 | 1.50 | | | 6.60 | |
| 18 | Waldrop, William | | 103020 | | 1.50 | 1.50 | 2.00 | 2.00 | | | 7.00 | |
| 19 | Thomas, Jason | | 103059 | | 1.50 | 1.50 | 2.00 | 1.50 | | | 6.50 | |
| 20 | Hines, Dale | | 103078 | | 1.50 | 1.80 | 2.00 | 1.50 | | | 6.50 | |
| 21 | Jones, Rewmond | | 103154 | | 1.00 | 1.50 | 2.00 | 1.50 | | | 6.00 | |
| 22 | Marry, Justin | | 103347 | | 1.50 | 1.50 | 0.00 | 1.5 FMLA | | | 5.00 | 6/1 -1.5 hrs, FMLA unpaid + 6.5 hrs worked |
| 23 | Lewis, Freddie | | 103390 | | 2.00 | 1.50 | 2.00 | 2.00 | | | 7.50 | |
| | **TOTAL** | | | 0.000 | 34.00 | | | | 0.000 | 0.000 | 85.00 | |

Manager Signature:

H.O.D Signature:

ENTERED BY: (Required)  Date:

Uncontrolled Document When printed - Reference Only

TIME MUST BE ENTERED IN TENTHS OF MINUTES:
1 TO 6 MINUTES = .10   31 TO 36 MINUTES = .50
7 TO 12 MINUTES = .20   37 TO 42 MINUTES = .60
13 TO 18 MINUTES = .30   43 TO 48 MINUTES = .70
19 TO 24 MINUTES = .40   43 TO 48 MINUTES = ...

| ![HYUNDAI] **HYUNDAI**<br>Hyundai Motor Manufacturing Alabama | **Vacation Request Form** | HR-AL-HR-BCP-F-00010 |
|---|---|---|
| Revision Date: 11-Mar-05 | Owner: Human Resources / Benefits | Revision Level: 00 |

# VACATION REQUEST



*THIS FORM IS FOR ALL TEAM MEMBERS VACATION REQUESTS*

56

INSTRUCTIONS: Please submit your request to the management Team Member to which you report. **FOR SALARIED EXEMPT TEAM MEMBERS ONLY**, a copy of this form must be forwarded to the Benefits Department.

Team Member #: _10 3 / 37_     Dept.: WELD

Team Member Name: _Tammy Edwards_     Date: _8-11-06_

Group Leader/Manager Name: _____

Number of Days Eligible This Year: _13_

Number of Days Used to Date: _6V + / P (?)_     **Number of Days Available After This Request:**

Number of Days Used on **This Request**: _2 V_     _4 2V 2P (?)_

| START DATE<br>(Month Day Year) | | END DATE<br>(Month Day Year) | MANAGER<br>APPROVED<br>(Initial) | MANAGER<br>DISAPPROVED<br>(Initial) | Total number of<br>days requesting |
|---|---|---|---|---|---|
| Aug 15    0 | To | | ORC | | 1V |
| Aug. 28 | To | | ORC | | 1V |
| | To | | | | |

**Remember! For Salaried Exempt Team Members ONLY**, a copy of this form must be forwarded to the Benefits Department. All other team members should submit vacation days on the weekly time report.

☐ THIS REQUEST IS TO RESCHEDULE A PREVIOUSLY SCHEDULED DAY

DATE OF CANCELLED DAYS: _____

## HMMA TEAM LEADER PEER EVALUATION

Group Leader/Asst. Mgr:

IMR Rep:

Cost Code:

The associates listed below have expressed their interest in a current Team Leader opening within your group and/or section. *This form must be completed and returned to Employment & Benefits within 24 hours.*

Instructions for completing evaluation:

1. Please rate the TL dimensions on a scale of 1 to 5 using the following guidelines:

    1 = Unsatisfactory
    2 = Less than satisfactory
    3 = Satisfactory
    4 = Consistently Exhibits Good Performance
    5 = Consistently Exhibits Excellent Performance

2. Please indicate whether you recommend this associate for promotion with a YES or NO (review individual criteria ratings to ensure consistency with your overall recommendation for promotion)

3. *Associates applying for the Team Leader opening should not evaluate themselves.*

| Date:<br>Posting:<br>Cost Code: | Leadership | Job Knowledge | Teamwork | Communication | Work Ethic | Initiative | Ability to Train | | Comments |
|---|---|---|---|---|---|---|---|---|---|
| Ranzi Cowan | 3 | 4 | 4 | 5 | 5 | 5 | 5 | | A very hard worker |
| Paul Dawson | 4 | 4 | 4 | 5 | 5 | 5 | Yes | | Very personable |
| Dawn Magruder | | 4 | 3 | 4 | 3 | 3 | | | |
| Stephen C Stewart | | | | | | | | | |
| Michael Swindle | 5 | 5 | 5 | 5 | 5 | 5 | 5 | Yes | Very knowledgeable & trains well. |
| Jason Thornton | | | | | | | | | |
| Larry White | | | | | | | | | |
| Karlis Wright | 1 | 1 | 1 | 1 | | | | No | It's hard to train someone from the D-disk |

*Please note that candidates who have 50% or less positive responses from peers recommending for promotion will be eliminated from the TL selection process. If a candidate is not recommended for promotion, please make a notation in the comment section or on the back of the evaluation explaining why this associate should not be considered for a TL position at this time.



EXHIBIT
7

CONFIDENTIAL

D- 01865  EDWARDS V HMMA

Tammy Edwards                                    1:42 pm
    8-1-06                                       3:25 pm

Started right after I got on his line March 06 maybe

M asked if she was married? T- Happily, it's sweetheart

M I did too

progressed to M- have you ever been w/ anybody else- T- No
        You just hadn't been w/ right one, if you'd been w/ me you wouldn't
M as far as I know my wife hasn't either    go back to husband
tell us what you remember

he cussed, everything's F or MF, I would stand off to
the side (new to downtime) wasn't crazy about F + MF

1st thing I remember  him shaking himself @ me
  grabbed his genitals or rubbed them up or down M- Does
it turn you on? T- No I wish you would stop

Pam- Oh damn girl it ain't hurtin you

T asked M what is it w/ you & Pam. M- Pam doesn't
like Jennifer & wants to get her jealous  T- I wish
you'd leave me out of that

How often shaking himself? whenever I came around him
   (in front of Toby - Toby won't tell you)

T- I'm going to start going around the other way  M-
you better not "Fin" dodge me  You don't embarass him
or you'll get blessed out

M didn't stop, always went up BB, went down off-line
M talking to Ford, M ducked down, don't you ever fucking
dodge me again, matter of fact you don't have to worry
about me fucking speaking to you again (said to Tammy
at BCI)

**EXHIBIT**

11

D- 00239  EDWARDS V HMMA

Billy asked her if she was miserable- T- yes

B- want to go back to line- No, Tammy- You want to go to Mike's line?  T- No Mike's a pervert

M- Don't "F" go to Billy anymore or anybody about our business

T- What are you talking about

M- You didn't go tell Billy.

T- I told him you were a pervert

M- Billy could go tell Harry + he could tell his get in trouble  I was hurt when you dodged me

T- How do you think I felt when you shake that @ me

M- Don't be talking about our discussions anymore

T- I just want to know we're OK

M- We're OK


M  talking about having sex w/ women, pulling their hair, I make love to my wife but do the freaky stuff on the side  when they moved me upstairs, I thought things would get better

Richard in  about 3 weeks ago- going to floor a lot more

MES over-  Pam told me if I would act like it didn't bother her M

heard  would stop   on weekend, M- I bet you + Ralph don't even
                                    M- I don't use condoms
              have oral sex  I you gonna have a disease
one day + be in the nursing home  M- have you ever had a
man's finger up your butt while having sex  P- you don't
know what you're missing  M- doesn't have oral sex
as much as he used to - but you've been w/ one man
I'd lick your ass raw

D- 00240  EDWARDS V HMMA

he's watching my crotch all the time, he blocks the aisle
TE you'd better "F" stop    Sometimes puts hands behind
his back + butts up against me
*may have said freakin*

Mon- last wk. - M bumping me on the side T- stop, Roger knows me
*+ he may think something's going on*
Wed morning, last wk, somebody's got some new pants- ran outside
of hand along outside of pant leg  T just shut up
M-
M- I don't give an F who he knows
Wed afternoon- T to B you had a rough day?  B- No, I just
didn't get any last night   M- you knew what's wrong
w/ her she's never been F  F me you MFer, F me
Ralph like Mike does ( M thrusting in a chair)


Amber Kelley


Everytime I push him away he thinks it turns me on +
tells me it turns him on  My chest feels better than Ralph's


talked
to Wade
Lester
← Sat- M looking @ my crotch  T- told Mike to stop +
M said there wasn't anything I could do to make him
stop  T- I can slap the shit out of you  M- That just
turns me on
T- what do you want me to put down ( for time)  M- those
pants  T pretended she didn't hear, M- Hey did you
hear me?


cursed Tommie R. on radio
Kim Abrams- Comment about sleeping w/ Mike

Billy heard M—

M— I'm not a boob man, I'm an ass man. You can leave your shirt on. I just want the bottom half

P— by the time she's goes to night shift, she'll be ready

last wk— M— have you ever fingered yourself, T—No M I don't believe you every woman's done that You + my wife say that + you're both liars

Billy apologized to me about prior conversations
to B— There was no sense in what happened @ his desk
B— I know

saw her daughter + her boyfriend
saw T's screen saver — You know he's tearin that up
Called me "F" mother Teresa

Pam— holding T's arms back + telling M to kiss her

*Tammy Edwards*
8/3/06

Statement

EXHIBIT
12
tabbies

8-5-06

Tammie Edwards:                    8:57 AM — 10:00 AM

• Are you hearing anything on the Floor? Ans: No, but Billy has been very nice to me. Some TM's in Body-Build won't speak to me. Only one guy spoke to me.

• How is your husband, Ralph? Ans: We had a disagreement yesterday. My husband wants to know why Mike is still on the site.

• Describe your relationship w/ Mike before there ~~were~~ conversations of a sexual nature? Ans: We were trying to ~~be~~ good Friends. I would even bring him breakfast, along w/ Jennifer. Mike may have paid for my breakfast only once. I was picking up breakfast For Mike, Richard, Pam, & Jennifer. Picking up breakfast For everyone became routine. Pam would initiate the idea of picking up breakfast for everyone.

• Mike called a BM TM a "mother-Fucker" in reference to Tammie not buying the TM breakfast.

• Did anyone hear that besides you? Ans: No we were standing alone next to the stairwell.

• When did the sexual harassment begin? Ans: Talks of a sexual nature occurred immediately.

• When were the sexual conversations directed towards you? Ans: It wasn't long @ all. It all started when he (Mike) was rubbing himself. Farrard (spelling) ~~witnessed Mike rubbing himself.~~

• When did the sexual comments start to bother you? Ans: (Never answered question.) Was always bothered.

D- 00246   EDWARDS V HMMA

- Tammie stated that Mike put her name in his cell phone. Tammie's name is listed under Jennifer's number.
- Do you think that Mike misinterpreted your kindness as Flirting? Ans: No, not at all!
- Mike asked Tammie, "What would it do to take you to cheat?"

Tammy Edwards

8/3/06

D- 00247  EDWARDS V HMMA

Tammy Edwards                                        8:57am
8-3-06

* Without us talking about it. Polly has helped me a lot - told me I was doing the right thing, no one in Mike's area will speak to me (always have spoken to me in the past) Saw Pam conversing w/ other TMs - felt it was about this situation

Describe your relationship w/ Mike prior to sexual situation? I told him I wanted us to be friends - I brought Mike + Jennifer's breakfast (Mike would pay for hers + offer to pay for mine - I wouldn't let him) pretty often   would go to cafeteria + pick up breakfast for Pam, Mike, Jennifer, + Richard (got old + started getting her breakfast @ Hardees) Pam would initiate breakfast a lot + call Mike wants breakfast   to know if you're going to get even during sexual situation - I would laugh + joke w/ Mike because you don't embarass Mike.
last week - Mike called Tammy + asked if she would get Jennifer's bacon + cheese biscuit - Tammy said I'll need to get Ronald something. Mike said you ain't gettin that black MFer nothing

foul language from Mike was immediate - sexual conversations from the beginning (from Mike) the 1st thing Mike did was rub himself + said you know you want it
On the incident of walking in the aisle - Tammy did not use the "F" word - has never used "F" Word in front of Mike did not ask why body build was down

EXHIBIT
13

D- 00237  EDWARDS V HMMA

admits conversing w/ her spouse about wanting to see Mike drag race - her little boy loves racing

Tammy would say I'm trying to be your friend but it's hard
Mike eventually quit rubbing himself
Mike would hang on to the fence and bump himself against the fence (humping)
Melvin Jones may have seen this

Mike put my name in his phone to cover up for Jennifer calling
has called Mike - work-related only (no more than 1 minute @ a time) Mike laughed + told Tammy he had her number stored

Were you ever flattered by the attention? No, I always laughed at him
Do you feel that Mike may have felt you were flirting? No, I laughed @ him
Mike would ask - what would it take for you to cheat -

Approx. Monday of last week - Roger saw Mike bumping into Tammy, Mike said the "F" word + Tammy was worried that Roger heard that + would be offended (Roger is in a gospel group) Tammy had already told Mike that Roger was a good christian man + Mike intentionally used the "F" word

confirms always being offended by comments not just recently when he told her last Saturday there was nothing she could do - that was her breaking point

Tammy Edwards
8/3/06

D- 00238  EDWARDS V HMMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| TAMMY EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:07-cv-908-MHT |
| HYUNDAI MOTOR | ) | |
| MANUFACTURING ALABAMA, LLC, | ) | |
| and MIKE SWINDLE, individually, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PLAINTIFF'S SECOND SUPPLEMENTAL RULE 26 DISCLOSURES

Pursuant to Fed.R.Civ.P. 26.1(a)(1), Plaintiff, Tammy Edwards, makes the following supplemental disclosures:

**A.    POTENTIAL WITNESSES:**

At this stage of discovery, Edwards' investigation is incomplete and ongoing, and, thus, she is unable to identify with certainty at this time all individuals likely to have discoverable information about the disputed facts.  However, Edwards believes that the following individuals, among others, are likely to have discoverable, non-privileged personal knowledge concerning significant factual issues specifically raised in the pleadings, the working conditions that existed during the time which the plaintiff was employed and are knowledgeable of the



EXHIBIT

conduct, specifically with respect to Plaintiff's charges of discrimination and

Defendant's unlawful employment practices as set out in the plaintiff's EEOC

Charge and Complaint.

1.    Tammy Edwards
      c/o Haynes & Haynes, P.C.
      1600 Woodmere Drive
      Birmingham, Alabama 35226

2.    Mike Swindle
      c/o Hyundai Motor Manufacturing, LLC
      700 Hyundai Boulevard
      Montgomery, Alabama 36105

3.    Billy Kitchens
      c/o Hyundai Motor Manufacturing Alabama, LLC
      700 Hyundai Boulevard
      Montgomery, Alabama 36105

4.    Michelle Nelson
      c/o Hyundai Motor Manufacturing Alabama, LLC
      700 Hyundai Boulevard
      Montgomery, Alabama 36105

5.    Kim Abrams
      c/o Hyundai Motor Manufacturing Alabama, LLC
      700 Hyundai Boulevard
      Montgomery, Alabama 36105

6.    Stacye Jones
      c/o Hyundai Motor Manufacturing Alabama, LLC
      700 Hyundai Boulevard
      Montgomery, Alabama 36105

7.  Steve Culpepper
    1491 County Road 39
    Deatsville, Alabama 36022

8.  Pam Stoddard
    c/o Hyundai Motor Manufacturing Alabama, LLC
    700 Hyundai Boulevard
    Montgomery, Alabama 36105

9.  Amber Kelly
    c/o Hyundai Motor Manufacturing Alabama, LLC
    700 Hyundai Boulevard
    Montgomery, Alabama 36105

10. Tom Bondy
    c/o Hyundai Motor Manufacturing Alabama, LLC
    700 Hyundai Boulevard
    Montgomery, Alabama 36105

11. Richard Williams
    c/o Hyundai Motor Manufacturing Alabama, LLC
    700 Hyundai Boulevard
    Montgomery, Alabama 36105

12. Eric (Last Name Unknown)- in Body Build
    c/o Hyundai Motor Manufacturing Alabama, LLC
    700 Hyundai Boulevard
    Montgomery, Alabama 36105

13. Farrard (Last Name Unknown)- in Body Build
    c/o Hyundai Motor Manufacturing Alabama, LLC
    700 Hyundai Boulevard
    Montgomery, Alabama 36105

14.    Stephanie (Last Name Unknown)
       c/o Hyundai Motor Manufacturing Alabama, LLC
       700 Hyundai Boulevard
       Montgomery, Alabama 36105

15.    T.C. (Last Name Unknown)- on BC-1
       c/o Hyundai Motor Manufacturing Alabama, LLC
       700 Hyundai Boulevard
       Montgomery, Alabama 36105

16.    Keith Ulrich
       c/o Hyundai Motor Manufacturing Alabama, LLC
       700 Hyundai Boulevard
       Montgomery, Alabama 36105

17.    Corey (Last Name Unknown)- in Computer Room
       c/o Hyundai Motor Manufacturing Alabama, LLC
       700 Hyundai Boulevard
       Montgomery, Alabama 36105

18.    Melvin Jones
       c/o Hyundai Motor Manufacturing Alabama, LLC
       700 Hyundai Boulevard
       Montgomery, Alabama 36105

19.    Charles (Last Name Unknown)- on Body Build
       c/o Hyundai Motor Manufacturing Alabama, LLC
       700 Hyundai Boulevard
       Montgomery, Alabama 36105

20.    Dura (Last Name Unknown)- on BC-2 or 3
       c/o Hyundai Motor Manufacturing Alabama, LLC
       700 Hyundai Boulevard
       Montgomery, Alabama 36105

21.    April Smith
       Address Currently Unknown

4

22.    Latisha (Last Name Unknown)- on BC-1
c/o Hyundai Motor Manufacturing Alabama, LLC
700 Hyundai Boulevard
Montgomery, Alabama 36105

23.    Karen (Last Name Unknown)- on BC-1
c/o Hyundai Motor Manufacturing Alabama, LLC
700 Hyundai Boulevard
Montgomery, Alabama 36105

24.    Rob Katzenback
c/o Hyundai Motor Manufacturing Alabama, LLC
700 Hyundai Boulevard
Montgomery, Alabama 36105

25.    Rob Johnson
c/o Hyundai Motor Manufacturing Alabama, LLC
700 Hyundai Boulevard
Montgomery, Alabama 36105

26.    Jeffrey (Last Name Unknown)- on Sidelines
c/o Hyundai Motor Manufacturing Alabama, LLC
700 Hyundai Boulevard
Montgomery, Alabama 36105

27.    Tommy Robertson
c/o Hyundai Motor Manufacturing Alabama, LLC
700 Hyundai Boulevard
Montgomery, Alabama 36105

28.    Nurse Connie (Last Name Unknown)
c/o Hyundai Motor Manufacturing, LLC
700 Hyundai Boulevard
Montgomery, Alabama 36105

29.     Nurse Lauren Carter
        c/o Hyundai Motor Manufacturing, LLC
        700 Hyundai Boulevard
        Montgomery, Alabama 36105

30..    Wil Ware
        c/o Hyundai Motor Manufacturing, LLC
        700 Hyundai Boulevard
        Montgomery, Alabama 36105

31.     Wendy Warner
        c/o Hyundai Motor Manufacturing, LLC
        700 Hyundai Boulevard
        Montgomery, Alabama 36105

32.     Harry White
        c/o Hyundai Motor Manufacturing, LLC
        700 Hyundai Boulevard
        Montgomery, Alabama 36105

33.     Lucas Cooner
        c/o Hyundai Motor Manufacturing, LLC
        700 Hyundai Boulevard
        Montgomery, Alabama 36105

34.     Robert Katzenbach
        c/o Hyundai Motor Manufacturing, LLC
        700 Hyundai Boulevard
        Montgomery, Alabama 36105

35.     Jane Ramsey
        c/o Hyundai Motor Manufacturing, LLC
        700 Hyundai Boulevard
        Montgomery, Alabama 36105

36.     Marty (Last Name Unknown)- Team Relations/ Engine Department
        c/o Hyundai Motor Manufacturing, LLC
        700 Hyundai Boulevard
        Montgomery, Alabama 36105

37.     Tracy (Last Name Unknown)- Mechanic
        c/o Hyundai Motor Manufacturing, LLC
        700 Hyundai Boulevard
        Montgomery, Alabama 36105

38.     Michael Keene, CRNP
        c/o Hyundai Motor Manufacturing, LLC
        700 Hyundai Boulevard
        Montgomery, Alabama 36105

In addition to the individuals listed above, Plaintiff's list includes any individuals that may be identified in any depositions, Defendant's Initial Disclosures, Defendant's Witness List and in response to Plaintiff's discovery requests.

Plaintiff reserves the right to amend and/or supplement these disclosures.

**B.     EXHIBITS:**

At this stage in discovery, Plaintiff's investigation is incomplete and ongoing, and, thus, she is unable to identify with certainty at this time each document that Plaintiff may use to support her claims.  Plaintiff contends, however, that the following documents or categories of documents may support Plaintiff's claims alleged with particularity in the pleadings:

1.     Personnel file of Plaintiff.
2.     EEOC file; charge of the Plaintiff with EEOC; defendant's position statement and any document produced to the EEOC. (Bates No. 0629-0698)
3.     Certain Policies and Procedures of Hyundai Motor Manufacturing Alabama, LLC. (Bates No. 0001-0027)
4.     Any and all documents related to Plaintiff's employment with Hyundai Motor Manufacturing, LLC. (Bates No. 0028-0403)

7

5. E-mails between Plaintiff and Mike Swindle, work-related e-mails, e-mails between Plaintiff and co-workers, e-mails between Plaintiff and Stacye Jones. (Bates No. 0608-0625)

6. Medical records of the Plaintiff. (Bates No. 0404-0607)

7. Plaintiff's Employment Records from Chilton County Board of Education.(Bates No. 0626-0628)

8. Plaintiff's Income Tax Returns 2003-2006. (Bates No. 0699-0933)

9. The Team Relations Formal Complaint filed by Plaintiff and Mike Swindle's answer to such complaint.

10 Any and all documents produced by Defendant to substantiate any affirmative defense.

In addition to the documents described above, Plaintiff's list includes any exhibits that may be used in depositions taken in this action, all documents produced in discovery by the Plaintiff, all documents identified in Defendant's Initial Disclosures and Exhibit Lists, and all documents produced by Defendant in discovery.

Documents are available for inspection at a mutually agreeable time at the office of plaintiff's counsel.

Plaintiff reserves the right to amend and/or supplement her disclosures.

## C.    DAMAGES:

Plaintiff will claim backpay from the date of termination to the date of trial, less amounts earned in mitigation.  Plaintiff will also claim overtime pay and any penalty for the loss thereof. The exact amounts cannot be calculated without further discovery.

Plaintiff will also claim compensatory damages in an amount to be determined by the jury in this case.

Plaintiff will also seek punitive damages in an amount to be determined by the jury in this case.

Plaintiff will also seek attorneys' fees and costs in an amount to be determined by the Court.

8

Plaintiff also intends to seek pre-judgment interest.

Plaintiff's damages are ongoing.  Therefore, Plaintiff reserves the right to amend and/or supplement her Rule 26 disclosures or to correct any mathematical errors

Plaintiff reserves the right to amend and/or supplement her disclosures.

Respectfully submitted,

Alicia K. Haynes
Attorney for Plaintiff

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama  35226
Phone:  (205) 879-0377
Fax:  (205) 879-3572
E-mail:  akhaynes@haynes-haynes.com
ASB-8327-E23A

9

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing has been served upon the following, by placing a copy of same in the U.S. Mail, properly addressed and postage prepaid on this the ___11th___ day of ___March___, 2008.

J. Tobias Dykes
**CONSTANGY, BROOKS & SMITH, LLC**
One Federal Place, Suite 900
1819 Fifth Avenue North
Birmingham, Alabama 35203

J. Trent Scofield
Brian R. Bostick
**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
One Federal Place, Suite 1000
1819 Fifth Avenue North
Birmingham, Alabama 35203


_____
OF COUNSEL

10