IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TAMMY EDWARDS,                  )
                                )
     Plaintiff,                 )
                                )     CIVIL ACTION NO.
     v.                         )      2:07cv908-MHT
                                )          (WO)
HYUNDAI MOTOR                   )
MANUFACTURING ALABAMA,          )
LLC, and MIKE SWINDLE,          )
individually,                   )
                                )
     Defendants.                )
```

ORDER

It is ORDERED that the motions in limine and for protective order (doc. nos. 57, 80, 81, 82, 83, 85, 86, 87, 88, 89, 90 and 95) are granted in part and denied in part as set forth during the trial.

It is further ORDERED that the objections (doc. nos. 57, 58, 59, 72, 73, 74, 78, 79, 99 and 100) are sustained in part and overruled in part as set forth during the trial.

DONE, this the 4th day of May, 2009.

　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　UNITED STATES DISTRICT JUDGE