IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
TAMMY EDWARDS,                  )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )     2:07cv908-MHT
                                )         (WO)
MIKE SWINDLE, individually,     )
                                )
    Defendant.                  )
```

### FINAL JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Tammy Edwards's motion to direct entry of final judgment (doc. no. 222) is granted.

(2) The court expressly determines, pursuant to Fed.R.Civ.P. 54(b), that there is no just reason for delay after entry of final judgment against defendant Mike Swindle, individually.

(3) Final judgment is entered in favor of plaintiff Edwards and against defendant Swindle, individually.

(4) Plaintiff Edwards shall have and recover from defendant Swindle, individually, the sum of $ 85,000.00 in compensatory damages.

(5) Plaintiff Edwards shall have and recover from defendant Swindle, individually, the additional sum of $ 10,000.00 in punitive damages.

It is further ORDERED that costs are taxed against defendant Swindle, individually, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of April, 2010.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE