IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TAMMY EDWARDS, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:07cv908-MHT |
| ) | |
| HYUNDAI MOTOR ) | |
| MANUFACTURING ALABAMA, ) | |
| LLC, ) | |
| ) | |
|    Defendant. ) | |

ORDER

Pursuant to the joint stipulation of dismissal (doc. no. 285), it is the ORDER, JUDGMENT, and DECREE of this court that this lawsuit is dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 29th day of October, 2010.

                      /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE